**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV. 1 7 2017

JEFFREY P. COLWELL
CLERK

Class Action

Civil Action No. _17 - CV - 0 2 7 6 4_
(To be supplied by the court)

_Jerry E. Hegwood_____, Plaintiff, (S)
see additional Plaintiffs

v.

_Park County Jail / Sheriff's Office_____,

_Colorado Department of Corrections,_____

_Trinity Service Group Inc,_____,

_Securus Technologies / T-net inc,_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

───────────────────────────────────────

**PRISONER COMPLAINT**

───────────────────────────────────────

(Rev. 1/30/07)

Additional Plaintifs                                    November 8, 2017

| | names | DOC. Numbers | Signature |
|---|---|---|---|
| 1 | William Moore JR | 148919 | william B Moore jr |
| 2 | Trevion Mchenzie | 144165 | |
| 3 | Robert Burke | 163045 | |
| 4 | Tywaun Deeds | 177903 | Tywaun Deeds |
| 5 | Michael Stevens | 178096 | Mill Stev |
| 6 | Patrick Leitch | 177775 | Patrick Litch |
| 7 | Shawn Kuhn | 111330 | Shawn Kuhn |
| 8 | Gabriel Sanchez | 178128 | Gabriel Sanchez |
| 9 | Gregory Meister | 177650 | S@ee |
| 10 | Anthony Perez | 177849 | |
| 11 | Josue Bamaca | 177281 | |
| 12 | Vizcarra Garcia | 138999 | Vizcarra |
| 13 | Jorge Lopez Jr. | 177833 | Lopez Jr. |
| 14 | Joseph McEntee | 177649 | joseph Mente |
| 15 | Timothy Bowman | 178144 | Timothy Bowman |
| 16 | EDGAR GARCIA | 177891 | Edgar Garcia |
| 17 | Jerome Robinson | 177654 | J R |
| 18 | Manuel Ruybal | 178162 | Manuel Ruybal |
| 19 | Chris Garcia | 92055 | Chris Garcia |
| 20 | James Cooper | 177767 | J Cole Cooper |
| 21 | Chad Fast | 177898 | CM |
| 22 | Antonio Gonzales | 177919 | Antonio G |
| 23 | Richard R. Zarate | 177850 | R Zarate |
| 24 | Joshua Bustamante | 177874 | |
| 25 | Joshua Edelman | 178154 | Joshua Edel |
| 26 | Felipe Abeyta-Holcomb | 158038 | felipe Abeyta-Holsb |

mailing Address: Park County Jail
PO BOX 965
Fairplay Colorado        80440

**A. PARTIES**

1. Jerry Hegwood  Doc #111735   Park County Jail   PO BOX 965
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   Fairplay Colorado 80440        ~ see additional plaintiffs

2. Park County Jail / Park County Sheriffs Office
   (Name, title, and address of first defendant)
   1180 Park County ROAD 16,  Fairplay Colorado  80440
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? X Yes ___ No (CHECK ONE). Briefly explain your answer:
   Park County Jail / Sheriffs Office  acted in their official
   capacity.

3. Colorado Department of Correction  3862 S. Circle Drive
   (Name, title, and address of second defendant)
   Colorado Springs Colorado   80906
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
   Colorado Department of Corrections  acted in its official
   Capacity.

4. Trinity Service Group Inc
   (Name, title, and address of third defendant)
   unavailable to Plaintiffs (See Exhibit A-2, 3 and 4)
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? X Yes ___ No (CHECK ONE). Briefly explain your answer:
   Trinity acted in its offical capacity
   
   See next page ✱

(If you are suing more than three defendants, use extra paper to provide the information
requested above for each additional defendant. The information about additional defendants
should be labeled "A. PARTIES.")

(Rev. 1/30/07)                    2

## A. Parties

5) Securus Technologies and T-netix Inc
www.securustech.net        1800-844-6591
Address is unavailable to Plaintiffs.
(see exhibit A-2, 3 and 4)
Securus did opperate under the color of Law
in their official capacity

• Possible Securus address:
        Securus Correctional services
        PO Box 1109
        Addison Tx 75001

✳ Possible Trinity address:
        Trinity Services Group INC
        477 Commerce BLVD.
        Oldsmar FL, 34677

## B. JURISDICTION

1.  I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

    __X__   28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    _____   28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2.  I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    _____

    _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

## C. Nature of the Case

The Plaintiffs are programed DOC inmates on new cases. The Plaintiffs have been assigned to the Buena Vista Correctional Facility. The Plaintiffs have been moved to the Park County Jail (PCJ). The DOC Inmate locator has the Plaintiffs location as: Jail Contract/ Jail. The Plaintiffs are also being called DOC Backlog and Transitional Offenders.

However the Plaintiffs have been informed that most of them will be held in the PCJ for a minimum of six (6) months to one (1) year and potentially longer if DOC renews the contract with PCJ. Some of the Plaintiffs have been housed since October 3, 2017.

The Plaintiffs are being housed under County Jail conditions as County jail inmates. The Plaintiffs are being denied the rights offorded all other DOC inmates sentenced on new cases. These conditions have caused additional finacial and emotional hardship for the Plaintiffs and their families and is even lengthening some of the Plaintiff stay in DOC.

The Plaintiffs are being denied access to the courts and many of them have time sensitive dead lines to meet in both criminal and civil matters. For many of the Plaintiffs this is a violation of their Plea Agreements and Rule 11 advisements.

It is the Plaintiffs contention that their Constitutional Rights are being violated. The argument set forth in this complaint will clearly demonstrate a violation of the 1st 5th 8th and 14th Amendments.

Continued . . .

2

## C. Nature of Case

... Continued.

1.) CDOC casemanagers referred to the Plaintiffs as DOC Back Log. The Plaintiffs requested the legal definition of this term.
(see Exhibit A-6)
Casemanager Denwalt refused to answer Kite and on November 7, 2017 instructed the Plaintiffs to have their families call CDOC headquarters to find out what the term means.

2.) The Plaintiffs asked PCJ what status of inmates the Plaintiffs are housed under and the definition of the term.    (See Exhibit A-7)

3.) The Plaintiff further asked for the Legal contractual definition of the term "Transitional Offenders"
(see Exhibit A-8) (See Exhibit C-2 and C-7 top of the second page).
Niether DOC nor PCJ will be forthright with any information.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1.   Claim One: _____

     Supporting Facts:

(Rev. 1/30/07)                          4

## D. Cause of Action

Claim #1: Denied access to DOC Approved phone system, (Cips).

Colorado Department of Corrections (CDOC) - Offender Orientation Handbook, version Date April 2017 states: "Offenders are required to use the Colorado Offender Phone System (Cips)." AR850-12

Cips meets both state and Federal guide lines as to the cost per minute on phone calls for CDOC inmates. That current rate is $.12 per minute.

However the Plaintiffs, CDOC inmates, are being housed in Park County Jail (PCJ) and denied access to Cips. The Plaintiffs are forced to use Securus phone system if they want to be able to talk to the community. Securus charges between $.50 to $1.00 per minute for calls placed in Colorado. This is profiteering off of DOC inmates. These charges are creating additional financial hardship for the Plaintiffs and their families. This is a violation of the 8th Amendment against cruel and unusual punishment and the 14th Amendment equal protection. Further refered to as just the 8th and 14th Amendment.

Remedy: Refund all current phone expenses acquired by the Plaintiffs and their families.

- DOC/PCJ provide each Plaintiff 300 minute phone credit on their Securus phone account each month - or the monetary equivalent of $156.00 per month from the date of the Plaintiffs arrival untill the Plaintiff leaves PCJ. - prorated to the day.

- Award each Plaintiff $2,500.00 from Securus/PCJ for their profiteering off of DOC inmates.

## D. Cause of Action

**Claim #2 :** Denied access to DOC recommended Programs and The benefits of completing said Programs.

The CDOC Offender Orientation Handbook, version date April 2017 states under Programing: "All facilities have re-commended programs, vocational programs and elective programs."

However the Plaintiffs, DOC inmates, are being housed in Park County Jail, which does not have DOC recommended programs. Although the Plaintiffs are programed, they are being denied access to DOC recommended programs and denied the benefits of completing said program such as: Additional earned time and the completion of programs are looked upon favorably by both the community correction board and Parole Board for placement. Further the Plaintiffs are being housed under county jail conditions which are far more restrictive than Prison conditions. This is a violation of the 8th and 14th Amendment.

Remedy: Award the Plaintiffs a one time jail assignment earned time credit of :

- Ten (10) days earned time times (x) the number of months housed in the PCJ prorated to the day -OR- $2750.00 times (x) the number of months housed in the PCJ prorated to the day as a monetary equivalent.

- Provide the Plaintiffs with first option on programs / Job assignment once they arrive at their facility.

## D. Cause of Action

<u>Claim #3 :</u> The Plaintiffs are Doc programmed inmates and as such are eligable for contact visit of which can last all day in Doc. The Plaintiffs are also eligible for special visits, as listed under AR300-01. The purpose of visits are to maintain contact with important family and community members. However the Plaintiffs are being denied access to contact visits. PCJ only provides a one (1) hour visit behind glass. This visit is solely on a first come first serve basis. For most Plaintiffs their families will have to travel two or more hours and this is just not reasonable. This is a violation of the 8th and 14th Amendments.

<u>Remedy :</u> • Provide each of the Plaintiffs with a one time earned time credit of three (3) days times (x) the number of months each Plaintiff is housed in PCJ  — or — the monetary equivalent of $825.00 times (x) the number of months each Plaintiff is housed in the PCJ.

• Provide each Plaintiff with a 100 minute phone credit on their Securus phone account each month — or — the monetary equivalent of $52.00 per month on their inmate account from the date of each Plaintiffs arrival at PCJ until the Plaintiff leaves pro rated to the day.

## D. Cause of Action

Claim #4: Denied access to CDOC approved canteen list and prices.
CDOC provides DOC inmates approved canteen lists in-
cluding catalogue canteen, holiday canteen and religious
items. The canteen item costs are approved under both
State and Federal guide lines as to the amount of mark
up that can be applied to an items cost.
However the Plaintiffs are being denied access to CDOC
approved canteen lists or canteen prices. The Plaintiffs are
being forced to purchase canteen through "Trinity Service
Group Inc." if they want canteen items. Trinity's canteen
prices are usually two (2) to four (4) times the price of
CDOC canteen items. Both PCJ and Trinity Service Group Inc.
are profiteering off of DOC inmates. This has created
additional financial hardship for the Plaintiffs and their families.
This is a violation of the 8th and 14th Amendments.

Remedy :• Refund all current canteen expenses acquired by
the Plaintiff and their families.

• CDOC   provide a $3.00 per day state pay for being
assigned to jail to each Plaintiff from their date
of arrival untill they leave PCJ.

• Award each Plaintiff $2500.⁰⁰ from PCJ/Trinity for
profiteering off of DOC inmates.

D Cause of Action

Claim #5 : Plaintiffs eligible for community referral are being denied electronic referrals.   (see Exhibit A-5)

The Plaintiffs that are being housed in PCJ that are eligable and meet the criteria for electronic referral to residential community corrections' centers are being denied being referred by Casemanager Denwalt of the Buena Vista Correctional facility. The elgible Plaintiffs are eligible under AR 250-13. This is a violation of the 8th and 14th Amendment and also violates these Plaintiff's Plea Agreements and Rule 11 advisement.

Remedy : Refer the Plaintiffs who are eligible for a Community referral immediately.

* Award the Plaintiffs who are eligible for community referral $100.00 for everyday they have been housed in PCJ and were eligible for referral but were not referred.

(see Exhibit A-5 for Casemanager Denwalts response to this issue. Note he does not sign the response.)

## D. Cause of Action

Claim #6: Denied Due Process, right to access the Court.

Plaintiffs being housed in PCJ are being denied to an adequate Law library, to access cases, motion forms ect. The Plaintiffs are unable to prepare their motions for post conviction relief, 35(A)(B) and (C) motions, appeals or any civil suits. Many of these issues are time sensitive

1.) PCJ does not have a Law library. PCJ Has a library with some legal books.

2.) Plaintiffs follow PCJ procedure by submitting a kite for law library. However PCJ will not schedule appointment. The returned kites state : Ask deputy on duty. These deputies are to busy to allow inmate into library most days. (see Exhibit B-2)

3.) When Plaintiffs request Legal documents, PCJ refers them to submit a casemanager kite. (see Exhibit B-2)

4.) Casemanager Denwalt on November 7, 2017 informed the Plaintiffs that the only Law library access the Plaintiffs will be given is what PCJ provides. Mr. Denwalt notified the Plaintiffs he would not be supplying Legal documents, answering their kites or their grievances.

5.) A Plaintiff requested to make legal copies and to have documents notorized both of which the PCJ bulletin board states can be done. Plaintiffs are being denied. (see Exhibit B-3, 4 and 5)

6.) The Plaintiff filed a grievance with PCJ (See Exhibit C-2)

— Continue = . . .

## D. Cause of Action

Claim #6    Continued...

7.) The Plaintiff requested an appeal form for the grievances filed. The Plaintiff was told no such form exists. (see Exhibit C-6)

8.) The Plaintiff hand wrote an appeal on grievances (See Exhibit C-7)

This is a violation of the 5th Amendment, right to due process. The 8th Amendment and the 14th Amendment

Remedy: Provide immediate access to a full law library Comparable to those enjoyed by all other DOC inmates sentenced on new charges.

• Award each Plaintiff with $100.00 per day that they are housed in PCJ and denied access to a Law library, legal forms, legal copies, notary, etc.

## D. Cause of Action

Claim #7:  Denied religious freedoms.

The Plaintiffs are being denied religious services in order to practice their religion. Religious materials to practice their religion. Religious items such as prayer shawls, yalmuk, oils etc. or the ability to order religious items or books.

This is a violation of the 1st Amendment, freedom of religion as well as the 8th and 14th Amendment. (See Exhibit C-14, 15)

Remedy:  Provide all religious freedoms afforded to other DOC inmates immediately.

• Award the Plaintiffs each $50.00 per day for every day each Plaintiff is housed in PCJ and denied their religious freedoms by CDOC and PCJ.

## D. Cause of Action

Claim #8: Denied right to redress grievances and the ability to exhaust administrative remedy.

### CDOC

1.) The Plaintiffs are being denied access to CDOC kite process as DOC casemanager will not answer kites (see Exhibit C-9)

2.) The Plaintiffs are being denied access to CDOC grievances. (see Exhibit C-8)

3.) The Plaintiffs have exhausted all CDOC administrative remedies that have been available to them.

### PCJ

1.) Plaintiffs have filed grievances with the PCJ (see Exhibit C-2, 3, 4 and 5)

2.) Upon a returned answer on grievances the Plaintiffs are denied grievance appeal forms. (see Exhibit C-6)

3.) Plaintiffs filed a written appeal by hand. (see Exhibit C-7)

The Plaintiffs have exhausted the administrative remedy available to them.

This is a violation of the 1st amendment right to redress grievances.

Remedy: • Award each Plaintiff with $1500.°° From DOC for being denied access to the grievance process.
• Award the Plaintiffs the entire relief sought in this, the entire Complaint.

## D. Cause of Action

Claim #9: Denied state pay.

The Plaintiffs have not been paid any state pay since being housed in the PCJ. Some Plaintiffs have been housed in PCJ since October 3, 2017. This has created additional finacial hardship and frustration on the Plaintiffs.

1.) Casemanager Denwalt informed the Plaintiffs That PCJ is responsible to pay Plaintiffs their state pay, on November 7, 2017.

2.) The Plaintiffs Kited PCJ about their state pay. (see Exhibit C-10)

3.) Plaintiffs have still not been paid.

4.) PCJ provides indigent mail supplies to inmates. However PCJ holds their accounts in the negative and or holds the cost of indigent mail against any future funds that come into the inmates account.

This is a violation of the 8th and 14th Amendment.


Remedy: Pay state pay as requested in claim #4 immediately. Award each Plaintiff $500.00 from DOC and Award each Plantiff $500.00 from PCJ for with holding their state pay.

* Reimburse all Plaintiffs who have been charged for indigent supplies while being denied their state pay.

D Cause of Action

Claim #10: Denied adequate Medical

The Plaintiffs being housed in the PCJ do not
have access to medical in the capacity that is
afforded all other DOC inmates on new cases.
PCJ does not have a Doctor, Mental health
professional or Dentist. Plaintiffs are having
to wait extended periods of time to address any
issue if they are even addressed.

(see Exhibit C-11, 12 and 13)

This is a violation of the 8th and 14th Amendment

Remedy: Provide the same medical access afforded other
DOC inmates on new cases.

Award Each Plaintiff $500.00 for being denied
access to the same medical services that are available
to all other DOC inmates

Note: Plaintiffs will forward additional documentation to
support this claim as there is no availability for glasses
or dentures as well at PCJ.

Note: There are numerous kites and grievances that
have never been answered to Date involving all
of the claims made.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No  (CHECK ONE).  If your answer is "Yes," complete this section of the form.  If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit.  The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1.  Name(s) of defendant(s) in prior lawsuit:  _____

2.  Docket number and court name:  _____

3.  Claims raised in prior lawsuit:  _____

4.  Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):  _____

5.  If the prior lawsuit was dismissed, when was it dismissed and why?  _____

6.  Result(s) of any appeal in the prior lawsuit:  _____

## F. ADMINISTRATIVE RELIEF

1.  Is there a formal grievance procedure at the institution in which you are confined?

    _X_ Yes ___ No  (CHECK ONE).

2.  Did you exhaust available administrative remedies?  _X_ Yes ___ No (CHECK ONE).

    See Claim #8 for details

(Rev. 1/30/07)                           7

## G. REQUEST FOR RELIEF

State the relief you are requesting.  If you need more space to complete this section, use extra paper.  The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ___November 14, 2017___
                 (Date)

                                      111735
                     (Prisoner's Original Signature)

(Rev. 1/30/07)                                   8

## G. Request for Relief

Claim #1:

1) Relief requested from CDOC/PCJ: • Refund current phone expenses acquired by both the Plaintiffs and their families/Friends • Provide a 300 minute per month phone credit to the Plaintiffs phone account each month or the monetary equivalent of $156.00 per month for each month the Plaintiffs are housed in PCJ prorated to the day.

2) Relief requested from PCJ/Securus: Both PCJ and Securus Technologies are profiteering off of DOC inmates. The Plaintiffs request the Courts Award each Plaintiff $2,500.00

Claim #2:

Relief requested from CDOC:

1) Award each Plaintiff with a one time jail assignment earned time credit of ten (10) days earned time, times (x) the number of months housed in the PCJ prorated to the day — OR— The monetary equivalent of $2,750.00 times (x) the number of months housed in the PCJ prorated to the day;

2) Provide the Plaintiffs with first option on programs/ job assignment once they arrive at a DOC facility.

Claim #3: Award each Plaintiff with:

1) A one time earned time credit of three (3) days times (x) the number of months each Plaintiff is housed in the PCJ and denied contact visits. —OR— the monetary equivalent

②

## G. Request for Relief

Claim 3: Continued...

of $825.00 times (X) the number of months each is housed in the PCJ prorated to the day.

2) Award each Plaintiff with 100 minutes per month phone credit on their Securus phone account each month —OR— The monetary equivalent of $52.00 per month on their inmate account from the date of each Plaintiffs arrival at PCJ until the Plaintiff leaves PCJ, prorated to the day.

Claim #4:

Relief requested from CDOC:

1) Refund current canteen expenses acquired by the Plaintiffs and their families/friends while housed in PCJ.

2) Provide a $3.00 per day state pay for being assigned to jail to each Plaintiff from the date of their arrival until the Plaintiffs leave PCJ.

Relief sought from PCJ/Trinity services Group Inc.:

1) Both Trinity and PCJ are profiteering off of DOC inmates. The Plaintiffs request the Courts award the Plaintiff each $2,500.00

Claim #5:

Relief sought from CDOC:

1) Refer eligible Plaintiff to Community Corrections immediately

2) Award the Plaintiffs who are eligible for community Corrections referral $100.00 per day for every day that

③

G. Request for Relief

Claim #5: Continued...

they have been eligible, housed in the PCJ and denied referral.

Claim #6:

Relief sought from CDOC / PCJ:

1) Provide Plaintiffs with immediate access to a full Law Library comparable to those enjoyed by all other DOC inmates sentenced on new charges.

2) Award each Plaintiff with $100.00 per day that they are housed in the PCJ and denied access to a full Law library, Legal forms, Legal copies, notary etc.

Claim #7:

Relief sought from CDOC / PCJ:

1) Provide all religious freedoms afforded all other DOC inmates sentenced on new charges.

2) Award the Plaintiffs each $50.00 per day for every day that each Plaintiff is housed in PCJ and denied their religious freedoms.

Claim #8:

Relief sought from CDOC:

1) Award each Plaintiff with $1500.00 for being denied access to the grievance process

2) Award the Plaintiffs the full relief sought in this, the entire complaint

④

# G. Request for Relief

Claim #9:

Relief sought from CDOC:

1.) Pay state pay as requested in Claim #4, of $3.00 per day immediately.

2.) Award each Plaintiff $500.00 for being denied any State Pay.

Relief sought from PCJ:

1.) Reimburse all Plaintiffs who have been charged for indigent supplies while being denied their state pay.

2.) Award each Plaintiff $500.00 for being denied state pay.


Claim #12:

Relief sought from CDOC/PCJ

1.) Provide equivalent medical access afforded all other CDOC inmates on new sentences with equivalent custody levels.

2.) Award each Plaintiff $500.00 for being denied the medical access afforded all other CDOC inmates.


✱ And any other remedy the courts deem appropriate for these claims.

Exhibit A-2

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: William moore     DATE: 11-10-17   HOUSING: B-9

REQUEST: I Need the address to Trinity Services group, INC,
and Securus

Thank you

OFFICER REPLYING: N. Koepke     DATE: 11-10-17

RESPONSE:

Securus form attached

Kite to Kitchen for Trinity issues

Distribution:  White - File     Yellow - Return to inmate with answer     Pink - Inmate
5539(9/99)

Exhibit A-3



**SECURUS**
TECHNOLOGIES

**Facility** _____ **Site ID #** _____

**FACILITY CONTACT:** _____ **Ph:** _____

## Debit Account/Call Processing - Inmate Action Form
' Fax this form to 1-800-368-3168 if research is required by Securus
****** <u>PRINT CLEARLY</u> & <u>WRITE DARK, NO PENCILS</u>******

Detainee Name: _____ Today's Date_____

**Detainee Name:** _____ **Detainee Account #:**_____ **(not PIN)**

*<u>Payment not posted to account?</u>*

Purchase Date _____ Amount _____     Purchase Date_____ Amount _____

Purchase Date _____ Amount _____     Purchase Date_____ Amount _____

**If you have a problem with your calling account or cannot place a collect call, please describe here in detail:**

_____

_____

_____

If you experienced a problem with a **<u>phone call</u>**, please describe below:

Phone # Dialed: _____ Date of Call: _____ Time of Call: _____ Length of Call: _____

Circle problem:        Call was dropped        Call was billed incorrectly        Call had static, garbled, fading in/out

Message Received _____

-      -      -      -      -      -      -      -      -      -      -      -

Phone # Dialed: _____ Date of Call: _____ Time of Call: _____ Length of Call: _____

Circle problem:        Call was dropped        Call was billed incorrectly        Call had static, garbled, fading in/out

Message Received _____

**SECURUS will note your resolution in this space and fax the form back to the facility:**

Exhibit A-4



### TRINITY SERVICES GROUP, INC.

### PARK COUNTY JAIL TrinityTakeOut MENU

NAME_____ ID#_____ POD_____

**No special requests or alterations unless it pertains to an approved diet plan.**
Please order now for all days and your order will be delivered on that given day.
**All orders are due by 7:00pm on the 9th, please have them in the box by 7pm for night shift to collect. Orders will be charge to your account on FRIDAY 11/10.**

PRICES INCLUDE TAX
LIMIT..... 3 EACH ANY ONE ITEM
TRINITY TAKE OUT ORDERS ARE NON- REFUNDABLE

**Saturday 11/11**
___70110 Biscuits (2) w/ Sausage Gravy (contains pork) & 12oz soda..................................................................$6.22
___70198 4oz of Chocolate/Vanilla Ice Cream (limit one of each flavor).................................................$1.04
___ 70109 12oz soda...............................................................................................................................$1.04

**Sunday 11/12**
___70111 Bowl of Green Chile garnished w/ Sh.Cheese, 2 rolls & 12oz soda............................. ...............$6.22
___70112 2 Chicken Cordon Bleu & mashed potatoes w/ 12oz soda.......................................................$7.26
___ 70109 12oz soda...............................................................................................................................$1.04

**Monday 11/13**
___70208 Cheeseburger & chips w/ 12oz soda.......................................................................................$7.79
___70198 4 chicken Nuggets w/ 1.5oz BBQ sauce.................................................................................$1.04
___70198 12oz Whole Milk......................................................................................................................$1.04
___ 70109 12oz soda...............................................................................................................................$1.04

**Tuesday 11/14**
___ 70207 Alfredo Pasta, 2 rolls, side of steamed vegetables & 12oz soda...........................................$6.75
___70113 Chicken Alfredo Pasta, 2 rolls, side of steamed vegetables & 12oz soda................................$8.30
___70092 Grilled Chicken Salad w/ 12oz soda.......................................................................................$7.26
___ 70109 12oz soda...............................................................................................................................$1.04

### FRESH TO YOU ORDERS ARE NON-REFUNDABLE
### ONCE THE ITEM HAS BEEN PREPARED, IF YOU
### WISH TO CANCEL YOUR ORDER PLEASE
### LET US KNOW THE DAY BEFORE.
### THANK YOU FOR YOUR ORDER
### -TRINITY SERVICES GROUP MANAGEMENT

Exhibit A-5

BVCC Form 100-19A (Reviewed 03/04/09)

## Colorado Department of Corrections
## Buena Vista Correctional Complex

### Offender Communication

To: Buena Vista Case manager      Date: 11-3-17

State your request in detail: at DRDC the programer told me that I had 9 points and that my Classification was MR. Is this what you currently show as my points and classification? If not can you explain to me how this has changed?
I should be Just about eligible to put in for the half way house Could you please notify me of the exact date that I am elgible to submit? Thank you

Offender Name: William moore   William B Moore Jr     Doc #: 148919
(Name must be printed and signed)
Work Assignment: unknown     Unit/Cell#: B-9 Park County Jail

Response/Action Taken: Until you are in your permenant DOC Facility you are not Eligible

Employee/Contract Worker Signature: _____
(Name must be printed and signed)
Date Received: _____
Date Answered: _____

CM-Dewalt - 11-7-17 d.d Not Sign

Attachment A
Page 1 of 1

Exhibit A-6

BVCC Form 100-19A (Reviewed 03/04/09)

## Colorado Department of Corrections
## Buena Vista Correctional Complex

### Offender Communication

To: _BV Casemanager_                                                Date: _Nov, 2, 2017_

State your request in detail: _Please inform me of my current status_
_in DOC and the legal definition of the said status._
_Example :_
_____If I am "DOC BACKLOG" then please_
_provide me with the current legal definition_
_of this term._

_____Thank

Offender Name: _____                    Doc #:_____
                    (Name must be printed and signed)
Work Assignment: _____                Unit/Cell#:_____

Response/Action Taken: _____

_On Nov. 2, 2017 Casomanage Denwalt said he would not_
_answere this kite._

Employee/Contract Worker Signature: _____
                                  (Name must be printed and signed)

Date Received: _____
Date Answered: _____

Attachment A
Page 1 of 1

Exhibit A-7

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _Jerry Hepworth_   DATE: _Nov. 2, 2017_   HOUSING: _B-1D_

REQUEST: _Please provide me the correct status of "Doc/Park County inmate I am currently? Please provide me the legal definition of that status?_

_Thank You_

OFFICER REPLYING: _Cooper_   DATE: _11-3-17_

RESPONSE: _Doc offender in transition — Transitional offenders shall be subject to the rules and regulations Applicable to County Jail inmates_

Distribution:  White - File   Yellow - Return to inmate with answer   Pink - Inmate

5539(9/99)

Exhibit A-8

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _Jerry Heqwood_     DATE: _Nov. 10, 2017_ HOUSING: _B-10_

REQUEST: _Att: Cooper_

_Can you provide me the legal contractual definition of "Transitional Offender."_

OFFICER REPLYING: _Cooper_     DATE: _11-11-2017_

RESPONSE: _I cannot Give legal advice_

Distribution: White - File     Yellow - Return to inmate with answer     Pink - Inmate

5539(9/99)

B-2 (Exhibit B-2)

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _Jerry Hegwood_    DATE: _Nov. 2, 2017_   HOUSING: _B-10_

REQUEST: _I need 3 (three) letter of intent to sue forms for my civil law suites that are in process. I am under a time line in which my letters of intent need to be filed. Also I need access to a law library and access to look up cases._   Thank You.

OFFICER REPLYING: _N Roepke_    DATE: _10-2-17_

RESPONSE: _____

_Fill out DOC Kite_

_Ask Deputy on duty to go to the Library_

Distribution:  White - File      Yellow - Return to inmate with answer      Pink - Inmate

5539(9/99)

( Exhibit B-3 )

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _Jerry Hegwood_   DATE: _Nov. 8, 2017_ HOUSING: _B-10_

REQUEST: _I need to make copies and have a document Notorized,_

_Thank You._

OFFICER REPLYING: _Cooper_   DATE: _11-8-17_

RESPONSE: _Copies must be legal and cost 10¢ a page_

Distribution:  White - File     Yellow - Return to inmate with answer     Pink - Inmate

5539(9/99)

(Exhibit B-4)

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _Jerry Heywood_ (Sp.)      DATE: _Nov 9, 2017_ HOUSING: _B-10_

REQUEST: _I need to make 2 legal copies and then have them notarized._

_Thank You_

OFFICER REPLYING: _N Roepke_      DATE: _11-9-17_

RESPONSE: _No We do not do this_

Distribution:  White - File      Yellow - Return to inmate with answer      Pink - Inmate

5539(9/99)

(Exhibit B-5)

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _Jerry Hegwood_     DATE: _Nov. 10 2017_ HOUSING: _B-10_

REQUEST: _I am needing to send out letters of intent to sue in 3 seperate civil matters. The letters need to be notarized and sent via certified mail. How do I go about that here at the Park County Jail?_

_Thank You._

OFFICER REPLYING: _Cooper_     DATE: _11-11-2017_

RESPONSE: _You can contact a notary and have them come up notorize your "Letters" and pay them to send it out certified. This must be approved by the captain prior to the visit but special "times should not be an issue_

Distribution:  White - File    Yellow - Return to inmate with answer    Pink - Inmate

5539(9/99)

Exhibit C-2

Staff Use Only
Date Received: 11-8-2017

Log Number: 08CO

# PARK COUNTY JAIL
# INMATE GRIEVANCE FORM

A grievance must concern: abuse, harassment, a violation of your civil rights, or denial of a specified privilege. This form must be submitted within fourteen (14) days of the incident or situation upon which the grievance is based. The grievance shall fully state the date, time, location of the incident or situation, name(s) of person(s) involved, and complete details of the incident or situation. Grievances that contain obscene language, or sexual connotations, will not be accepted. Group grievances or grievances submitted on behalf of other inmates will not be accepted.

Offender Name _Jerry Hegwood   DOC # 111735_   Date _Nov. 7, 2017_

Basis of your complaint (be specific and brief):

_DOC inmates have a due process right to access the court. This includes adequate access to a law library including the ability to look up full case and access all documents to file motions, appeals & civil suits etc. Many of these issues are time sensitive. Requests made between Nov. 1 and 6th of 2017_

_Provide access to an updated law library. Provide me the two (2) intent to sue forms I requested. 2 civil law suit packets. Provide me with all the DOC AR's._

_please provide me a copy of this grievance_

Staff Response:

_Transitional offender shall be subject to the rules and regulations applicable to county inmates at the facility._

_All listed forms will need to be requested from your DOC case manager._

Staff Signature/Printed Name                     Date

Inmate Response to Resolution:
___ I am satisfied with the informal resolution shown above
_X_ I am not satisfied and understand that I have 5 days to file a written appeal.

Offender Signature

B-10
Housing Unit

Exhibit C-3

Staff Use Only
Date Received: 11-8-17

Log Number: 80 l

## PARK COUNTY JAIL
## INMATE GRIEVANCE FORM

A grievance must concern: abuse, harassment, a violation of your civil rights, or denial of a specified privilege. This form must be submitted within fourteen (14) days of the incident or situation upon which the grievance is based. The grievance shall fully state the date, time, location of the incident or situation, name(s) of person(s) involved, and complete details of the incident or situation. Grievances that contain obscene language, or sexual connotations, will not be accepted. Group grievances or grievances submitted on behalf of other inmates will not be accepted.

Offender Name _Jerry Hegwood_ DOC # _111735_ Date _Nov. 7, 2017_

Basis of your complaint (be specific and brief):
You provided me with out of date DOC documents, specifically 4 DOC grievances that were dated 10/04. Casemanager Denault said he does not have to answere the grievances and will not. I also requested copies of my grievances for my record, on Nov. 5th or 6th 2017

Provide me accurate DOC documents that are current. Provide me copies of the 4 DOC grievances I submitted and provide me with 4 updated grievance forms for DOC.

_Please provide me a copy of this grievance_

Staff Response: Request these items from your DOC Case Manager

Staff Signature/Printed Name
_Cooper / Cooper 369_          Date _11-8-17_

Inmate Response to Resolution:
____ I am satisfied with the informal resolution shown above
_X_ I am not satisfied and understand that I have 5 days to file a written appeal.

Offender Signature

B-10
Housing Unit

Exhibit C-4

Staff Use Only
Date Received: 11-8-17

Log Number: 802

# PARK COUNTY JAIL
# INMATE GRIEVANCE FORM

A grievance must concern: abuse, harassment, a violation of your civil rights, or denial of a specified privilege. This form must be submitted within fourteen (14) days of the incident or situation upon which the grievance is based. The grievance shall fully state the date, time, location of the incident or situation, name(s) of person(s) involved, and complete details of the incident or situation. Grievances that contain obscene language, or sexual connotations, will not be accepted. Group grievances or grievances submitted on behalf of other inmates will not be accepted.

Offender Name Jerry Hegwood DOC #111735   Date Nov. 7th 2017

Basis of your complaint (be specific and brief):

CDOC provides approved canteen items and item prices for DOC inmates. These prices meet State and Federal guide lines as to the amount an item can be marked up and sold to DOC inmates. Your provider Trinity Food Services LLC does not follow these guide lines and are charging much higher prices in some cases 3 to 4 times the amount. This is profiteering off of DOC inmates. Nov 4, 2017 canteen order placed

Refund my current canteen expenses. Provide canteen at the current State and Federal approved prices or provide a $3.00 per day unasigned pay while I am housed in the Park County Jail.

Please provide me a copy of this grievance

Staff Response:
Transitional offenders shall be subject to the rules and regulations applicable to County Jail inmates at the facility. This includes canteen prices

Staff Signature/Printed Name
Ted Cooper / Cooper 3660A

Date 11-8-17

Inmate Response to Resolution:
_____ I am satisfied with the informal resolution shown above
__X__ I am not satisfied and understand that I have 5 days to file a written appeal.

Offender Signature

B-10
Housing Unit

Exhibit C-5

Staff Use Only
Date Received: 11-8-17

Log Number: 803

# PARK COUNTY JAIL
# INMATE GRIEVANCE FORM

A grievance must concern:  abuse, harassment, a violation of your civil rights, or denial of a specified privilege.  This form must be submitted within fourteen (14) days of the incident or situation upon which the grievance is based.  The grievance shall fully state the date, time, location of the incident or situation, name(s) of person(s) involved, and complete details of the incident or situation.  Grievances that contain obscene language, or sexual connotations, will not be accepted.  Group grievances or grievances submitted on behalf of other inmates will not be accepted.

Offender Name _Jerry Heqwood   DOC #111735_   Date _Nov. 7, 2017_

Basis of your complaint (be specific and brief):
DOC inmates are required to use the Colorado Inmate Phone System (CIPS) as it meets both State and Federal guide lines as the cost per minute that can be charged to DOC inmates. That current rate is $.12 per minute. Your phone system Securus is charging between $.50 and $1.00 per minute for phone calls placed in Colorado. This is profiteering off of DOC inmates. Nov. 2, 2017 phone call placed

Refund my families and my current phone expenses. Provide phone calls at $.12 per minute, or provide a 300 minute phone credit each month on my Securus account each month I am housed in PCJ or the monetary equivalent to 300 minutes per month on my books.

Please provide me a copy of this grievance

Staff Response: Transitional offenders shall be subject to the rules and regulations applicable to County jail inmates at the facility. If you don't like the Phone price then don't use the phone

Staff Signature/Printed Name _____ / Cooper 3669    Date _11-8-17_

Inmate Response to Resolution:
_____ I am satisfied with the informal resolution shown above
__X__ I am not satisfied and understand that I have 5 days to file a written appeal.

Offender Signature

B-10
Housing Unit

Exhibit C-7 (3 pages)

November 11, 2017

Park County Jail

1180 Park County Road 16

Fairplay Colorado                          80440


Jerry Heywood                          DOC # 111735

Park County Jail

PO BOX 965

Fairplay Colorado                          80440


Re: Written appeal on Grievance No. 800, 801, 802

    and 803,


    I requested an appeal form for each of the grievances.
However I was informed in writing that no such
form exists.


    Appeal on grievance # 800


    I have been notified by Casemanager(s) Denwalt that I
will be housed in the Park County Jail for a minimum of
six (6) months to one (1) year and potentially longer
if DOC renews it's contract with Park County Jail. Mr.
Denwalt informed me that it is P.C.J's responsibility
to provide Law library and legal forms. DOC will
not be providing me with Law library. This is a
violation of the 5th, 8th and 14th Amendment.
Remedy: The Remedy remains the same as in my

Exhibit C-7 (3 pages)

original grievance. In addition please provide me the legal contractual deffinition of "Transitional Offender."

Appeal on grievance #801:

DOC Casemanager Denwalt has informed me that he will not be answering any of my requests or grievances and that Park County Jail is responsible for providing the most current and updated DOC forms. I am being denied the 1st Amendment, right to readdress grievances. Remedy: Remedy remains the same as the original grievance.

Appeal on grievance #802:

This is a violation of my Constitutional rights. It violates the 8th Amendment, against cruel and unusual punishment and the 14th Amendment, equal protection. I am not a county jail inmate. This is a violation of my Plea Agreement and my Rule 11 advisement. Remedy: The Remedy remains the same as the original grievance.

Appeal on grievance #803:

This is a violation of my Constitutional Rights. It violates the 8th Amendment, against cruel and unusual punishment and the 14th Amendment,

Exhibit C-7 (3 pages)   ③

equal protection. I am a DOC inmate and as such should be afforded the same rights. This is a violation of my Plea Agreement and my Rule 11 advisement.

Remedy: The Remedy remains the same as in the original grievance. Also please reimburse me three (3) sheets of line paper and one (1) envelope.

* Please provide me a copy of these appeals.**

Jerry Hegwood   Doc#111735

November 11, 2017

Exhibit C-6

## PARK COUNTY DETENTION CENTER  -  INMATE REQUEST FORM

INMATE REQUESTING: _Jerry Hegwood_    DATE: _Nov. 9, 2017_ HOUSING: _B-10_

REQUEST: _I need four (4) grievance appeal forms._

_Thank You_

OFFICER REPLYING: _No_      DATE: _11-9-17_

RESPONSE: _No such form we can't the._
_Keep your copy of the_
_Read your Spanish_
_Grievances._

Distribution:  White - File    Yellow - Return to inmate with answer    Pink - Inmate

5539(9/99)

Exhibit C-8

## DOC Grievances Submitted Nov. 5, 2017

Four (4) grievances were submitted to DOC Casemanager Denwalt, Addressing the following

1) Phone system / phone charges.      Nov. 5, 2017
   The grievance read the same as
   Claim #

2) Canteen Prices                     Nov. 5, 2017
   The grievance read the same as
   Claim #

3) Visits                             Nov 5, 2017
   The grievance read the same as
   Claim #

4) Programs                           Nov. 5, 2017
   The grievance read the same as
   Claim #

Casemanager Denwalt on Nov. 7, 2017 stated that he read the grievances but would not be answering them, or any other grievance filed.

Jerry Hegwood

DOC # 111735

Exhibit C-9

BVCC Form 100-19A (Reviewed 03/04/09)

## Colorado Department of Corrections
## Buena Vista Correctional Complex

### Offender Communication

To: BV Casemanager                                    Date: Nov. 2, 2017

State your request in detail: The offender orientation Handbook version Date April 2017, Page 6, No. 3 — Telephone Regulations States: "Offenders are required to use the Colorado Offender Phone System, (Cips)" Cips currently charges $.12 per minute for phone calls in Colorado. I am currently being denied Cips access and forced to use a phone system that is not DOC Inmate approved which charges up to $15.00 for a 15 minute phone call. That is allmost 10 times the cost of Cips

Please provide me a Step 1 Grievance.

Offender Name: _____          Doc #: _____
                    (Name must be printed and signed)
Work Assignment: _____          Unit/Cell#: _____

Response/Action Taken: _____

On November 2, 2017
Casemanager Denwalt refused to answere this Kite and provide a step 1 grievance.

Casemanager Denwalt informed me that he would not answere any of my kites or grievances, on Nov. 7, 2017

Employee/Contract Worker Signature: _____
                                  (Name must be printed and signed)
Date Received: _____
Date Answered: _____

Attachment A
Page 1 of 1

Exhibit C-10                          CASE MANAGER

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: William Moore 148919   DATE: 11-7-17   HOUSING: B-9

REQUEST: Buena Vistas Case manager Said that Park County Jail is to pay Doc iNmates unassigned pay, when Should we receive this pay ~~~ please and Thank you

OFFICER REPLYING: Cpt. Cloud   DATE: 11/13/17

RESPONSE: You will be paid once I recieve word on how much.

Distribution: White - File     Yellow - Return to inmate with answer     Pink - Inmate

5539(9/99)

Exhibit C-11

BVCC Form 100-19A (Reviewed 03/04/09)

**Colorado Department of Corrections**
**Buena Vista Correctional Complex**

**Offender Communication**

To: MEDICAL                                    Date: 11/6/17

State your request in detail: I HAVE A tooth tHAt is iN REALLY BAD PAIN AND I WANTED to SEE iF I CAN GEt AN APPOINTMENT SO YOU GUYS CAN LOOK At it AND tAKE it out. ALSO iN DRDC tHEY WERE CHECKiNG MY BLOOD PRESSURE EVERY WEEK, SiNCE I Got HERE tHEY HAUNt CHECKED it AND SOMEtiMES I FEEL REALLY DiZZY, I would APPRECiAtE it iF SOMEtHiNG CAN BE DONE AbOUt MY MEDICAL PROBLEMS
                        THANK YOU

Offender Name: GiLBERtO ViZCARRA GARCiA          Doc #: 138999
                (Name must be printed and signed)
Work Assignment: _____          Unit/Cell #: B-8

Response/Action Taken: You arrived here 10/31 — 1 week ago. Did You let DOC Know of your dental problem? What did they say? Park County does not operate quite like DRDC in many ways. There is no dentist in Park Co. Will evaluate your dental need. Weekly Bp's are not done but will check yours and others as we are able.

Employee/Contract Worker Signature: Medical Dept.
                        (Name must be printed and signed)

Date Received: _____
Date Answered: _____

                    Attachment A
                    Page 1 of 1

Exhibit C-12

BVCC Form 100-19A (Reviewed 03/04/09)

## Colorado Department of Corrections
## Buena Vista Correctional Complex

### Offender Communication

To: MEDICAL                                    Date: 11/12/17

State your request in detail: WHEN I WAS IN DRDC, MEDICAL WAS CHECKING MY BLOOD PRESSURE WEEKLY, THE LAST TIME I GOT CHECKED MY PRESSURE WAS A LITTLE HIGH AND THAT WAS AT DRDC, WOULD YOU GUYS PLEASE START CHECKING ME ON AN ON GOING BASIS, THERES TIMES I FEEL REALLY DIZZY, AND I GUESS PARK COUNTY DOESN'T CHECK BLOOD PRESSURE, WOULD YOU GUYS BE ABLE TO HELP ME.

THANK YOU

Offender Name: ANTONIO GONZALEZ Antonio G
(Name must be printed and signed)                Doc #: 177919

Work Assignment: _____          Unit/Cell#: B-8

Response/Action Taken: Plan on doing blood pressures on Fridays and when able. We do not have the staffing that DRDC has available, monthly and as needed

Employee/Contract Worker Signature: _____
(Name must be printed and signed)

Date Received: _____
Date Answered: _____

Attachment A
Page 1 of 1

Exhibit C-13

BVCC Form 100-19A (Reviewed 03/04/09)

**Colorado Department of Corrections**
**Buena Vista Correctional Complex**

**Offender Communication**

To: *Case Manager* Date: 11-3-17

**State your request in detail:** The Dentist at DRDC told me as soon as I got to my facility to notify Dental about cavities and Dentures. The Doctor also told me to Kite Medical. I have very painful sores on the balls of my feet that he said would be treated when I arrived. Also the Programer, Ms. Brown, and Caitlyn, had me sign up for a Program I should take relating to my crime. They said it would probably be at Freemont, Crowley, or Arrowhead facility. Could you check this for me? Thank You!

Offender Name: ~~Timothy Bowman~~ *Timothy Bowman* Doc #: 178 144
(Name must be printed and signed)

Work Assignment: none Unit/Cell #: B-10

**Response/Action Taken:** DRDC meant Permanent Facility (PF) We are an ~~Intermediate~~ Intermediate Facility. Buena Vista is your Permanent Facility. Buena Vista Correction Facility

Will treat the plantar wart

There is no information at this time on your programs

**Employee/Contract Worker Signature:** S Jones
(Name must be printed and signed)

**Date Received:**
**Date Answered:** 11-9-17

Attachment A
Page 1 of 1

Exhibit C-14

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _Cleary Heywood_      DATE: _Nov. 2, 2017_  HOUSING: _B-10_

REQUEST: _Please sign me up for Chanukah services_
_as well as Shabbat services. I am a_
_Jewish inmate - please provide me a schedule_
_of Holidays, Fast days, and services. Can I please_
_get a Jewish Calendar?_                    _Thank you_

OFFICER REPLYING: _N Roepke_                DATE: _11-2-17_

RESPONSE: _____
_Noted_
_____
_____
_____

Distribution: White - File      Yellow - Return to inmate with answer      Pink - Inmate
5539(9/99)

Case Manager

Exhibit C-15

# PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _Timothy Bowman_   DATE: _11-8-17_   HOUSING: _B-10_

REQUEST: _I would like to request the "Our Daily Bread" devotional booklet for December, January, February. I understand the staples would have to be removed which I could do._

_Thank You!_

OFFICER REPLYING: _N. Roehrke_   DATE: _11-8-17_

RESPONSE: _Fill out DOC Kite_

Distribution:  White - File      Yellow - Return to inmate with answer      Pink - Inmate

5539(9/99)