Jerry Heywood Doc# 111735
Park County Jail
PO BOX 965
Fairplay, Colorado
80440

* Legal Mail *

Clerk of the Courts
Alfred A. Arraj United States Courthouse
901 19th Street   Room A105
Denver, Colorado   80294-3589



*Legal Mail*

*Legal Mail*

*Legal Mail*