```
                                                    F I L E D
                                              UNITED STATES DISTRICT COURT
                                                    DENVER, COLORADO
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

NOV 1 7 2017

JEFFREY P. COLWELL
CLERK

Class Action
Civil Action No. _'17 - CV - 02764_
(To be supplied by the court)

Jerry Heywood DOC 111735 _____, Plaintiff,
Additional And plaintiffs

v. PARK County Jail / Park County Sheriff Office

Colorado Department of Corrections

Trinity Service Group Inc.

Securus Technologies / T-net inc _____, Defendant(s).

---

### PRISONER'S MOTION AND AFFIDAVIT
### FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

I request leave to commence this civil action without prepayment of fees or security

therefor pursuant to 28 U.S.C. § 1915.  In support of my request, I declare that:

1.  I am unable to pay such fees or give security therefor.

2.  I am entitled to redress.

3.  The nature of this action is:

   Class Action _____

   _____

(Rev. 10/01/12)

4.  My assets and their value are listed below:  (attach an additional page if necessary)

    (Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

    _____ None _____

    _____

5.  Are you in imminent danger of serious physical injury?

    ___ Yes  X  No  (CHECK ONE).  If you answered yes, briefly explain your answer:

    _____

    _____

6.  I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.  No

7.  I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on _____
                    (Date)

                            _____
                                (Prisoner's Original Signature)

(Rev. 10/01/12)                              2

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: _Jerry Hegwood_____

Signature of Authorized Prison Official: _____

Date: _November 14th_____

Plaintiff Jerry Hegwood DOC# 111735

I have a release of information form for the Larimer County Jail where I was incarserated from:

Febuary 26, 2016 to October 18, 2017.

I have been trying to get the document notorized so that Larimer County Jail will release my inmate account information Showing that I was an indigent inmate the entire time.

However the Park County Jail will not provide me with Legal Copies or a notary.

(See Exhibits B-3, B-4, and B-5)