November 14, 2017

The Plaintiffs are unable to make any Legal Copies and therefore are unable to send any copies of the complaint to opposing parties.

The Plaintiffs are unable to make a Copy of the complaint for themselves either.

The Plaintiff Jerry Hegwood DOC #111735 respectfully requests the Courts to send Copies of the Complaint to the opposing parties and requests one copy sent to:

Jerry Hegwood  DOC #111735
Park County Jail
PO Box 965
Fairplay Colorado   80440

Due to the extrenuating circumstances as set forth in this complaint.

Thank You

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 17 2017

JEFFREY P. COLWELL
CLERK