# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02764-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

JERRY E. HEGWOOD,
WILLIAM MOORE, JR.,
TREVION McKENZIE,
ROBERT BURKE,
TYWAUN DEEDS,
MICHAEL STEVENS,
PATRICK LEITCH,
SHAWN KUHN,
GABRIEL SANCHEZ,
GREGORY MEISTER,
ANTHONY PEREZ,
JOSUE BAMARA,
VIZCARRA GARCIA,
JORGE LOPEZ,
JOSEPH McENTEE,
TIMOTHY BOWMAN,
EDGAR GARCIA,
JEROME ROBINSON,
MANUEL RUYBAL,
CHRIS GARCIA,
JAMES COOPER,
CHAD FAST,
ANTONIO GONZALES,
RICHARD A. ZARATE,
JOSHUA BUSTAMANTE,
JOSHUA EDELMAN, and
FELIPE ABEYTA-HOLCOMB,

     Plaintiffs,

v.

PARK COUNTY JAIL/SHERIFF'S OFFICE,
COLORADO DEPARTMENT OF CORRECTIONS,
TRINITY SERVICE GROUP INC., and
SECURUS TECHNOLOGIES/T-NET INC.,

     Defendants.

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES**

Plaintiffs, each of whom is confined at the Park County Jail in Fairplay, Colorado, have filed a Prisoner Complaint (ECF No. 1). Plaintiff Jerry E. Hegwood also has filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) that is not signed and a letter to the court (ECF No. 4). As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that each Plaintiff who wishes to pursue his claims in this action must cure the following deficiencies. Any papers that any Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  xx   is not submitted (<u>for any Plaintiff other than Plaintiff Hegwood</u>)
(2)  ___  is missing affidavit
(3)  xx   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>for any Plaintiff</u>)
(4)  ___  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  xx   is missing authorization to calculate and disburse filing fee payments (<u>for any Plaintiff</u>)
(7)  xx   is missing an original signature by the prisoner (<u>for Plaintiff Hegwood</u>)
(8)  ___  is not on proper form
(9)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(10) xx   other: <u>individual motions are necessary only if filing and administrative fees totaling $400.00 are not paid in advance</u>.

**Complaint, Petition or Application**:
(11) ___  is not submitted
(12) ___  is not on proper form
(13) ___  is missing an original signature by the prisoner
(14) ___  is missing page nos. ___
(15) ___  uses et al. instead of listing all parties in caption
(16) ___  names in caption do not match names in text
(17) ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(18) \_\_\_    other: _____ .

Accordingly, it is

ORDERED that each Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that any Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that each Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if any Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, that Plaintiff will be dismissed as a party to this action without further notice. The dismissal shall be without prejudice.

DATED November 20, 2017, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge