OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CONFIDENTIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 04 2017

JEFFREY P. COLWELL
CLERK

Refused

17-cv-2764-GPG
#5

Chad East
#1777898
Park County
P.O. Box 965
Fairplay, CO

NIXIE    808   FE 1    0012/01/17

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 80294258099    *2278-00377-22-40*

neopost
11/21/2017
US POSTAGE $00.46⁰
FIRST-CLASS MAIL
ZIP 80294
041L11245087

RECEIVED NOV 27 20
PARK COUNTY SHF