①

December 5, 2017

United States District Court

Alfred A.Array Courthouse                    Case No. 17-cv 02764-GPG

901 19th Street                              Room A105

Denver Colorado                             80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Jerry Hegwood + Plaintiffs                   DEC 11 2017

Park County Jail                             JEFFREY P. COLWELL
                                                    CLERK
PO Box 965

Fairplay Colorado                            80440


Re: Response to cure deficiencies for civil action No.
        17-cv-02764-GPG


   In an effort to cure the deficiencies as ordered.
The Plaintiffs sent requests to CDOC casemanager
for the necessary documents. However the Plaintiffs
were denied by CDOC casemanager King.
   (See Exhibit AA-1)


   The Plaintiffs further requested the same documents
from the Park County Jail. The Park County Jail
forwarded the Park County Jail request to a CDOC
Casemanager. The CDOC Casemanager then responded
on the Park County Jail inmate request form, instructing
the Plaintiff to refer to Park County Services. However
that is exactly who the request is addressed to.
   (See Exhibit AA-2)

Along with the response on Exhibit AA-2 the case manager attached an email between:

Celsa Schwartz     and

Simon Denwalt  - Doc case manager

(See Exhibit AA-3)

These kinds of procedures are standard here in the Park County Jail. When it is convenient the Plaintiffs are CDOC inmates and when it is not they are Park County Jail inmates. This will be further demonstrated.

The Plaintiffs have handwritten the necessary documents and signed them. The Plaintiffs have mailed letters to their respective prior institutions to receive their account 6 month statements and certificate. The plaintiff's have included a certificate of service for this and a copy of the letter they have mailed to their facilities.

This was done in an effort to meet the deadline set forth in the order. It should be noted that the Plaintiffs legal mail is being held for extended periods of time. (See Exhibit AA-4) Other mail has been lost all together. The Plaintiffs are attempting to meet all necessary requirements.

The Plaintiffs have also requested their year
to date inmate accounts from the Park County
Jail and requested for the Park County Jail Officer
to sign the Certificate for the ballance. One
Plaintiffs has received his account ballance however
Park County Jail refuses to sign the Certificate
of Prison Official (see Exhibit AA-5    )

Two additional Plaintiffs request to be added to
the civil action. Their names are below and
they are following through to cure any deficiencies
as well

| | | |
|---|---|---|
| Randy Wilkes   #113465   x _Randy Wilkes_ | 12/5/17 |
| Daniel Garza   #114192 x _D.G._ | 12/5/17 |

Park County Jail
PO BOX 965
Fairplay Colorado                    80440

These Plaintiff's names are are in correct.

1) Jason Bamaca   #177281   incorrect.
Josue Bamaca-cash #177281   Correct

2) Joshua Bustamente incorrect
Joshua Bustamante-177874 correct

The Plaintiffs respectfully request an additional

4

30 days to provide the necessary documents. As you can see Park County Jail grossly delays the Plaintiffs mail / Legal mail and in some cases has lost the Plaintiffs mail, Kites, CDOC casemanager kites ect. (see Exhibit AA-4, BB-12, BB-11 #813, BB-10 #813)

Jerry Hegwood and Plaintiffs

Jerry Heywood  111735
Park County Jail
PO Box  965
Fairplay  Colo   80440

United States District Court
Alfred A. Arraj  Courthouse
Case No  17-cv-02764-GPG
901-19th street   Room A105
Denver  Colorado   80294-3589



* Legal Mail *

* Legal Mail *