(2 pages) ①

<u>Prisoner's Motion And Affidavit</u>

<u>For Leave to Proceed Pursuant to 28 USC § 1915</u>

I request leave to commence this civil action with-
out prepayment of fees or security therefor pursuant
to 28 USC § 1915. In support of my request, I
declare that:

1.) I am unable to pay such fees or give security therefor.

2.) I am entitled to redress.

3.) The nature of this action is:
    Civil / Class action

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 11 2017
JEFFREY P. COLWELL
CLERK

4.) My assets and their value are listed below:
    These Plaintiffs have no assets

5.) Are you in imminent danger.......
    - No -

6.) I have attached to this motion a signed authorization....
    - Yes -

7.) I have attached to this motion a certificate.......
    - These Plaintiffs have mailed their respective facilities
    requesting their last six (6) months account balances
    and for certificate.
    - See A. Inmate account - certificate of Service
    - See B. Sample copy of letter each inmate sent.

    - Declaration Under Penalty of Perjury -

I declare under penalty of perjury that the information
in this motion and affidavit is true and correct.
See 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Prisoner's Motion And Affidavit   cont....

| Executed on | Prisoners Name / Signature | |
|---|---|---|
| 1) December 1, 2017 | Jerry Heywood | [signature] |
| 2) December 1, 2017 | Joseph McEntee | Joseph Marta |
| 3.) December 1, 2017 | Joshua Edelman | Joshua WE[signature] |
| 4) December 1, 2017 | Randy Wilkes | Randy Wilkes |
| 5.) December 1, 2017 | Chris Garcia | Chris Garcia |
| 6) December 1, 2017 | Timothy Bowman | Timothy Bowman |
| 7) December 1, 2017 | William Moore Jr | William 8 Moor[signature] |
| 8) December 3, 2017 | Felipe Abeyta | [signature] |
| 9) December 3, 2017 | Gregory Meister | [signature] |
| 10) December 3, 2017 | Patrick Leitch | Patrick Leitch |
| 11) December 3, 2017 | Robert Burke | [signature] |
| 12) December 4, 2017 | Daniel Garza | D[signature] |
| 13) December 5, 2017 | Tywaun Deeds | Tywan Deed[signature] |
| 14) December 5, 2017 | Josua Bomaco Cash | [signature] |
| 15.) December 5, 2017 | Alluber Feliz | [signature] |
| 16) December 5, 2017 | Vizcarra Garcia | Vizcarra Ga[signature] |
| 17) December 5, 2017 | Michael Stevens | M[signature] Stev[signature] |
| 18) December 5, 2017 | Manuel Ruybal | Manuel Ruybal |
| 19) DECEMBER 5, 2017 | EDGAR GARCIA | [signature] |
| 20) DECEMBER 5, 2017 | Joshua Bustamante | [signature] |
| 21) December 5, 2017 | Richard A. Zarate | [signature] |
| 22) Dec. 5, 2017 | Jorge López | [signature] |
| 23) Dec 5 2017 | Antonio Gonzalez [signature] | [signature] |
| 24) 12/5/2017 | Anthony Perez | [signature] |
| 25 12/5/2017 | Gabriel Sanchez | Gabriel Sanche[signature] |

## Authorization      (2 pages)

I each Plaintiff listed below, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust funds from my inmate trust fund account or institutional equivalent in the amount specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from the Plaintiffs inmate trust fund accounts or institutional equivalent regardless of the outcome of this case.

| | | |
|---|---|---|
| 1.) Jerry Heywood | | December 2, 2017 |
| 2.) Joseph McEntee | Joseph Mcentee | December 1, 2017 |
| 3.) Joshua Edelman | JoshuaWEdelman | December 1, 2017 |
| 4.) Randy Wilkes | Randy Wilkes | December 1, 2017 |
| 5.) Chris Garcia | Chris Garcia | December 1, 2017 |
| 6.) Timothy Bowman | Timothy Bowman | December, 1, 2017 |
| 7.) William Moore | william moore | December, 1, 2017 |
| 8.) Felipe Abeyta | felipe | December 3, 2017 |
| 9.) Gregory Meister | | December 3, 2017 |
| 10.) Patrick Leitch | Patrick Leitch | December 3, 2017 |
| 11.) Robert Burke | | December 3, 2017 |
| 12 Daniel Garza | | December 4, 2017 |
| 13. Tywaun Deeds | Tywaun Deeds | December 5, 2017 |
| 14.) Josu Baraca Cash | | December 5, 2017 |
| 15 Aluther Felix | | December 5, 2017 |
| 16 Vizcarra Garcia | Vizcarra | December 5, 2017 |

## Authorization

| | | |
|---|---|---|
| 17) Michael Stevens | _Mchl Q_ | December 5, 2017 |
| 18) Manuel Ruybal | _Manuel Ruybal_ | December 5, 2017 |
| 19) EDGAR GARCiA | _Edgar G_ | 12/5/17 |
| 20) JOShua Bustamante | _Ql B_ | 12/5/17 |
| 21) Richard A. Zarate | _R. Zarate_ | 12/5/17 |
| 22) Jorge López | _Jorge L. H_ | 12/5/17 |
| 23) Gonzalez Antonio | _Gonz_ | 12/5/17 |
| 24) Anthony Perez | | December 5/2017 |
| 25) Gabriel Sanchez | _Gabriel Sanchez_ | 12.5.17 |

## A. Inmate account
### Certificate of service

I hereby certify that a letter requesting my in-
mate account ballance along with a Certificate
has been sent to the faciliti, I was previously
detained in.

1.) Larimer County Jail    2405 Midpoint Drive, Fort Collins CO, 80525

Jerry Hegwood    December 1, 2017

2.) El Paso County Jail   2739 E. Las Vegas Street, Colorado Springs, CO 80906

Joseph McEntee   Joseph McEntee   December 1, 2017

3.) Jefferson County Jail   200 Jefferson County Parkway, Golden CO   80401

Joshua Edelman   December 1, 2017

4.) Montrose County Jail   1200 North Grand Avenue Montrose, Colorado   81401

Randy Wilkes   Dec. 1/2017

5.) Pueblo County Jail   909 Court Street  Pueblo Colorado   81003

Christopher Garcia  Chris Garcia   12/1/2017

6.) Boulder County Jail   3200 Airport Road  Boulder Colorado   80301

Timothy Bowman   Timothy Bowman  December 1, 2017

7.) Mesa County Jail   PO Box 20000-5017  Grand Junction  Colorado   81502

William Moore Jr.   William B Moore B   12/01/17

8.) Arapahoe County Jail   PO BOX 4918  Centenial  Colorado   80155

Felipe Abeyta-H   felipe abeyta-H   12/3/17

A. Inmate account Certificate of service

9) El Paso County,   2739 Las Vegas St. Colorado Springs Colorado          80906
   Gregory Meister     _signature_     December 03, 2017

10.) Douglas County Jail  4000 Justice way  Castle Rock  CO    80104
    Patrick Leitch     _signature_     December 03, 2017

11) Denver County Jail    POBOX 1104    Denver Colorado    80236
    Robert Burke     _signature_     December 03, 2017

12) Larimer County Jail    2405 Midpoint Drive  Fort Collins  Colorado  80525
    Daniel Garza  _signature_                                  12/05/17

13.) El Paso County Jail  2739 Las Vegas St. Colorado Springs Colo.    80906
    Tywaun Deeds     _signature_                              12/05/17

14  El Paso County Jail   2739 Las Vegas St  Colorado Springs Colo    80906
         Josue Bamaca  Cash  _signature_                      12/5/17

15  Denver County Jail   PO BOX 1104   Denver  Colorado        86236
    ALIUbez Felix           _signature_                   December 5/2017

16  El Paso County Jail   2739 Las Vegas St.  Colorado Springs Co.  80906
    Vizcarra garcia g.   Vizcarra   -                   December 5,2017

17 Arapaho County
    Michael Stevens     _signature_                       Dec 5, 2017

3

A. Inmate account Certificate of Service

18) Pueblo County Jail   909 Court Street   Pueblo   Colorado   81003
Manuel Reybal   *Manuel Reybal*   Dec. 5th, 2017

19) Weld County Jail   2700 0st   Greeley,   Colo.   80631
EDGAR GARCIA   *Edgar Garcia*   Dec. 5, 2017

20.) Adams County Detention,   PO BOX 5001   Brighton   Colorado   80601
Richard A Zarate   *R. Zarate*   Dec. 5, 2017

21.) Montrose County Jail   1200 North Grand Avenue   Bin A   Montrose Co 81401-3146
Jorge López   *signature*   Dec. 5, 2017

22.) Adams County Jail   PO Box 5001   Brighton   Colorado   80601
Antonio Gonzalez   *signature*   Dec. 5, 2017

23.) Adams County Jail   Po Box 5001   Brighton   Colorado   80601
Anthony Perez   *signature*   Dec. 5, 2017

24.) El Paso County Jail   2739 Las Vegas street   Colorado Springs CO 80906
Gabriel Sanchez   *Gabriel Sanchez*   12/5/17

**Account Activity Ledger**

Date : 12/02/2017
Time : 10:42

From: 10/31/2017 To: 12/02/2017

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID 0020812** | **Name** MOORE, WILLIAM GARY | | | **Block** | | | Previous Balance | | 0.00 |
| | 11/02/2017 | 13:22 | B#62966 | 194634 | D | | 1.11 | | 1.11 |
| Sales Transaction | 11/06/2017 | 05:14 | I#42859 | | I | 0.81 | | | 0.30 |
| Mail paks | 11/06/2017 | 20:08 | B#63125 | 194969 | W | | | -0.30 | 0.00 |
| doc back pay | 11/22/2017 | 15:41 | B#63559 | 196396 | D | | 7.04 | | 7.04 |
| Mail paks | 11/22/2017 | 15:41 | B#63559 | 196397 | W | | | -1.55 | 5.49 |
| Mail paks | 11/22/2017 | 15:41 | B#63559 | 196399 | W | | | -1.85 | 3.64 |
| Mail paks | 11/22/2017 | 15:41 | B#63559 | 196401 | W | | | -1.85 | 1.79 |
| Sales Transaction | 11/27/2017 | 05:24 | I#43566 | | I | 1.24 | | | 0.55 |
| Payroll | 11/29/2017 | 16:26 | B#63705 | 197038 | D | | 2.24 | | 2.79 |

| | | | |
|---|---|---|---|
| Deposits | 3 | For$ | 10.39 |
| Withdraws | 4 | For$ | -5.55 |
| Invoices | 2 | For$ | 2.05 |
| Savings Balance | | $ | 0.00 |
| Bond Balance | | $ | 0.00 |

Park County Jail refused to sign the Certificate of Prison official   see Exhibit AA-5

(Exhibit AA-1)

BVCC Form 100-19A (Reviewed 03/04/09)

**Colorado Department of Corrections**
**Buena Vista Correctional Complex**

**Offender Communication**

To: *Case Manager Denwalt*                    Date: 11·27·17

State your request in detail: I need a Prisoner's Motion and Affidavit for leave to Proceed Pursuant to 28 U.S.C § 1915 form, along with the applicable instructions found @ www.cod.uscourts.gov this is Court Ordered as well as VERY time Sensitive!! I need these documents AS SOON AS POSSIBLE!

This ORDER comes from Gordon P Gallagher United States @ Magistrate Judge

Offender Name: Josh Edelman _____          Doc #: 178154
<span>(Name must be printed and signed)</span>
Work Assignment: un-assigned                      Unit/Cell#: B-9

Response/Action Taken: DOC does Not get involved in legal issues, Nor do we provide legal documents.

CM Kdag

Employee/Contract Worker Signature: _____
<span>(Name must be printed and signed)</span>

Date Received: _____
Date Answered: _____

Attachment A
Page 1 of 1

Exhibit AA-2

Doc case Manger

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Josh Edelman          DATE: 11.27.17   HOUSING: B-9

REQUEST: I need a Prisoners Motion and Affidavit for leave to proceed pursuant to 28 U.S.C 1915 form. along with applicable instructions @ www.cod.uscourts.gov, This is court ordered! Please & Thank You

OFFICER REPLYING: Cm King          DATE: _____

RESPONSE: Refer to Park County Services

Distribution:  White - File     Yellow - Return to inmate with answer     Pink - Inmate

5539(9/99)



**STATE OF
COLORADO**



## Park County legal access



To: ~~Simon Benwalt~~                           Wed, Nov 29, 2017 at 12:16 PM

So the response from HQ is that "just like any other county jail backlog offenders, they ask for services through the county jail".

I wouldn't think that would be responsibility of case manager though, probably they have a staff that handles the law library.



Sorry I can't help.

**Celia Schwartz
Legal Assistant II
Legal Services**



RECEIVED

NOV 2 7 2017

PARK COUNTY SHERIFF'S OFFICE

- 10 day delay -

Exhibit AA - 4

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS

( Exhibit AA - 5)

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: William Moore SR#148919   DATE: 12-1-17   HOUSING: B-9

REQUEST: To DCS I am requesting that the Jackcounty Jail provide me a copy of my Year to date inmate account statement I am requesting for park county Jail official to sign attached Certificate

Thank you!

OFFICER REPLYING: Buerden   DATE: 12/2/17

RESPONSE: Here is a ledger we do not certify these

Distribution:   White - File       Yellow - Return to inmate with answer       Pink - Inmate

5539(9/99)

Exhibit BB-1

Staff Use Only
Date Received: 11-8-2017

Log Number: 0800

## *PARK COUNTY JAIL*
## *INMATE GRIEVANCE FORM*

A grievance must concern:  abuse, harassment, a violation of your civil rights, or denial of a specified privilege.  This form must be submitted within fourteen (14) days of the incident or situation upon which the grievance is based.  The grievance shall fully state the date, time, location of the incident or situation, name(s) of person(s) involved, and complete details of the incident or situation.  Grievances that contain obscene language, or sexual connotations, will not be accepted.  Group grievances or grievances submitted on behalf of other inmates will not be accepted.

Offender Name _Jerry Hagwood   DOC# 111735_   Date _Nov. 7, 2017_

Basis of your complaint (be specific and brief):

_DOC inmates have a due process right to access the court. This includes adequate access to a law library including the ability to look up full case and access all documents to file motions, appeal's or civil suits etc. Many of these issues are time sensitive. Requests made between Nov. 1 and 6th of 2017_

_Provide access to an updated law library. Provide me the two (2) intent to sue forms I requested. 2 civil law suit packets. Provide me with all the DOC AR's._

_please provide me a copy of this grievance_

Staff Response:
_Transitional offender shall be subject to the rules and regulations applicable to county inmates at the facility_

_All listed forms will need to be requested from your DOC case manager_

Staff Signature/Printed Name                          Date

Inmate Response to Resolution:
____ I am satisfied with the informal resolution shown above
____ I am not satisfied and understand that I have 5 days to file a written appeal.

_____
Offender Signature

_____
Housing Unit

Exhibit BB-2

Staff Use Only
Date Received: 11-8-17

Log Number: 801

# PARK COUNTY JAIL
## INMATE GRIEVANCE FORM

A grievance must concern: abuse, harassment, a violation of your civil rights, or denial of a specified privilege. This form must be submitted within fourteen (14) days of the incident or situation upon which the grievance is based. The grievance shall fully state the date, time, location of the incident or situation, name(s) of person(s) involved, and complete details of the incident or situation. Grievances that contain obscene language, or sexual connotations, will not be accepted. Group grievances or grievances submitted on behalf of other inmates will not be accepted.

Offender Name Jerry Heywood DOC # 111735   Date Nov. 7, 2017

Basis of your complaint (be specific and brief):
You provided me with out of date DOC documents, specifically, 4 DOC grievances that were dated 10/06. Casemanager Denwalt said he does not have to answere the grievances and will not. I also requested copies of my grievances for my record, on Nov. 5th and 6th 2017

Provide me accurate DOC documents that are current. Provide me copies of the 4 DOC grievances I submitted and provide me with 4 updated grievance forms for DOC.

Please provide me a copy of this grievance

Staff Response: Request these items from your DOC Case Manager

Staff Signature/Printed Name
Cooper 369

Date 11-8-17

Inmate Response to Resolution:
_____ I am satisfied with the informal resolution shown above
_____ I am not satisfied and understand that I have 5 days to file a written appeal.

_____
Offender Signature

_____
Housing Unit

Exhibit BB -3

Staff Use Only   11-8-17
Date Received:

Log Number: 802

## PARK COUNTY JAIL
## INMATE GRIEVANCE FORM

A grievance must concern: abuse, harassment, a violation of your civil rights, or denial of a specified privilege. This form must be submitted within fourteen (14) days of the incident or situation upon which the grievance is based. The grievance shall fully state the date, time, location of the incident or situation, name(s) of person(s) involved, and complete details of the incident or situation. Grievances that contain obscene language, or sexual connotations, will not be accepted. Group grievances or grievances submitted on behalf of other inmates will not be accepted.

Offender Name Jerry Hegwood DOC #111735   Date Nov. 7ᵗʰ 2017

Basis of your complaint (be specific and brief):
CDOC provides approved canteen items and item prices for DOC inmates. These prices meet state and Federal guide lines as to the amount an item can be marked up and sold to DOC inmates. Your provider Trinity Food Service LLC does not follow these guide lines and are charging much higher prices in some cases 3 to 4 times the amount. This is profiteering off of DOC inmates. Nov 4, 2017 canteen order placed.

Refund my current canteen expenses. Provide canteen at the current State and Federal approved prices or provide a $3.00 per day unassigned pay while I am housed in the Park County Jail.

Please provide me a copy of this grievance

Staff Response: Transitional offenders shall be subject to the rules and regulations applicable to county jail inmates at The facility. This includes canteen prices.

Staff Signature/Printed Name   Ted Cooper / Cooper 36661   Date 11-8-17

Inmate Response to Resolution:
____ I am satisfied with the informal resolution shown above
____ I am not satisfied and understand that I have 5 days to file a written appeal.

_____
Offender Signature

_____
Housing Unit

Exhibit B3-4

Staff Use Only
Date Received: 11-8-17

Log Number: 803

## PARK COUNTY JAIL
## INMATE GRIEVANCE FORM

A grievance must concern: abuse, harassment, a violation of your civil rights, or denial of a specified privilege. This form must be submitted within fourteen (14) days of the incident or situation upon which the grievance is based. The grievance shall fully state the date, time, location of the incident or situation, name(s) of person(s) involved, and complete details of the incident or situation. Grievances that contain obscene language, or sexual connotations, will not be accepted. Group grievances or grievances submitted on behalf of other inmates will not be accepted.

Offender Name _Jerry Heywood DOC #111735_ Date _Nov. 7, 2017_

Basis of your complaint (be specific and brief):

DOC inmates are required to use the Colorado Inmate phone System (Cips) as it meets both state and Federal guide lines as the cost per minute that can be charged to DOC inmates. That current rate is $.12 per minute. Your phone system Securus is charging between $.50 and $1.00 per minute for phone calls placed in Colorado. This is profiteering off of DOC inmates. Nov. 2, 2017 phone call placed

Refund my families and my current phone expenses. Provide phone calls at $.12 per minute, or provide a 300 minute phone credit each month on my Securus account each month I am housed in PCJ or the monetary equivalent to 300 minutes per month on my books.

Please provide me a copy of this grievance

Staff Response: Transitional offenders shall be subject to the rules and regulations applicable to county jail inmates at the facility. If you don't like the Phone price then don't use the Phone

Staff Signature/Printed Name
_Cooper 3669_     Date _11-8-17_

Inmate Response to Resolution:
____ I am satisfied with the informal resolution shown above
____ I am not satisfied and understand that I have 5 days to file a written appeal.

_____
Offender Signature

_____
Housing Unit

Exhibit BB-5 (page 1 of 3)

November 11th 2017

TO:  Park County Jail
     1180 Park County Road 16
     Fairplay Colorado                    80440


From:  Jerry Hegwood              DOC # 111735
       Park County Jail
       PO Box 965
       Fairplay Colorado                 80440


Re: Written appeal on grievance No. 800, 801
    802 and 803.


      I requested an appeal form for each of the grievances,
However I was informed in writing that no such
forms exists.


      Appeal on grievance #800:


      I have been notified by Casemanager(s) Denwalt that I
will be housed in the Park County Jail for a minimum
of six (6) months to one (1) year and potentially longer
if DOC renews it's contract with Park County Jail. Mr.
Denwalt informed me that it is PCJ's responsibility
to provide law library and legal forms. DOC will not
be providing me with Law Library. This is a violation of the
5th Amendment, 8th Amendment and The 14th Amendment.
Remedy: The remedy remains the same as in my original

Exhibit BB-5 page 2 of 3                                    ②

grievance. In addition please provide me the legal
Contractual deffinition of "Transitional Offender".

Appeal on grievance #801:

DOC Casemanager Denwalt has informed me that he
will not be answering any requests or grievances
and that Park County Jail is responsible for providing
the most updated and current DOC forms. I am
being denied the 1st Amendment, right to readdress grievances.
Remedy: Remedy remains the same as the original grievance

Appeal on grievance #802:

This is a violation of my Constitutional rights. It
Violates the 8th Amendment, against cruel and unusual
punishment and the 14th Amendment, equal protection.
I am not a county jail inmate. This is a violation
of my Plea Agreement and my Rule 11 advisement.
Remedy: Remedy remains the same as the original
Grievance.

Appeal on grievance #803:

This is a violation of my Constitutional rights. It violates
the 8th Amendment, against cruel and unusual punishment
and the 14th Amendment, equal protection. I am ▬▬▬

Exhibit BB-5 page 3 of 3

③

a DOC inmate and should be afforded the same rights as such. This is a violation of my Plea Agreement and my Rule 11 advisement.

Remedy: Remedy remains the same as the original grievance. Also reimburse me the envelope and three (3) sheets of line paper.

\* Please provide me a copy of these appeals \*

Jerry Hegwood  Doc.#111735.

Nov. 11, 2017

Exhibit BB-6 page 1 of 2



**Park County Sheriff's Office**
**Jail Division**

*To:* Hegwood, Jerry 111735

*From:* Capt. D. Muldoon

*Subject:* Appeals to grievances 800, 801, 802 and 803

*Date:* Tuesday, November 14, 2017

_____

I have read the original grievances and the appeals.

As a general response, *CDOC Administrative Regulation 850-04 Grievance Procedure IV D 2* states *"This grievance procedure **may not** be used to seek review of any of the following:"* and section h states: *"Facility placement, unit, cell and bunk assignment"*.

The specific responses follow:

**Grievance 800-**
The contract with CDOC plainly states in section *"A 3 TRANSITIONAL OFFENDER MANAGEMENT"*: *"Contractor's management of Transitional Offenders in the Facility shall be consistent with management of County Jail Inmates…"*.

In the Park County Jail the use of the Law Library is restricted to offenders who are pro se and/or fighting conditions of confinement. I haven't been made aware of your request to use the Library meeting those requirements.

This appeal is delayed pending further information.

**Grievance 801-**
*CDOC AR 850-04 C 2*: *"If a grievance is procedurally deficient the offender shall be asked to cure any deficiencies and resubmit for processing"*. The "out of date DOC documents" which may or may not have been "procedurally deficient" had a remedy in place should that have been the case.

Regardless**,** we can print whatever forms are available via the Internet from the CDOC Administrative Regulations and provide these to you.

This Grievance is resolved by the above mentioned means.

**Grievance 802-**
Please advise me of the prices that are set by *"State and Federal guidelines as to the amount an item can be marked up and sold to DOC inmates"*. I have reviewed the CDOC Administrative Regulations as well as the Colorado Revised Statutes and can find no reference to these guidelines.

Exhibit BB·6 page 2of 2

Regardless, you are under no obligation to purchase commissary. Your objection to the prices is an objection to a voluntary participation program.

As a side-note, your family can purchase commissary items directly from https://mycarepack.com/index.aspx and that can be done without the 20% taken from your account as happens when money is put on your books at CDOC. Perhaps this makes the costs more equitable.

Grievance is unfounded.

**Grievance 803-**
Again the phone prices are also a voluntary participation program. There have been numerous FCC regulations recently regarding inmate telephone prices. Our provider is in compliance with these.

However, if the cost is an issue there are options for lowering these costs by setting up an account. If that is not possible, then there are alternate means of communication available.

Grievance is unfounded.

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Jerry Heywood          DATE: Nov 17, 2017     HOUSING: B-10

REQUEST: Please provide me the following CDOC ARs:
1) CDOC AR 850-12 Telephone regulations  2) AR/IA 200-11 canteen
3) AR 850-03 Offender assignment and Pay  4) AR 800-1 Religious Programs
5) AR 750-1 Legal access.   6) AR 300-01 offender Visiting program
(Exhibit BB-8)

---

OFFICER REPLYING: W. Lincom          DATE: 11/21/17

RESPONSE: These Are AVAILABLE ON-Line From The CDOC
web page AND your Family can provide These For you.
The PARK County JAIL Does not serve As A SECRETARIAL
service

---

Distribution:  White - File     Yellow - Return to inmate with answer     Pink - Inmate
5539(9/99)

(Exhibit BB-8)  Cooper

# PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _Jerry Heywood_     DATE: _Nov 17, 2017_  HOUSING: _B-10_

REQUEST: _Capt. D Muldoon,_

In a continuous effort to address the issues set forth in my grievances, I am requesting a copy of the contract you have with CDOC and any related ARs.

                          Thank You

OFFICER REPLYING: _Muldoon_                DATE: _11/21/17_

RESPONSE: I BELIEVE THAT YOU WOULD NEED TO MAKE A COLORADO OPEN RECORDS REQUEST (CORA) FROM THE APPROPRIATE CUSTODIAN OF RECORDS AT EITHER CDOC OR THE PARK COUNTY CLERK. I AM NOT THE CUSTODIAN OF RECORDS.

Distribution: White - File     Yellow - Return to inmate with answer     Pink - Inmate
5539(9/99)

Exhibit BB-9

Staff Use Only
Date Received: 11-23-17

Log Number: 811

## PARK COUNTY JAIL
## INMATE GRIEVANCE FORM

A grievance must concern: abuse, harassment, a violation of your civil rights, or denial of a specified privilege. This form must be submitted within fourteen (14) days of the incident or situation upon which the grievance is based. The grievance shall fully state the date, time, location of the incident or situation, name(s) of person(s) involved, and complete details of the incident or situation. Grievances that contain obscene language, or sexual connotations, will not be accepted. Group grievances or grievances submitted on behalf of other inmates will not be accepted.

Offender Name Jerry Hegwood          Date November 22, 2017

Basis of your complaint (be specific and brief):
Capt. D. Muldoon,
In your response to my appeal of Grievances #800, 801, 802 and 803 you quoted CDOC ARs and a contract between CDOC and Park County Jail (PCJ). It is only appropriate that you make these governing documents available to the one being governed by them. Ignorance of the Law is not an excuse. However neither CDOC nor PCJ are being forthright with information. This is creating undue stress and anxiety. So far your attempts to resolve these issues have been prodigiously inept.

Please provide me a copy of all governing CDOC ARs and any contract between CDOC and PCJ that governs me.
Thank You.

Staff Response: I HAVE PROVIDED INFORMATION FOR YOU TO ACCESS ALL OF THE ABOVE REQUESTED ITEMS.
FAILING TO TAKE ADVANTAGE OF THIS INFO, THEN YOU CAN REQUEST CDOC ARs FROM YOUR CASE MANAGER, AND WE CAN PROVIDE A CORA REQUEST FORM FOR THE CONTRACT. I DO NOT HAVE IT IN MY POSSESSION.

Staff Signature/Printed Name Muldoon  JM 3513   Date 11/27/17

Inmate Response to Resolution:
___ I am satisfied with the informal resolution shown above
_X_ I am not satisfied and understand that I have 5 days to file a written appeal.

Offender Signature

Housing Unit

Exhibit BB-10 page 1 of 4

November 29, 2017

Capt. Muldoon
Park County Jail
Po Box 965
Fairplay Colorado                              80440


Jerry Hegwood                    Doc # 111735
Park County Jail
PO Box 965
Fairplay Colorado                              80440


Re: Appeal on grievance No. 811 and 813

#811 :

Capt. Muldoon,

I have requested Yourself / PCJ to provide me the CDOC AR's and the Contract between PCJ and CDOC, as you quoted them in your response to my appeal for grievance # 800, 801, 802 and 808.

For you to expect or even advise me to have my family go on line and print the CDOC AR's off and mail them to me, as you did in my kites is unreasonable. To advise me to contact CDOC casemanager is equally unreasonable.

My grievances were with Park County Jail and

Exhibit BB10  page 2 of 4                                                2

the responses came from PCJ and yourself.

• It is a perfunctory practice to provide all AR's
and governing documents to those who are being
governed by them. It is axiomatic that you have
access to the said documents as you quoted them
in your response to my appeals #800, 801, 802
and 803.

• It is yourself that informed me that I am
subject to these AR's and Contract.

• I am not attempting to create a hassel for anyone.
I am simply trying to resolve legitimate issues.
I am attempting to minimize the damage that are
being caused to myself and my family by the
egregious violation of my rights.

• I have made exaustive efforts to resolve these and other
issue however I am continuously given dubble talk,
am blown off or denied access to the rules, AR's
et that govern me. Then when I read in the
inmate handbook that I can make legal copies or
have documents notorized ect I am denied by
your staff.

• Remedy: Provide me an updated inmate handbook

Exhibit BB-10   page 3 of 4                          ③

with accurate information. Provide me with All
CDOC ARs. Provide me a copy of the contract
between CDOC and PCJ that gives instruction
on how I am to be managed and governed.
Provide me what the term "Transitional Offender"
means as it is related to the contract between
CDOC and PCJ.,

#B13

When you just blatantly ignor the suggested
remedy and the issue being raised in a grievance
and put a random answere down you make the
grievance process Inept.

I never asked PCJ to address any issues with
the U.S.P.S. However I did point out that the issues
that existed went well beyond the U.S.P.S.

• my kites are being lost or ignored as they
   are not all being answered
• My CDOC case manager kites are being lost or
   ignored as they are not being answered
• My CDOC grievances are being lost or ignored
   as they are not being answered.
• Some of the mail I am sending out is being
   lost as it is not reaching its destination
• Some of the mail being sent into me is long
   over due.

Exhibit BB-10 page 4 of 4

The USPS surely can not be responsible for all these issues. I can not afford to lose any of my legal mail going out or coming in.

I am simply trying to minimize and potential issues. This is a reasonable request.

Remedy: Log all legal mail coming in and going out. This provides accountability and a record for the protection of Park County Jail and the inmates as well. Then if an issue arises in any legal matter as so many of them are time sensitive there is a record.

Exhibit BB-11



**Park County Sheriff's Office**
**Jail Division**

*To:* Hegwood, Jerry 111735

*From:* Capt. D. Muldoon

*Subject:* Response to grievance appeals 811 and 813

*Date:* Thursday, November 30, 2017

---

Point by point the responses are as follows for grievance 811:

- The portions of the CDOC ARs and the contract with PCSO and CDOC that are relevant to your situation are quoted in the original response. Additionally, I have made reasonable suggestions for you to follow to satisfy your needs.
- I believe my response is indeed "reasonable" and we can agree to disagree on that.
- Remedy-You can ask a Deputy for an Inmate Handbook; I am not the keeper of records and so do not have a copy of the contract to provide and you may put in a Colorado Open Records Act request to the Executive Director of the Colorado Department of Corrections or to the Park County Clerk for that.
  CDOC Administrative Regulations are available from the Internet or your CDOC Case Manager.
  I do not have a definition for "Transitional Offender" to give to you. I believe the term is self-evident and you are in transit between facilities at the discretion of CDOC.

Responses for grievance 813:

- Which kites are being ignored is not explained. Along with the CDOC grievances, if these are CDOC-directed kites, they are outside my span of control and are a CDOC issue dependent upon their timeframe.
- You state that your grievances are with PCJ and responses came from PCJ. This is not an issue then.
- I do not agree that it is "a perfunctory practice to provide ARs and governing documents to those who are governed by them". It is not required for me to provide anything and everything to you. I provided reasonable methods for you to pursue these items yourself.
- I do not agree that your rights are being violated.
- Like CDOC we are not obligated to have notaries provided. You can contact an outside notary and pay them to provide their service.
- The Park County Jail is not responsible for delays in the USPS.
- Remedy-I am considering implementing this suggestion and am in the process of discussing this with my supervisors to see the feasibility of doing so.

Exhibit BB-12

Staff Use Only
Date Received: 11/27/17

Log Number: 813

## PARK COUNTY JAIL
## INMATE GRIEVANCE FORM

A grievance must concern: abuse, harassment, a violation of your civil rights, or denial of a specified privilege. This form must be submitted within fourteen (14) days of the incident or situation upon which the grievance is based. The grievance shall fully state the date, time, location of the incident or situation, name(s) of person(s) involved, and complete details of the incident or situation. Grievances that contain obscene language, or sexual connotations, will not be accepted. Group grievances or grievances submitted on behalf of other inmates will not be accepted.

Offender Name  Jerry Hegwood          Date  November 26 2017

Basis of your complaint (be specific and brief):
I have sent out several letters, some of them never reached their destination. Also mail has been sent to me that is long over due. I have turned in numerous kites that have never been answered dating back to the beginning of November. I have turned in CDOC grievances and Case manager kites that have never been answered. I have several time sensitive pieces of legal mail that need sent out but I can not afford for them to be lost. I have requested to send certified mail but have been denied.

Remedy: Have your deputies sign a reciept of legal mail with the name of the recipients on the receipt to help ensure that the mail is not being lost. Also resolve the other missing items. Please provide me a copy of this grievance.

Staff Response: I (we) don't have any Control of The USPS. We do not Hold any mail, if we recieve it, we mail it out or give it to You.

Staff Signature/Printed Name          Date  11-27-17

Inmate Response to Resolution:
____ I am satisfied with the informal resolution shown above
__X_ I am not satisfied and understand that I have 5 days to file a written appeal.

Offender Signature

Housing Unit

Exhibit BB-13

DC FORM 850-4A (10/04)

**COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM**

Grievance Number _____    STEP (Circle One)  1  2  3    ARA?  Yes ☐   No ☐

| NAME Jerry Heywood | DOC NO. 111735 | FACILITY Park County Jail |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy:

I am a programed general population DOC. inmate and as such I am eligable for contact visits as well as special visits under AR 300-01. However I am being housed in Park County Jail and denied access to contact visits or even a visit that exceeds one (1) hour through glass. The purpose of visits are to maintain contact with family. This is a violation of the 14th Amendment - equal protection and the 8th Amendment aaginst cruel and unusual punishment.

Move me to a Doc facility that provides contact visits - or - provide me with

---

Exhibit BB-14

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Jerry Heywood    DATE: Nov. 5, 2017  HOUSING: B-10

REQUEST: I am turning in 4 DOC step one (1) grievances
1) on Canteen, 2) on phone system 3) Programs 4) Visits,
    Please provide me a copy of these four (4) grievances for
my records.
                                        Thank You.

OFFICER REPLYING: Denwalt    DATE: 11-29-17

RESPONSE: We returned them to be put on the correct Form. If you want copies hand write As many As you Like. You get 1 extra copy of the Answered grievance.

Distribution:  White - File      Yellow - Return to inmate with answer      Pink - Inmate
5539(9/99)

Exhibit K-1

Staff Use Only
Date Received: 11-25-17

Log Number: 812

## PARK COUNTY JAIL
## INMATE GRIEVANCE FORM

A grievance must concern: abuse, harassment, a violation of your civil rights, or denial of a specified privilege. This form must be submitted within fourteen (14) days of the incident or situation upon which the grievance is based. The grievance shall fully state the date, time, location of the incident or situation, name(s) of person(s) involved, and complete details of the incident or situation. Grievances that contain obscene language, or sexual connotations, will not be accepted. Group grievances or grievances submitted on behalf of other inmates will not be accepted.

Offender Name: Jerry Hegwood     Date: November 24, 2017

Basis of your complaint (be specific and brief):
I have requested a Kosher diet meal menu with serving sizes, so that I will know when something is missing. On several occasions I have let the on duty deputy know that I thought something was missing. I asked them to call the kitchen, to no avail. This is a reasonable request.

Please provide me a Kosher menu with serving sizes. Note: The menu does not have to follow a schedule, it just needs to be meals with serving sizes.

Please provide me a copy of this grievance.

Staff Response: Denied - not a valid Grievance

Staff Signature/Printed Name
Deputy Cooper     Date: 11-25-2017

Inmate Response to Resolution:
___ I am satisfied with the informal resolution shown above
_X_ I am not satisfied and understand that I have 5 days to file a written appeal.

Offender Signature

Housing Unit

Exhibit K - 2

## Appeal for Grievance # 812     Nov. 27, 2017

I have made numerous attempts at resolving the issues with food missing from my Kosher diet. First I waited 18 days for Park County Jail (PCJ) to provide a Kosher diet. Then when it was obvious that food was missing on some of my meals I kited the kitchen to ask about it. The kitchen would not provide me a menu or even a ticket with the meal and told me to let the deputy on duty know if something was missing and the deputy could call the kitchen.

I attempted to have an on duty deputy call the kitchen on several occasions to no avail. On one occasion my lunch only had ½ oz of peanut butter for the main protien. I asked deputy Warren to call the kitchen. She said she did not know any-thing about the Kosher diet. I waited for over two (2) hours and she never called the kitchen.

I have been more than reasonable and have tryed to provide a simple solution, asking for a menu or a ticket with the meal that shows what is supose to be in the meal. Then when something is missing I can simply show the ticket or menu to the deputy and then they can make a call.

I just do not understand why PCJ wants to make every issue into such a hassel.

Please provide the name and address of all parties responsible for providing a Kosher diet that is in compliance with both State and federal guide lines.

( Exhibit K - 3)



**Park County Sheriff's Office**
**Jail Division**

*To:* Hegwood, Jerry 111735

*From:* Capt. D. Muldoon                    3513

*Subject:* response to grievance appeal 812

*Date:* Wednesday, November 29, 2017

---

I have read the original grievance and looked into the issue. This grievance is unfounded for the following reasons:

- The Kitchen Manager spoke to you about a reasonable solution to this situation and you have not taken advantage of that proposed idea.
- The original grievance 812 does not contain any reference to you waiting 18 days for the kosher diet to start. Since this has nothing to do with the grieved issue it does not figure into this.
- I agree with the sergeant's original statement regarding this not being a valid grievance since it does not address "abuse, harassment, a violation of your civil rights, or a denial of specified privileges."