D. Cause of Action, Supplement

Supporting information:

- The Plaintiff filed four Park County Jail Grievances on 11/8/17. (See Exhibit BB-1, -2, 3, 4) As you can see from the responses when it is convenient the Plaintiff is:
  i. "A Transitional Offender subject to county inmate rules"

  when it is not convenient the Plaintiff:
  "needs to request documents from DOC Case manager."

- Then in Captain Muldoons response to my appeal of these four grievances he used CDOC ARs and a Contract between CDOC and PCJ as governing documents (See Exhibit BB-6 page 1 and 2)

- The Plaintiff requested a copy of these ARs and a copy of the "Contract". (See Exhibits BB-7 and BB-8)

- Captain Muldoon instructed:
  1) Have my family go on line to obtain ARs
  2) For me to request (CORA) for the contract.

- The Plaintiff believes this is unreasonable. If the Captain is going to quote governing documents

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 11 2017
JEFFREY P. COLWELL
CLERK

D. Cause of Action Supplement
as to how the Plaintiff is to be managed and CDOC ARs that should be understood and followed then PCJ should make these AR's and Governing document available to the Plaintiffs. He filed a grievance.
(see Exhibit BB-9)

- In response to my grievance Captain Muldoon makes refrence to the Plaintiff failing to take advantage of info (having my family print off line the DOC ARs). And now instructs me to request the documents he quoted in his response to my appeal. This is a PCJ response. The Plaintiff should not have to ask his family or CDOC to provide documents that a PCJ Captain is quoting in his response to my grievance appeal.
(see Exhibit BB-9)

- The Plaintiff filed an appeal on this grievance.
(See Exhibit BB-10 pages 1 and 2 #811)

- You can see the Captains Response. He expects the Plaintiffs family or CDOC to provide the Rules he is governing the Plaintiffs under. This amounts to nothing less than a charade.

- When the Plaintiffs request any legal

D. Cause of Action Supplement

documents from a CDOC casemanager if there is ever a response they will not supply the Plaintiffs anything they request
See Exhibit AA-1

- DOC casemanager tells Plaintiff to request from PCJ.
  (see Exhibit AA-2)

- See the Email that was attached to Exhibit AA-2. (see Exhibit AA-3)

- In this email the Plaintiffs are refered to as jail backlog offenders. However this is erronious the Defendants are not Jail Backlog.

- The Plaintiff have been to DRDC CDOC. The Plaintiffs have been processed and programed.

- As I stated in the original cause of action, niether CDOC or PCJ are being forthright with information. This continues to create additional anxiety and hardship on the Plaintiff's and is putting many of them in a corner in their on going legal matters.

- PCJ has lost, delayed or destroyed many of the

D. Cause of Action Supplement

Plaintiffs: Park County Jail requests, CDOC case-manager kites, CDOC casemanager grievances and both incoming and outgoing mail.
(See Exhibit BB-12)

- The responder ignors the remedy in the grievance #813 (also Exhibit BB-12)

- The Plaintiff files an appeal. (See Exhibit BB-10 pages 3 and 4 #813).

- See Captain Muldoon's response to the Plaintiffs appeal  Exhibit BB-11  #813

- See what else showed up at the same time as Captain Muldoon's respons
1.) four DOC grievances date back on Nov 5, 2017 (see Exhibit BB-13 a copy of one of the four grievances)
2.) Park County Jail inmate request form asking for copies of the 4 grievances when they were turned in for a record. PCJ failed to make copies or answere the request. (Doted November 5th, 2017) The request is answered by a CDOC case manager Denwalt on Nov. 29, 2017. That is 24 days later. (see Exhibit BB-14).

This is just one example of the egregious actions on behalf of CDOC and PCJ.

<u>Claim #11</u>: Plaintiff's are denied three (3) hot meals a day.

The Plaintiff's being housed in Park County Jail are only being fed two (2) hot meals a day. The Plaintiffs on the Kosher diet are only being fed six (6) hot meals a week. All other CDOC inmates are fed three (3) hot meals a day. This is a violation of the 8th and 14th Amendment.

Remedy: The Plaintiff request to be awarded $1000.00 each. The Plaintiffs also request to be fed three (3) hot meals a day.

Claim #12: Use of deceptive and or Fraudulent tactics to deceive and or withhold information from the Plaintiffs resulting in injury.

The Plaintiffs have made exaustive efforts to obtain their current status in CDOC to both CDOC and PCJ. Neither Party are forthright with information. The parties have withheld and concealed not only documents as to the Plaintiffs status, but also rules, proceedures and ARs. (see Supplement to Complaint).

There is an email (see Exhibit AA-3) that was attached to a Park County Inmate Request Form (see Exhibit AA-2) That was answered by a CDOC casemanager.

This email was from Celia Schwartz, Legal Assistent II. To CDOC BuenaVista Casemanager Simon Denwalt. CDOC is erronesusly refering to the CDOC inmates being housed in PCJ as Jail Backlog.

The Plaintiffs understanding is that jail backlog is a term used for Newly sentanced CDOC inmates prior to reaching CDOC/DRDC. As such these "jail back log" inmates for a brief period of time would remain in a county jail and as such would be subject to county jail proceedures, canteen, phone prices ect. However CDOC would not be taking 20% of the inmates funds to apply to their fines ect.

Claim #12. Continued.

The Plaintiffs being housed in PCJ. are not jail backlog. They are CDOC programmed inmates. CDOC withholds 20% of their funds. And CDOC has sent the Plaintiffs to a county jail and subjected them to outrageous county jail priced canteen and phone system after taking 20% of their inmate funds. This is a violation of the 8th amendment and the 14th Amendment. This has caused additional frustration, anxiety and financial hardship, caused by CDOC/PCJ deception and fraud.

Remedy: In addition to what has been requested in the anterior claims the Plaintiffs request the Courts award each Plaintiff $5000.00 for the damages caused by CDOC/PCJ deception and fraud.

Claim #13 Kosher diet issues:

Park County Jail refuses to provide a menu or even a ticket showing what is supose to be on the kosher diet. Food is missing from my meals quite often. See Exhibit K-1, K-2, K-3.
It appears that PCJ tries to avoid any type of accountability. I do not believe that PCJ is providing all kosher items. Like the powder breakfast drink and several other items.
I have simply asked for the brand name and Kosher symbol so I can check on it. However PCJ refuses to tell me (see Exhibit K-4)
I take my Kosher diet seriously.

Remedy - Provide transparancy of the Kosher diet. Serving sizes, menu, brand of bulk items and the coresponding kosher symbol. Plaintiff Jerry Hegwood request the courts award him alone $500.00 from PCJ for their lack of being forthright with information and for shorting his diet of food on several occasions.

G. Request for Relief (supplement)

As a supplement to the Plaintiffs original request for relief, the Plaintiffs respectfully request:

Claim #11: The Plaintiffs request the courts award each Plaintiff $1,000.00 for claim #11

Claim #12: The Plaintiffs request the courts award each Plaintiff $5,000.00 for claim #12.

Claim #12 is esspecially egregious as it has hindered the Plaintiffs abilities to uncover the facts surrounding their complaint. This has made it unclear to the exact parties responsible for each of the 12 claims.

Should the Judge find one specific party responsable for a claim other than the party listed by the Plaintiffs, the Plaintiffs request the Judge to award any relief for that specific claim the Judge deems appropriate.

Claim #13  Award Jerry Hegwood $500.00 from PCJ for shorting his Kosher diet of food.

Sincerely,
Jerry Hegwood

Kitchen Exhibit K-4

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Jerry Hegwood   DATE: Nov. 20, 2017   HOUSING: B-10

REQUEST: I requested the brand of cerial, tortilla, milk powder, Fuit punch drink and the kosher symbols. You gave the symbols just give me the brand.

Thank You

OFFICER REPLYING: Karen   DATE: 11/21

RESPONSE: Mr Hegwood, all sening sizes, "brands", c food are Kosher approved. We follow the mandated Kosher Diet. It isnt necessary to provide you with "brand"

Distribution: White - File    Yellow - Return to inmate with answer    Pink - Inmate

5539(9/99)

Medical Exhibit M-7

Exhibit

# PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Randy Wilkes  DATE: 11/29/17  HOUSING: B-4

REQUEST: I need some Ibueprofin or somthing for my tooth.. it's hurting very bad, or if i could just get to the Dentist please.... im in pain again. need a dentist this is 5th Kite

OFFICER REPLYING: Med  DATE: 11/30/17

RESPONSE:

YOUR PERMANENT FACILITY WILL BE ALERTED ABOUT YOUR DENTAL PAIN IBUPROFEN IS AVAILABLE ON COMMISSARY OR FOR **LIMITED** TIME FROM THE MEDICAL DEPARTMENT

Distribution: White - File    Yellow - Return to inmate with answer    Pink - Inmate
5539(9/99)

Medical Exhibit M-6

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Randy Wilkes   DATE: 11/25/17   HOUSING: B-4

REQUEST: I have a tooth ache,,, I need to get to the dentist again.. this is the 5th kite about this. I'm sorry all my dental problems are happening now, but we still need to address them now before it's to late o and it's harting now to... So please help me

OFFICER REPLYING: Med   DATE: 11/30/17

RESPONSE: YOUR PERMANENT FACILITY WILL BE ALERTED ABOUT YOUR DENTAL PAIN IBUPROFEN IS AVAILABLE ON COMMISSARY OR FOR **LIMITED** TIME FROM THE MEDICAL DEPARTMENT

Distribution: White - File   Yellow - Return to inmate with answer   Pink - Inmate

5539(9/99)

Exhibt M-5

113465

Exhibit Exhibit M-6

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Randy Wilkes   DATE: 10/28   HOUSING: F-9

REQUEST: my wisdom teeth are killing me. I need help ASAP. and they took me off my meds? What is going on?? please help me.

OFFICER REPLYING: Medical JS   DATE: 10/28/17

RESPONSE: Will set you up for another round of ibuprofen - There are no notes in the DOC paperwork we got indicating you have a dental problem. Did you tell them about this before you moved here?

M-3

Distribution: White - File   Yellow - Return to inmate with answer   Pink - Inmate
5539(9/99)

Exhibit M-4  Medical

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Randy Wilkes    DATE: 11/8/17    HOUSING: F-9

REQUEST: for some reason my (right knee that i had surgery on) has really been hurting as well as my right hip, both were injered at same time in "2015" i bought shoe's hoping they would help but, im experiencing alot of pain in both

OFFICER REPLYING: Med    DATE: 11/13/17

RESPONSE: Weather pressure systems. You have been getting max dose of Ibuprofen so that is the most we can do. Go easy on the joints in RFC.

Distribution: White - File    Yellow - Return to inmate with answer    Pink - Inmate

5539(9/99)

Exhibit M-3                                                                MEDICAL

# PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: William Moore          DATE: 11-14-17   HOUSING: B-9

REQUEST: Please Schedule me for dentures ASAP

Thank you

OFFICER REPLYING: Med          DATE: 11/15/17

RESPONSE: You may Request this when you get to your permanent facility

Distribution:  White - File     Yellow - Return to inmate with answer     Pink - Inmate

5539(9/99)

Exhibit M-2 Medical                                    MEDICAL

# PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Garza, Daniel    DATE: 11-7-17   HOUSING: F#2

REQUEST: This is kite #3 I need to see a Doctor for my knee what Do I need to Do to See one?

OFFICER REPLYING: Med    DATE: 11/08/17

RESPONSE: Seen by Medical, discussed issue with MD.

Dose increased to 60 mg each AM

Distribution: White - File    Yellow - Return to inmate with answer    Pink - Inmate
5539(9/99)

Exhibit M-1                    MEDICAL

# PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Daniel Garza     DATE: Nov. 1    HOUSING: F15

REQUEST: Need to see nurse about my meds not getting all my meds and ones I am are not working. I was switched from neurontin to current meds. And still numb. And in pain. Thanks for your time.

---

OFFICER REPLYING: Med     DATE: 11/2/17

RESPONSE: Please continue the duloxetine — it is very good for chronic pain — you just are not at the right dose to be fully effective. I will work on getting orders to increase dose. Give me a little time.

Distribution: White - File     Yellow - Return to inmate with answer     Pink - Inmate
5539(9/99)

Claim — Medical Supplement

The following are additional Exhibits to support the claim that the Plaintiffs are not receiving the equivalent medical access as all other CDOC inmates. PCJ does not have the medical staff. PCJ keeps refering the Plaintiffs to their "Permenett" Facility.

See Exhibit M-1, 2, 3, 4, 5, 6, 7

Case No. 1:17-cv-02764-LTB   Document 8-1   filed 12/11/17   USDC Colorado   pg 19 of 20</>




Inmate
LARIMER COUNTY JAIL
2405 Midpoint Drive
Fort Collins, Colorado 80525

Exhibits for
*Medical Claim*

