December 6, 2017

United States District Court
Alfred A. Arraj Courthouse         Case No 17-cv-02764-GPG
901 19th Street,                   Room A105
Denver Colorado                    80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 13 2017
JEFFREY P. COLWELL
CLERK

Jerry Hogwood                      Doc. # 111735
Park County Jail
PO Box 965
Fairplay Colorado                  80440

Re: Copy of the letter that each Plaintiff mailed to their respective facilities.

The following is a copy of the letter each Plaintiff mailed to their prior facilities requesting their last 6 month inmate account ballances and certificate of Prison official.

The Plaintiffs each signed a certificate of service with their jail address where the letter was mailed. Each Plaintiff requested their facility to mail their account ballances directly to the United States District Court. This was requested to avoid any time delays or the loss of the mail as Park County Jail has lost a number of letters and kites of the Plaintiffs

Sincerely

December — 2017

(Your Jail) County Jail
(Your Jail Address)
(Your Jail City), Colorado

(Your Name)                                                           DOC# (Your DOC#)
Park County Jail
P.O. Box 965
Fairplay, Colorado                                                    80440

RE: Requesting the last six (6) months of inmate account statements and a signed certificate which is provided.

To whom it may concern,

The United States District Court has ordered myself to obtain the last six (6) months of my inmate account statements, including my ending balance. I have been ordered to have the prison/jail official to sign the certificate as well.

I am requesting that the (Your Jail) County Jail provide me a copy of my last six (6) months inmate account statement ending (Date you left your jail). I am requesting for (your jail) County Jail Official to sign the attached certificate.

In an effort to avoid any time delays as I have been ordered to provide the requested materials by December 20, 2017. I -(Your Name)' am requesting (your jail) County Jail to mail the requested documents to:

United States District Court
Alfred A. Arraj Courthouse
(Case No. 17-CV-02764-GPG)
901 19th Street    Room A105
Denver, CO          80294-3589

Sincerely,
(your name)
(your signature)

## —Certificate of Prison/Jail Official—

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six (6) months for the prisoner named below.

Prisoner Name: (your name)

Signature of authorized prison Official: _____

Date: _____

Court Purposes Only: 17-CV-02764-GPG Case No.

Jerry Heywood 111735
Park County Jail
PO Box 965
Fair/Play Colorado 80440



DENVER CO 800

United States District Court
Alfred A Arroy Courthouse
(Case No. 17-cv-02764-GPG)
901 19th Street Room A105
Denver Colorado 80294-3589

80294-250151

* Legal mail *

\* Legal Mail \*