**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 14 2017**

JEFFREY P. COLWELL
CLERK

December 5, 2017

Adams County Jail
PO Box 5001
Brighton, Colorado                                          80601

Antonio Gonzalez                                            DOC# 177919
Park County Jail
P.O. Box 965
Fairplay, Colorado                                          80440

RE: Requesting the last six (6) months of inmate account statements and a signed certificate which is provided.

To whom it may concern,

The United States District Court had ordered myself to obtain the last six (6) months of my inmate account statements, including my ending balance. I have been ordered to have the prison/jail official to sign the certificate as well.

I am requesting that the Adams County Jail provide me a copy of my last six (6) months inmate account statement ending September 29, 2017. I am requesting for Adams County Jail official to sign the attached certificate.

In an effort to avoid any time delays as I have been ordered to provide the requested materials by December 20, 2017 I Antonio Gonzalez am requesting Adams County Jail to mail the requested documents to:

United States District Court
Alfred A. Arraj Courthouse
(Case No. 17-CV-02764-GPG)
901 19th Street    Room A105
Denver, Colorado    80294-3589

Sincerely,
Antonio Gonzalez
Gonzalez

— Certificate of Prison/Jail Official —

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six (6) months for the prisoner named below.

Prisoner Name: Antonio Gonzalez

Signature of Authorized prison official:
X_____

Date: _____

Court Purposes Only: 17-CV-02764-GPG     Case No.


Please see attached certified statement

```
========================================================
               ADAMS COUNTY DETENTION FACILITY
========================================================
                    Resident Account Summary
                 Tuesday, December 12, 2017  @07:07
================================================================================
For Booking ID: 201600016574     GONZALEZ, ANTONIO
--------------------------------------------------------------------------------
  Date      Transaction Description           Amount    Balance    Owed    Held    Reference
--------------------------------------------------------------------------------
03/20/2017  PHONE PURCH. PHONE TIME PURCHASE   -1.72    138.10     0.00    0.00    03/20/2017
03/20/2017  PHONE PURCH. PHONE TIME PURCHASE   -0.98    139.82     0.00    0.00    03/20/2017
03/20/2017  EPR          OID:100329961-ComisaryPur -48.59  140.80  0.00    0.00    03/20/2017
03/19/2017  PHONE PURCH. PHONE TIME PURCHASE   -2.95    189.39     0.00    0.00    03/19/2017
03/19/2017  PHONE PURCH. PHONE TIME PURCHASE   -3.69    192.34     0.00    0.00    03/19/2017
03/18/2017  PHONE PURCH. PHONE TIME PURCHASE   -2.21    196.03     0.00    0.00    03/18/2017
03/18/2017  PHONE PURCH. PHONE TIME PURCHASE   -3.44    198.24     0.00    0.00    03/18/2017
03/17/2017  PHONE PURCH. PHONE TIME PURCHASE   -2.70    201.68     0.00    0.00    03/17/2017
03/15/2017  PHONE PURCH. PHONE TIME PURCHASE   -2.21    204.38     0.00    0.00    03/15/2017
03/14/2017  CYBERSUITE   2048371               200.00   206.59     0.00    0.00    03/14/2017
03/06/2017  PHONE PURCH. PHONE TIME PURCHASE   -3.34      6.59     0.00    0.00    03/06/2017
03/06/2017  EPR          OID:100328859-ComisaryPur -10.07    9.93  0.00    0.00    03/06/2017
02/27/2017  <PROCESS FE. Payment for PROCESSING FE  -30.00   20.00  0.00   0.00    02/27/2017
02/27/2017  CYBERSUITE   9334393                50.00    50.00    30.00    0.00    02/27/2017
01/23/2017  HAIRCUT      BARBER SERVICE 1/24/17 IN   0.00    0.00  30.00   0.00    01/23/2017
11/21/2016  PROCESSING   CHARGE AT BOOKING    30.00     0.00    30.00     0.00    11/21/2016
```

[signature]

STATE OF COLORADO
COUNTY OF ADAMS
Subscribed and sworn before me
this 12 day of December, 2017
Notary Public [signature]

SHANNA STOGSDILL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174033331
MY COMMISSION EXPIRES AUGUST 8, 2021

```
===================================================
              ADAMS COUNTY DETENTION FACILITY
===================================================
                  Resident Account Summary
                Tuesday, December 12, 2017  @07:07
===============================================================================
For Booking ID: 201600016574     GONZALEZ, ANTONIO
-------------------------------------------------------------------------------
 Date       Transaction Description              Amount    Balance    Owed    Held    Reference
-------------------------------------------------------------------------------
09/29/2017  WITHDRAW CH RELEASE OR CLOSEOUT TRANS  -19.83      0.00    0.00    0.00   09/29/2017
09/25/2017  PHONE PURCH PHONE TIME PURCHASE         -0.99     19.83    0.00    0.00   09/25/2017
09/25/2017  EPR         OID:100342674-ComisaryPur  -10.65     20.82    0.00    0.00   09/25/2017
09/23/2017  PHONE PURCH PHONE TIME PURCHASE         -0.99     31.47    0.00    0.00   09/23/2017
09/23/2017  PHONE PURCH PHONE TIME PURCHASE         -3.70     32.46    0.00    0.00   09/23/2017
09/18/2017  EPR         OID:100342149-ComisaryPur  -42.38     36.16    0.00    0.00   09/18/2017
09/16/2017  WESTERN UNI 9240416837172598            70.00     78.54    0.00    0.00   09/16/2017
09/11/2017  EPR         OID:100341661-ComisaryPur  -11.54      8.54    0.00    0.00   09/11/2017
09/01/2017  EPR         OID:100340988-ComisaryPur  -17.94     20.08    0.00    0.00   09/01/2017
08/28/2017  PHONE PURCH PHONE TIME PURCHASE         -1.56     38.02    0.00    0.00   08/28/2017
08/28/2017  EPR         OID:100340447-ComisaryPur  -25.57     39.58    0.00    0.00   08/28/2017
08/21/2017  PHONE PURCH PHONE TIME PURCHASE         -3.70     65.15    0.00    0.00   08/21/2017
08/21/2017  PHONE PURCH PHONE TIME PURCHASE         -2.96     68.85    0.00    0.00   08/21/2017
08/21/2017  PHONE PURCH PHONE TIME PURCHASE         -2.96     71.81    0.00    0.00   08/21/2017
08/21/2017  EPR         OID:100340242-ComisaryPur  -39.44     74.77    0.00    0.00   08/21/2017
08/19/2017  PHONE PURCH PHONE TIME PURCHASE         -3.70    114.21    0.00    0.00   08/19/2017
08/19/2017  PHONE PURCH PHONE TIME PURCHASE         -1.97    117.91    0.00    0.00   08/19/2017
08/19/2017  PHONE PURCH PHONE TIME PURCHASE         -0.25    119.88    0.00    0.00   08/19/2017
08/19/2017  CYBERSUITE  18346934                   100.00    120.13    0.00    0.00   08/19/2017
08/19/2017  PHONE PURCH PHONE TIME PURCHASE         -0.45     20.13    0.00    0.00   08/19/2017
08/19/2017  PHONE PURCH PHONE TIME PURCHASE         -1.12     20.58    0.00    0.00   08/19/2017
08/18/2017  PHONE PURCH PHONE TIME PURCHASE         -2.96     21.70    0.00    0.00   08/18/2017
08/18/2017  PHONE PURCH PHONE TIME PURCHASE         -1.34     24.66    0.00    0.00   08/18/2017
08/14/2017  CYBERSUITE  17276656                    20.00     26.00    0.00    0.00   08/14/2017
08/12/2017  PHONE PURCH PHONE TIME PURCHASE         -2.22      6.00    0.00    0.00   08/12/2017
08/12/2017  PHONE PURCH PHONE TIME PURCHASE         -3.70      8.22    0.00    0.00   08/12/2017
08/09/2017  PHONE PURCH PHONE TIME PURCHASE         -3.21     11.92    0.00    0.00   08/09/2017
08/07/2017  EPR         OID:100339374-ComisaryPur  -15.04     15.13    0.00    0.00   08/07/2017
07/31/2017  PHONE PURCH PHONE TIME PURCHASE         -2.71     30.17    0.00    0.00   07/31/2017
07/31/2017  PHONE PURCH PHONE TIME PURCHASE         -0.49     32.88    0.00    0.00   07/31/2017
07/31/2017  PHONE PURCH PHONE TIME PURCHASE         -0.74     33.37    0.00    0.00   07/31/2017
07/31/2017  PHONE PURCH PHONE TIME PURCHASE         -2.96     34.11    0.00    0.00   07/31/2017
07/31/2017  EPR         OID:100338936-ComisaryPur  -27.59     37.07    0.00    0.00   07/31/2017
07/29/2017  PHONE PURCH PHONE TIME PURCHASE         -0.45     64.66    0.00    0.00   07/29/2017
07/29/2017  PHONE PURCH PHONE TIME PURCHASE         -1.73     65.11    0.00    0.00   07/29/2017
07/27/2017  PHONE PURCH PHONE TIME PURCHASE         -0.89     66.84    0.00    0.00   07/27/2017
07/25/2017  PHONE PURCH PHONE TIME PURCHASE         -2.91     67.73    0.00    0.00   07/25/2017
07/24/2017  PHONE PURCH PHONE TIME PURCHASE         -1.12     70.64    0.00    0.00   07/24/2017
07/24/2017  PHONE PURCH PHONE TIME PURCHASE         -0.22     71.76    0.00    0.00   07/24/2017
07/24/2017  PHONE PURCH PHONE TIME PURCHASE         -3.70     71.98    0.00    0.00   07/24/2017
07/24/2017  EPR         OID:100338474-ComisaryPur  -34.82     75.68    0.00    0.00   07/24/2017
07/22/2017  PHONE PURCH PHONE TIME PURCHASE         -2.01    110.50    0.00    0.00   07/22/2017
07/22/2017  PHONE PURCH PHONE TIME PURCHASE         -0.45    112.51    0.00    0.00   07/22/2017
07/22/2017  PHONE PURCH PHONE TIME PURCHASE         -1.97    112.96    0.00    0.00   07/22/2017
07/21/2017  PHONE PURCH PHONE TIME PURCHASE         -0.67    114.93    0.00    0.00   07/21/2017
07/21/2017  PHONE PURCH PHONE TIME PURCHASE         -0.99    115.60    0.00    0.00   07/21/2017
07/20/2017  PHONE PURCH PHONE TIME PURCHASE         -1.56    116.59    0.00    0.00   07/20/2017
07/20/2017  PHONE PURCH PHONE TIME PURCHASE         -3.21    118.15    0.00    0.00   07/20/2017
07/19/2017  PHONE PURCH PHONE TIME PURCHASE         -2.91    121.36    0.00    0.00   07/19/2017
07/19/2017  PHONE PURCH PHONE TIME PURCHASE         -0.22    124.27    0.00    0.00   07/19/2017
07/19/2017  PHONE PURCH PHONE TIME PURCHASE         -3.70    124.49    0.00    0.00   07/19/2017
07/19/2017  PHONE PURCH PHONE TIME PURCHASE         -1.34    128.19    0.00    0.00   07/19/2017
07/19/2017  PHONE PURCH PHONE TIME PURCHASE         -2.22    129.53    0.00    0.00   07/19/2017
07/19/2017  PHONE PURCH PHONE TIME PURCHASE         -0.99    131.75    0.00    0.00   07/19/2017
07/17/2017  PHONE PURCH PHONE TIME PURCHASE         -1.34    132.74    0.00    0.00   07/17/2017
07/17/2017  PHONE PURCH PHONE TIME PURCHASE         -1.12    134.08    0.00    0.00   07/17/2017
07/17/2017  WESTERN UNI 5059216002171988           105.00    135.20    0.00    0.00   07/17/2017
07/17/2017  EPR         OID:100338050-ComisaryPur  -59.15     30.20    0.00    0.00   07/17/2017
-------------------------------------------------------------------------------
                                    Page 1
```

```
=========================================================
                 ADAMS COUNTY DETENTION FACILITY
=========================================================
                    Resident Account Summary
                 Tuesday, December 12, 2017  @07:07

================================================================================
For Booking ID: 201600016574     GONZALEZ, ANTONIO
--------------------------------------------------------------------------------
   Date     Transaction Description              Amount     Balance    Owed      Held      Reference
--------------------------------------------------------------------------------
07/15/2017  PHONE PURCH. PHONE TIME PURCHASE      -3.35      89.35     0.00      0.00      07/15/2017
07/15/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.45      92.70     0.00      0.00      07/15/2017
07/15/2017  CYBERSUITE   10224326                 52.00      93.15     0.00      0.00      07/15/2017
07/13/2017  PHONE PURCH. PHONE TIME PURCHASE      -1.56      41.15     0.00      0.00      07/13/2017
07/13/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.49      42.71     0.00      0.00      07/13/2017
07/13/2017  PHONE PURCH. PHONE TIME PURCHASE      -3.70      43.20     0.00      0.00      07/13/2017
07/12/2017  PHONE PURCH. PHONE TIME PURCHASE      -3.35      46.90     0.00      0.00      07/12/2017
07/12/2017  PHONE PURCH. PHONE TIME PURCHASE      -1.97      50.25     0.00      0.00      07/12/2017
07/10/2017  EPR          OID:100337674-ComisaryPurc -47.59   52.22     0.00      0.00      07/10/2017
07/08/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.45      99.81     0.00      0.00      07/08/2017
07/08/2017  CYBERSUITE   3685628                  47.00     100.26     0.00      0.00      07/08/2017
07/07/2017  PHONE PURCH. PHONE TIME PURCHASE      -1.12      53.26     0.00      0.00      07/07/2017
07/04/2017  PHONE PURCH. PHONE TIME PURCHASE      -1.56      54.38     0.00      0.00      07/04/2017
07/03/2017  PHONE PURCH. PHONE TIME PURCHASE      -2.24      55.94     0.00      0.00      07/03/2017
07/03/2017  EPR          OID:100337103-ComisaryPurc -69.53   58.18     0.00      0.00      07/03/2017
06/29/2017  PHONE PURCH. PHONE TIME PURCHASE      -2.23     127.71     0.00      0.00      06/29/2017
06/28/2017  CYBERSUITE   3396815                  62.00     129.94     0.00      0.00      06/28/2017
06/26/2017  PHONE PURCH. PHONE TIME PURCHASE      -1.34      67.94     0.00      0.00      06/26/2017
06/26/2017  PHONE PURCH. PHONE TIME PURCHASE      -2.72      69.28     0.00      0.00      06/26/2017
06/26/2017  EPR          OID:100336926-ComisaryPurc -3.84    72.00     0.00      0.00      06/26/2017
06/26/2017  EPR          OID:100336653-ComisaryPurc -20.29   75.84     0.00      0.00      06/26/2017
06/24/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.99      96.13     0.00      0.00      06/24/2017
06/22/2017  PHONE PURCH. PHONE TIME PURCHASE      -1.56      97.12     0.00      0.00      06/22/2017
06/22/2017  PHONE PURCH. PHONE TIME PURCHASE      -1.24      98.68     0.00      0.00      06/22/2017
06/21/2017  PHONE PURCH. PHONE TIME PURCHASE      -1.24      99.92     0.00      0.00      06/21/2017
06/21/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.67     101.16     0.00      0.00      06/21/2017
06/19/2017  EPR          OID:100336461-ComisaryPurc -24.70  101.83     0.00      0.00      06/19/2017
06/12/2017  PHONE PURCH. PHONE TIME PURCHASE      -1.98     126.53     0.00      0.00      06/12/2017
06/12/2017  PHONE PURCH. PHONE TIME PURCHASE      -2.97     128.51     0.00      0.00      06/12/2017
06/12/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.74     131.48     0.00      0.00      06/12/2017
06/12/2017  EPR          OID:100335728-ComisaryPurc -36.94  132.22     0.00      0.00      06/12/2017
06/09/2017  PHONE PURCH. PHONE TIME PURCHASE      -3.71     169.16     0.00      0.00      06/09/2017
06/08/2017  CYBERSUITE   5477671                 150.00     172.87     0.00      0.00      06/08/2017
06/05/2017  EPR          OID:100335240-ComisaryPurc -15.33   22.87     0.00      0.00      06/05/2017
05/28/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.74      38.20     0.00      0.00      05/28/2017
05/27/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.74      38.94     0.00      0.00      05/27/2017
05/26/2017  PHONE PURCH. PHONE TIME PURCHASE      -1.73      39.68     0.00      0.00      05/26/2017
05/26/2017  EPR          OID:100334936-ComisaryPurc -12.88   41.41     0.00      0.00      05/26/2017
05/25/2017  PHONE PURCH. PHONE TIME PURCHASE      -1.98      54.29     0.00      0.00      05/25/2017
05/25/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.74      56.27     0.00      0.00      05/25/2017
05/23/2017  PHONE PURCH. PHONE TIME PURCHASE      -1.24      57.01     0.00      0.00      05/23/2017
05/22/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.74      58.25     0.00      0.00      05/22/2017
05/22/2017  EPR          OID:100334479-ComisaryPurc -19.58   58.99     0.00      0.00      05/22/2017
05/20/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.99      78.57     0.00      0.00      05/20/2017
05/19/2017  PHONE PURCH. PHONE TIME PURCHASE      -1.73      79.56     0.00      0.00      05/19/2017
05/17/2017  PHONE PURCH. PHONE TIME PURCHASE      -2.47      81.29     0.00      0.00      05/17/2017
05/15/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.22      83.76     0.00      0.00      05/15/2017
05/15/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.25      83.98     0.00      0.00      05/15/2017
05/15/2017  EPR          OID:100334113-ComisaryPurc -34.38   84.23     0.00      0.00      05/15/2017
05/13/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.74     118.61     0.00      0.00      05/13/2017
05/11/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.74     119.35     0.00      0.00      05/11/2017
05/10/2017  PHONE PURCH. PHONE TIME PURCHASE      -3.71     120.09     0.00      0.00      05/10/2017
05/09/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.49     123.80     0.00      0.00      05/09/2017
05/09/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.49     124.29     0.00      0.00      05/09/2017
05/09/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.25     124.78     0.00      0.00      05/09/2017
05/09/2017  PHONE PURCH. PHONE TIME PURCHASE      -1.48     125.03     0.00      0.00      05/09/2017
05/09/2017  PHONE PURCH. PHONE TIME PURCHASE      -3.71     126.51     0.00      0.00      05/09/2017
05/09/2017  PHONE PURCH. PHONE TIME PURCHASE      -0.49     130.22     0.00      0.00      05/09/2017
--------------------------------------------------------------------------------
                                    Page 2
```

```
===================================================
             ADAMS COUNTY DETENTION FACILITY
===================================================

                    Resident Account Summary
                  Tuesday, December 12, 2017  @07:07

==============================================================================
For Booking ID: 201600016574     GONZALEZ, ANTONIO
------------------------------------------------------------------------------
  Date      Transaction Description           Amount    Balance    Owed    Held    Reference
------------------------------------------------------------------------------
05/09/2017  PHONE PURCH. PHONE TIME PURCHASE    -1.98    130.71    0.00    0.00    05/09/2017
05/08/2017  PHONE PURCH. PHONE TIME PURCHASE    -3.71    132.69    0.00    0.00    05/08/2017
05/08/2017  PHONE PURCH. PHONE TIME PURCHASE    -0.49    136.40    0.00    0.00    05/08/2017
05/08/2017  EPR          OID:100333658-ComisaryPur -22.45  136.89  0.00    0.00    05/08/2017
05/05/2017  PHONE PURCH. PHONE TIME PURCHASE    -3.71    159.34    0.00    0.00    05/05/2017
05/01/2017  EPR          OID:100332983-ComisaryPur -29.64  163.05  0.00    0:00    05/01/2017
04/30/2017  PHONE PURCH. PHONE TIME PURCHASE    -2.47    192.69    0.00    0.00    04/30/2017
04/28/2017  PHONE PURCH. PHONE TIME PURCHASE    -0.99    195.16    0.00    0.00    04/28/2017
04/26/2017  PHONE PURCH. PHONE TIME PURCHASE    -3.46    196.15    0.00    0.00    04/26/2017
04/26/2017  PHONE PURCH. PHONE TIME PURCHASE    -3.71    199.61    0.00    0.00    04/26/2017
04/26/2017  PHONE PURCH. PHONE TIME PURCHASE    -0.74    203.32    0.00    0.00    04/26/2017
04/25/2017  PHONE PURCH. PHONE TIME PURCHASE    -0.67    204.06    0.00    0.00    04/25/2017
04/24/2017  EPR          OID:100332589-ComisaryPur -30.34  204.73  0.00    0.00    04/24/2017
04/23/2017  PHONE PURCH. PHONE TIME PURCHASE    -0.99    235.07    0.00    0.00    04/23/2017
04/22/2017  PHONE PURCH. PHONE TIME PURCHASE    -3.46    236.06    0.00    0.00    04/22/2017
04/22/2017  PHONE PURCH. PHONE TIME PURCHASE    -2.72    239.52    0.00    0.00    04/22/2017
04/21/2017  PHONE PURCH. PHONE TIME PURCHASE    -1.98    242.24    0.00    0.00    04/21/2017
04/20/2017  WESTERN UNI 2367040817171108        90.00    244.22    0.00    0.00    04/20/2017
04/18/2017  PHONE PURCH. PHONE TIME PURCHASE    -1.24    154.22    0.00    0.00    04/18/2017
04/17/2017  PHONE PURCH. PHONE TIME PURCHASE    -2.47    155.46    0.00    0.00    04/17/2017
04/17/2017  PHONE PURCH. PHONE TIME PURCHASE    -3.22    157.93    0.00    0.00    04/17/2017
04/17/2017  EPR          OID:100331926-ComisaryPur -38.73  161.15  0.00    0.00    04/17/2017
04/15/2017  PHONE PURCH. PHONE TIME PURCHASE    -2.23    199.88    0.00    0.00    04/15/2017
04/15/2017  PHONE PURCH. PHONE TIME PURCHASE    -1.98    202.11    0.00    0.00    04/15/2017
04/14/2017  PHONE PURCH. PHONE TIME PURCHASE    -1.73    204.09    0.00    0.00    04/14/2017
04/14/2017  PHONE PURCH. PHONE TIME PURCHASE    -5.59    205.82    0.00    0.00    04/14/2017
04/13/2017  PHONE PURCH. PHONE TIME PURCHASE    -1.48    211.41    0.00    0.00    04/13/2017
04/12/2017  PHONE PURCH. PHONE TIME PURCHASE    -1.48    212.89    0.00    0.00    04/12/2017
04/11/2017  PHONE PURCH. PHONE TIME PURCHASE    -1.24    214.37    0.00    0.00    04/11/2017
04/10/2017  EPR          OID:100331384-ComisaryPur -67.87  215.61  0.00    0.00    04/10/2017
04/09/2017  PHONE PURCH. PHONE TIME PURCHASE    -1.48    283.48    0.00    0.00    04/09/2017
04/08/2017  CYBERSUITE   6109754               200.00    284.96    0.00    0.00    04/08/2017
04/08/2017  PHONE PURCH. PHONE TIME PURCHASE    -3.71     84.96    0.00    0.00    04/08/2017
04/03/2017  PHONE PURCH. PHONE TIME PURCHASE    -0.25     88.67    0.00    0.00    04/03/2017
04/03/2017  EPR          OID:100330920-ComisaryPur -25.41   88.92  0.00    0.00    04/03/2017
04/02/2017  PHONE PURCH. PHONE TIME PURCHASE    -3.71    114.33    0.00    0.00    04/02/2017
03/30/2017  PHONE PURCH. PHONE TIME PURCHASE    -1.23    118.04    0.00    0.00    03/30/2017
03/28/2017  PHONE PURCH. PHONE TIME PURCHASE    -1.48    119.27    0.00    0.00    03/28/2017
03/27/2017  PHONE PURCH. PHONE TIME PURCHASE    -0.89    120.75    0.00    0.00    03/27/2017
03/27/2017  PHONE PURCH. PHONE TIME PURCHASE    -3.20    121.64    0.00    0.00    03/27/2017
03/27/2017  PHONE PURCH. PHONE TIME PURCHASE    -1.72    124.84    0.00    0.00    03/27/2017
03/27/2017  PHONE PURCH. PHONE TIME PURCHASE    -3.69    126.56    0.00    0.00    03/27/2017
03/27/2017  EPR          OID:100330482-ComisaryPur -40.92  130.25  0.00    0.00    03/27/2017
03/25/2017  PHONE PURCH. PHONE TIME PURCHASE    -2.70    171.17    0.00    0.00    03/25/2017
03/25/2017  PHONE PURCH. PHONE TIME PURCHASE    -2.70    173.87    0.00    0.00    03/25/2017
03/24/2017  PHONE PURCH. PHONE TIME PURCHASE    -1.97    176.57    0.00    0.00    03/24/2017
03/24/2017  PHONE PURCH. PHONE TIME PURCHASE    -0.98    178.54    0.00    0.00    03/24/2017
03/24/2017  PHONE PURCH. PHONE TIME PURCHASE    -3.69    179.52    0.00    0.00    03/24/2017
03/24/2017  PHONE PURCH. PHONE TIME PURCHASE    -0.67    183.21    0.00    0.00    03/24/2017
03/23/2017  WESTERN UNI 9549780971170828        60.00    183.88    0.00    0.00    03/23/2017
03/23/2017  PHONE PURCH. PHONE TIME PURCHASE    -3.69    123.88    0.00    0.00    03/23/2017
03/22/2017  PHONE PURCH. PHONE TIME PURCHASE    -0.74    127.57    0.00    0.00    03/22/2017
03/22/2017  PHONE PURCH. PHONE TIME PURCHASE    -1.97    128.31    0.00    0.00    03/22/2017
03/22/2017  PHONE PURCH. PHONE TIME PURCHASE    -2.70    130.28    0.00    0.00    03/22/2017
03/22/2017  PHONE PURCH. PHONE TIME PURCHASE    -0.49    132.98    0.00    0.00    03/22/2017
03/22/2017  PHONE PURCH. PHONE TIME PURCHASE    -1.72    133.47    0.00    0.00    03/22/2017
03/22/2017  PHONE PURCH. PHONE TIME PURCHASE    -0.45    135.19    0.00    0.00    03/22/2017
03/20/2017  PHONE PURCH. PHONE TIME PURCHASE    -2.46    135.64    0.00    0.00    03/20/2017
------------------------------------------------------------------------------

                               Page 3
```



**ADAMS COUNTY SHERIFF'S OFFICE**
Attn: Accounting
150 N. 19th Avenue, Brighton, CO 80601



U.S. POSTAGE >> PITNEY BOWES
ZIP 80601
02 4W
0000346756 DEC 12 2017
$ 000.67⁰

80294-250151

United States District Court
Alfred A. Arraj Courthouse
(Case No. 17-cv-02764-GPG)
901 19th Street Room A105
Denver CO 80294-3589