**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 14 2017

JEFFREY P. COLWELL
CLERK

December 1, 2017

El Paso County Jail
2739 E. Las Vegas Street
Colorado Springs, Colorado        80906

Joseph McEntee        DOC #177649
Park County Jail
P.O. Box 965
Fairplay, CO        80440

RE: Requesting the last six (6) months of inmate account statements and a signed certificate which is provided.

Dear Sir or Ma'am,

The United States District Court has ordered myself to obtain the last six (6) months of my inmate account statements including my ending balance. I have been ordered to have the prison/jail official to sign the certificate as well.

I am requesting that the El Paso County Jail provide me a copy of my last (6) six months inmate account statement ending on September 14, 2017. I am requesting that an El Paso County Jail Official sign the attached certificate.

In an effort to avoid any time delays as I have been ordered to provide the requested materials by December 20, 2017. I Joseph McEntee am requesting El Paso County Jail to mail the requested documents to:

United States District Court
Alfred A. Arraj Courthouse
(Case # 17-CV-02764-GPG)
901 19th Street Room A105
Denver, Colorado 80294-3589

Sincerely,
Joseph McEntee
*/s/ Joseph McEntee*

## — Certificate of Prison/Jail Official —

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past 6 months for the prisoner named below.

Prisoner Name: Joseph McEntee

Signature of Authorized Prison Official: _____

Date: _____

Court Purposes only: 17-CV-02764-GPG      Case No.

**RESIDENT ACCOUNT STATEMENT**                                          Page      1 of       2

EL PASO COUNTY SHERIFF'S OFFICE
12/11/2017 10:13
ST  38  |  OPR   12064

Inmate ID No       :  0310185
Resident Name      :  MCENTEE, JOSEPH LEE
Housing Location   :
Statement Period   :  04/01/2017 - 12/11/2017

STATEMENT SUMMARY

Beginning Balance :           0
15 Deposits :          805.70
39 Payments :          805.70
Ending Balance :            0.00

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---|---|---|
| A200592 | 06/02/2017 | 14:13 | Reopen | | $0.00 | $0.00 |
| EZ8134 | 06/14/2017 | 15:42 | Local Cashier-Cash | | $100.00 | $100.00 |
| EZ8135 | 06/14/2017 | 15:42 | Rec Payment | $30.00 | | $70.00 |
| DX3426 | 06/15/2017 | 17:22 | Order | $56.86 | | $13.14 |
| DY5353 | 06/16/2017 | 18:05 | Order | $3.00 | | $10.14 |
| DX3446 | 06/17/2017 | 10:51 | Order | $2.84 | | $7.30 |
| DY5505 | 06/20/2017 | 20:06 | Order | $5.00 | | $2.30 |
| DY5604 | 06/24/2017 | 18:17 | Order | $2.00 | | $0.30 |
| EZ8589 | 06/26/2017 | 10:53 | Local Cashier-Cash | | $100.00 | $100.30 |
| DY5639 | 06/26/2017 | 13:03 | Order | $50.08 | | $50.22 |
| DY5703 | 06/28/2017 | 18:40 | Order | $5.00 | | $45.22 |
| DX3626 | 06/29/2017 | 08:52 | Order | $10.00 | | $35.22 |
| DY5744 | 06/30/2017 | 11:24 | Order | $5.00 | | $30.22 |
| DY5879 | 07/03/2017 | 23:17 | Order | $29.75 | | $0.47 |
| EZ9208 | 07/10/2017 | 11:46 | Local Cashier-Cash | | $100.00 | $100.47 |
| DX3821 | 07/10/2017 | 12:20 | Order | $50.06 | | $50.41 |
| DX3823 | 07/10/2017 | 12:54 | Order | $1.00 | | $49.41 |
| EA4886 | 07/17/2017 | 09:12 | Order | $49.37 | | $0.04 |
| EZ9791 | 07/23/2017 | 16:22 | Local Cashier-Cash | | $75.00 | $75.04 |
| EA5014 | 07/24/2017 | 17:08 | Order | $25.00 | | $50.04 |
| EA5019 | 07/24/2017 | 20:17 | Order | $49.65 | | $0.39 |
| EZ9885 | 07/24/2017 | 21:00 | Local Cashier-Cash | | $25.00 | $25.39 |
| DZ7080 | 07/24/2017 | 21:07 | Order | $25.15 | | $0.24 |
| CZ6080 | 07/26/2017 | 13:46 | Credit | | $5.34 | $5.58 |
| DZ7120 | 07/26/2017 | 18:31 | Order | $5.50 | | $0.08 |
| EZ10196 | 07/31/2017 | 14:57 | Local Cashier-Cash | | $50.00 | $50.08 |
| J13507 | 07/31/2017 | 15:48 | Local Cashier-Cash | | $20.00 | $70.08 |
| EA5140 | 07/31/2017 | 17:16 | Order | $50.24 | | $19.84 |
| DZ7265 | 07/31/2017 | 21:36 | Order | $1.84 | | $18.00 |
| DZ7352 | 08/04/2017 | 15:26 | Order | $3.00 | | $15.00 |

**RESIDENT ACCOUNT STATEMENT**          Page      2 of      2

EL PASO COUNTY SHERIFF'S OFFICE
12/11/2017 10:13
ST  38  |  OPR  12064

Inmate ID No      :  0310185
Resident Name     :  MCENTEE, JOSEPH LEE
Housing Location :
Statement Period :  04/01/2017 - 12/11/2017

STATEMENT SUMMARY

Beginning Balance :             0
15 Deposits :            805.70
39 Payments :            805.70
Ending Balance :             0.00

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---|---|---|
| DZ7367 | 08/04/2017 | 20:05 | Order | $5.00 | | $10.00 |
| DZ7375 | 08/05/2017 | 13:46 | Order | $5.00 | | $5.00 |
| EZ10458 | 08/06/2017 | 17:50 | Local Cashier-Cash | | $100.00 | $105.00 |
| EZ10465 | 08/06/2017 | 19:40 | Local Cashier-Cash | | $5.00 | $110.00 |
| DZ7416 | 08/07/2017 | 12:50 | Order | $59.54 | | $50.46 |
| DZ7477 | 08/09/2017 | 20:49 | Order | $10.00 | | $40.46 |
| EA5382 | 08/14/2017 | 18:23 | Order | $40.40 | | $0.06 |
| J14279 | 08/20/2017 | 20:54 | Local Cashier-Cash | | $100.00 | $100.06 |
| EA5556 | 08/21/2017 | 11:35 | Order | $50.13 | | $49.93 |
| EC5828 | 08/28/2017 | 08:56 | Order | $39.24 | | $10.69 |
| DT9740 | 08/29/2017 | 09:13 | Order | $3.00 | | $7.69 |
| DT9756 | 08/29/2017 | 16:06 | Order | $3.00 | | $4.69 |
| DT9802 | 08/30/2017 | 16:54 | Order | $4.00 | | $0.69 |
| A231683 | 08/30/2017 | 16:55 | EF Commissary | | $100.00 | $100.69 |
| DT9806 | 08/30/2017 | 17:26 | Order | $4.00 | | $96.69 |
| DT9811 | 08/30/2017 | 18:18 | Order | $17.75 | | $78.94 |
| DT9819 | 08/30/2017 | 19:05 | Order | $18.00 | | $60.94 |
| DC3194 | 09/04/2017 | 10:48 | Order | $4.92 | | $56.02 |
| DT10079 | 09/06/2017 | 20:05 | Order | $25.30 | | $30.72 |
| DC3702 | 09/12/2017 | 08:21 | Order | $10.30 | | $20.42 |
| EI12917 | 09/13/2017 | 20:24 | Order | $20.32 | | $0.10 |
| T9315 | 09/14/2017 | 01:10 | Credit | | $20.32 | $20.42 |
| A236730 | 09/14/2017 | 01:10 | Phone Refund | | $5.04 | $25.46 |
| T9316 | 09/14/2017 | 01:10 | Close | $25.46 | | $0.00 |

I hearby certify that these documents are true and correct copies of the Inmate Fund Account.

_[signature]_
Name

_[signature]_
Title

12-11-17

## RESIDENT RECEIVABLE REPORT

EL PASO COUNTY SHERIFF'S OFFICE
12/11/2017 10:15
ST  38  |  OPR  12064

Page    1 of    1

| Inmate ID No | : | 0310185 |
| Resident Name | : | MCENTEE, JOSEPH LEE |
| Time Frame | : | 04/01/2017 - 12/11/2017 |

| Date | Time | Receivable | Transaction Type | Amount | OPR | Receipt # |
|---|---|---|---|---|---|---|
| 06/02/2017 | 14:13 | Subsistence | Receivable Charge | $30.00 | XML | A200593 |
| 06/14/2017 | 15:42 | Subsistence | Receivable Payment-Resident | $30.00 | cobra | EZ8135 |



El Paso County Sheriff's Office
27 East Vermijo Avenue
Colorado Springs, CO 80903
www.epcsheriffsoffice.com

RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES

ZIP 80907
02 4W
0000344059 DEC. 12. 2017
$ 000.42³

United States District Court
Alfred A. Arraj Courthouse
Case #17-CV-02764-GPG
901 19th Street Room A105
Denver, Colorado 80294-3589

KVM-NMB  80294