December 1, 2017

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 15 2017**

JEFFREY P. COLWELL
CLERK

Adams County Detention Facility
PO BOX 5001
Brighton Colorado   80601

Anthony Perez   DOB 09/11/1978   DOC # 177849
Park County Jail
PO BOX 965
Fairplay Co      80440

Re: Requesting the Last Six (6) months of inmate account
Statements and a signed certificate which is provided.

Dear Sir or Madam,
  The United States District Court has ordered myself to
obtain the Last Six (6) months of my inmate account.
Statements including my ending balance. I have been
ordered to have the Prison/Jail official to sign the
provided certificate as well.
  I am requesting that the Adams County Retention
Facility provide me a copy of my Last Six (6) months
inmate account statement ending on September 25, 2017.
I am requesting that a jail official sign the provided
Certificate.

In an effort to avoid time delays as I have been ordered to provide the requested materials by December 20, 2017. I Anthony H. Perez am requesting Adams County Detention Facility to mail the requested documents to:

United States District Court
Alfred A. Arraj Courthouse
( Case # 17-CV-02764-GPG )
901 19th Street Room A105
Denver, Colorado   80294-3589


Sincerely

Anthony Perez

– Certificate of Prison/Jail Official –

I certify that the attached statement is an
accurate account/copy of the inmate trust fund
account statement or institutional equivalent for
the past (6) six months for the prisoner named
below.

prisoners Name : Anthony H. Perez _____

Signature of Authorised Prison Offical : _____

Date : _____

Court Purposes Only : 17-CV-027164-GPG _____ Case No.

```
===================================================
              ADAMS COUNTY DETENTION FACILITY
===================================================
                  Resident Account Summary
               Wednesday, December 13, 2017 @11:38
===================================================
For Booking ID: 201700011140   PEREZ, ANTHONY HERCULANO
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 09/25/2017 | WITHDRAW CH | RELEASE OR CLOSEOUT TRANS/ | -44.91 | 0.00 | 0.00 | 0.00 | 09/25/2017 |
| 09/24/2017 | PHONE PURCH. | PHONE TIME PURCHASE | -0.45 | 44.91 | 0.00 | 0.00 | 09/24/2017 |
| 09/24/2017 | CYBERSUITE | 19882122 | 37.00 | 45.36 | 0.00 | 0.00 | 09/24/2017 |
| 09/20/2017 | PHONE PURCH. | PHONE TIME PURCHASE | -2.68 | 8.36 | 0.00 | 0.00 | 09/20/2017 |
| 09/18/2017 | PHONE PURCH. | PHONE TIME PURCHASE | -1.34 | 11.04 | 0.00 | 0.00 | 09/18/2017 |
| 09/18/2017 | PHONE PURCH. | PHONE TIME PURCHASE | -0.89 | 12.38 | 0.00 | 0.00 | 09/18/2017 |
| 09/18/2017 | EPR | OID:100342047-ComisaryPurc | -9.94 | 13.27 | 0.00 | 0.00 | 09/18/2017 |
| 09/16/2017 | PHONE PURCH. | PHONE TIME PURCHASE | -0.89 | 23.21 | 0.00 | 0.00 | 09/16/2017 |
| 09/11/2017 | EPR | OID:100341351-ComisaryPurc | -25.48 | 24.10 | 0.00 | 0.00 | 09/11/2017 |
| 09/11/2017 | CYBERSUITE | 18840237 | 22.00 | 49.58 | 0.00 | 0.00 | 09/11/2017 |
| 09/10/2017 | PHONE PURCH. | PHONE TIME PURCHASE | -0.67 | 27.58 | 0.00 | 0.00 | 09/10/2017 |
| 09/10/2017 | PHONE PURCH. | PHONE TIME PURCHASE | -2.68 | 28.25 | 0.00 | 0.00 | 09/10/2017 |
| 09/04/2017 | PHONE PURCH. | PHONE TIME PURCHASE | -0.67 | 30.93 | 0.00 | 0.00 | 09/04/2017 |
| 09/04/2017 | CYBERSUITE | 10847489 | 27.00 | 31.60 | 0.00 | 0.00 | 09/04/2017 |
| 08/28/2017 | EPR | OID:100340823-ComisaryPurc | -23.93 | 4.60 | 0.00 | 0.00 | 08/28/2017 |
| 08/24/2017 | PHONE PURCH. | PHONE TIME PURCHASE | -1.34 | 28.53 | 0.00 | 0.00 | 08/24/2017 |
| 08/23/2017 | CYBERSUITE | 16054282 | 27.00 | 29.87 | 0.00 | 0.00 | 08/23/2017 |
| 08/23/2017 | PHONE PURCH. | PHONE TIME PURCHASE | -0.89 | 2.87 | 0.00 | 0.00 | 08/23/2017 |
| 08/21/2017 | EPR | OID:100340068-ComisaryPurc | -2.04 | 3.76 | 0.00 | 0.00 | 08/21/2017 |
| 08/15/2017 | PHONE PURCH. | PHONE TIME PURCHASE | -1.34 | 5.80 | 0.00 | 0.00 | 08/15/2017 |
| 08/14/2017 | EPR | OID:100339950-ComisaryPurc | -17.86 | 7.14 | 0.00 | 0.00 | 08/14/2017 |
| 08/08/2017 | ACCT CHECK | PAY SRP ACCT 5771 | -2.00 | 25.00 | 0.00 | 0.00 | 08/08/2017 |
| 08/07/2017 | <PROCESS FE | Payment for PROCESSING FE | -30.00 | 27.00 | 0.00 | 0.00 | 08/07/2017 |
| 08/07/2017 | CYBERSUITE | 12671197 | 57.00 | 57.00 | 30.00 | 0.00 | 08/07/2017 |
| 07/26/2017 | COURTS CASH | INIT | 0.00 | 0.00 | 30.00 | 0.00 | 07/26/2017 |
| 07/26/2017 | PROCESSING | CHARGE AT BOOKING | 30.00 | 0.00 | 30.00 | 0.00 | 07/26/2017 |



STATE OF COLORADO
COUNTY OF ADAMS
Subscribed and sworn before me
this 13 day of December, 2017
Notary Public

SHANNA STOGSDILL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174033331
MY COMMISSION EXPIRES AUGUST 8, 2021

SHANNA STOGSDILL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174033331
MY COMMISSION EXPIRES AUGUST 8, 2021



U.S. POSTAGE >> PITNEY BOWES

ZIP 80601 $ 000.46⁰
02 4W
0000346756 DEC 13. 2017

DENVER
CO 802
14 DEC '17
PM K

**ADAMS COUNTY SHERIFF'S OFFICE**
150 N. 19th Avenue, Brighton, CO 80601

United States District Court
Alfred A. Arraj Courthouse
Case # 17-cu-02764-9PG
901 19th St, Room A105
Denver, CO, 80294-3589

80294-250151