

# Boulder County Sheriff's Office

**JOE PELLE**
Sheriff

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 15 2017**

JEFFREY P. COLWELL
CLERK

12/11/2017

United States District Court
Alfred A. Arraj Courthouse
901 19th St. Room A105
Denver, CO 80294-3589
Case number: 17-cv-02764-GPG

To Whom It May Concern:

Enclosed is a copy of the inmate Timothy Bowman's account statements. The statement represents Mr. Bowman's inmate account from September, 2016 through October, 2017. Mr. Bowman requested this be sent directly to you. If you have any questions please let me know.

Sincerely,

Karla Brezina
Boulder County Sheriff's Office
Records Section
303-441-3600

---

Headquarters
5600 Flatiron Parkway
Boulder, Colorado 80301
303-441-3600

Communications · Emergency Management
3280 Airport Road
Boulder, Colorado 80301
303-441-4444 · 303-441-3390

Jail
3200 Airport Road
Boulder, Colorado 80301
303-441-4600

# Inmate Balance History Report - Simple

Created: 12/11/2017  7:42:26AM

| Number: | 1605405 | Secondary: | P00025681 | Location: | OJ DOC 0001 |
|---|---|---|---|---|---|
| Name: | BOWMAN, TIMOTHY H | | | | |

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| TRANSFER DEBT IN | 09/14/2016 11:48:23AM | ($774.26) | $0.00 | ($774.26) | $0.00 |
| PRESCRIPTION | 01/10/2017 12:21:20PM | ($5.00) | $0.00 | ($779.26) | $0.00 |
| DOCTORS VISIT | 05/30/2017 01:43:13PM | ($10.00) | $0.00 | ($789.26) | $0.00 |
| DOCTORS VISIT | 05/30/2017 01:43:13PM | ($10.00) | $0.00 | ($799.26) | $0.00 |
| LAB TEST | 05/30/2017 01:43:13PM | ($5.00) | $0.00 | ($804.26) | $0.00 |
| PRESCRIPTION | 05/30/2017 01:43:13PM | ($5.00) | $0.00 | ($809.26) | $0.00 |
| PRESCRIPTION | 05/30/2017 01:43:13PM | ($5.00) | $0.00 | ($814.26) | $0.00 |
| PRESCRIPTION | 05/30/2017 01:43:13PM | ($5.00) | $0.00 | ($819.26) | $0.00 |
| PRESCRIPTION | 07/26/2017 10:35:52AM | ($5.00) | $0.00 | ($824.26) | $0.00 |
| PRESCRIPTION | 08/01/2017 02:22:43AM | ($5.00) | $0.00 | ($829.26) | $0.00 |
| PRESCRIPTION | 08/25/2017 12:50:36PM | ($5.00) | $0.00 | ($834.26) | $0.00 |
| MONTHLY MEDICATION CHARGE | 09/06/2017 11:50:38AM | ($5.00) | $0.00 | ($839.26) | $0.00 |
| NURSE SICK CALL | 10/01/2017 01:35:49PM | ($5.00) | $0.00 | ($844.26) | $0.00 |
| DOCTORS VISIT | 10/05/2017 01:50:25PM | ($10.00) | $0.00 | ($854.26) | $0.00 |
| DOCTORS VISIT | 10/10/2017 11:35:10AM | ($10.00) | $0.00 | ($864.26) | $0.00 |
| PRESCRIPTION | 10/10/2017 11:35:10AM | ($5.00) | $0.00 | ($869.26) | $0.00 |
| | | **Ending Totals:** | **$0.00** | **($869.26)** | **$0.00** |

ATTEST: TRUE COPY
DATED: 12-11-2017
JOE PELLE, SHERIFF
BOULDER COUNTY, COLORADO
BY: _____
LAW ENFORCEMENT TECHNICIAN

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

## Inmate Balance History Report - Detailed

Created: 12/11/2017 7:43:52AM

Number: 1605405  Secondary: P00025681  Location: OJ DOC 0001
Name: BOWMAN, TIMOTHY H

| | | | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| **Transaction:** TRANSFER DEBT IN | 09/14/16 11:48AM | | | | |
| Account: Debt - Medical | Amount: | ($151.61) | | ($151.61) | |
| Account: Debt - Other Debt | Amount: | ($622.65) | | ($774.26) | |
| Note: Transfer Debt From Inmate Number: 8905725 | | | | | |
| **Transaction:** PRESCRIPTION | 01/10/17 12:21PM | | | | |
| Account: Debt - Medical | Amount: | ($5.00) | | ($779.26) | |
| Note: PR142_0003B9742 | | | | | |
| **Transaction:** DOCTORS VISIT | 05/30/17 1:43PM | | | | |
| Account: Debt - Medical | Amount: | ($10.00) | | ($789.26) | |
| Note: PR142_0004D5F3F | | | | | |
| **Transaction:** DOCTORS VISIT | 05/30/17 1:43PM | | | | |
| Account: Debt - Medical | Amount: | ($10.00) | | ($799.26) | |
| Note: PR142_0004E5326 | | | | | |
| **Transaction:** LAB TEST | 05/30/17 1:43PM | | | | |
| Account: Debt - Medical | Amount: | ($5.00) | | ($804.26) | |
| Note: PR142_0004E532A | | | | | |
| **Transaction:** PRESCRIPTION | 05/30/17 1:43PM | | | | |
| Account: Debt - Medical | Amount: | ($5.00) | | ($809.26) | |
| Note: PR142_0004D5F43 | | | | | |
| **Transaction:** PRESCRIPTION | 05/30/17 1:43PM | | | | |
| Account: Debt - Medical | Amount: | ($5.00) | | ($814.26) | |
| Note: PR142_0004DBF90 | | | | | |
| **Transaction:** PRESCRIPTION | 05/30/17 1:43PM | | | | |
| Account: Debt - Medical | Amount: | ($5.00) | | ($819.26) | |
| Note: PR142_0004EC3DC | | | | | |
| **Transaction:** PRESCRIPTION | 07/26/17 10:35AM | | | | |
| Account: Debt - Medical | Amount: | ($5.00) | | ($824.26) | |
| Note: PR142_00061D581 | | | | | |
| **Transaction:** PRESCRIPTION | 08/01/17 2:22AM | | | | |
| Account: Debt - Medical | Amount: | ($5.00) | | ($829.26) | |
| Note: PR142_00062F56C | | | | | |
| **Transaction:** PRESCRIPTION | 08/25/17 12:50PM | | | | |
| Account: Debt - Medical | Amount: | ($5.00) | | ($834.26) | |
| Note: PR142_00067D230 | | | | | |
| **Transaction:** MONTHLY MEDICATION | 09/06/17 11:50AM | | | | |
| Account: Debt - Medical | Amount: | ($5.00) | | ($839.26) | |
| Note: PR142_0006A3A6C | | | | | |
| **Transaction:** NURSE SICK CALL | 10/01/17 1:35PM | | | | |
| Account: Debt - Medical | Amount: | ($5.00) | | ($844.26) | |
| Note: PR142_0006F3D51 | | | | | |
| **Transaction:** DOCTORS VISIT | 10/05/17 1:50PM | | | | |
| Account: Debt - Medical | Amount: | ($10.00) | | ($854.26) | |
| Note: PR142_000701D99 | | | | | |
| **Transaction:** DOCTORS VISIT | 10/10/17 11:35AM | | | | |
| Account: Debt - Medical | Amount: | ($10.00) | | ($864.26) | |
| Note: PR142_000710EA9 | | | | | |
| **Transaction:** PRESCRIPTION | 10/10/17 11:35AM | | | | |
| Account: Debt - Medical | Amount: | ($5.00) | | ($869.26) | |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

Inmate Balance History Report - Detailed                       Created: 12/11/2017   7:43:52AM

| | | | | |
|---|---|---|---|---|
| Number: | 1605405 | Secondary: P00025681 | Location: | OJ DOC 0001 |
| Name: | BOWMAN, TIMOTHY H | | | |

|  | Running Balance | Running Owed | Running Other |
|---|---|---|---|
| Note: PR142_000710EA4 | | | |
|  | Final Balance | Final Owed | Final Other |
|  |  | ($869.26) |  |

ATTEST: TRUE COPY
DATED: 12-11-2017
JOE PELLE, SHERIFF
BOULDER COUNTY, COLORADO
BY: [signature]
LAW ENFORCEMENT TECHNICIAN

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain    Page 2 of 2
nonpublic personal information about inmates subject to the restrictions of privacy laws.   You may not directly or indirectly reuse or disclose such
information for any purpose other than to provide the services for which you are receiving the information.

**Boulder County Sheriff's Office**
5600 Flatiron Parkway
Boulder, Colorado 80301

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES
ZIP 80302 $ 000.45
02 4W
0000338271 DEC. 13. 2017

United States District Court
Alfred A. Arraj Courthouse
901 19th St. Room A105
Denver, CO 80294-3589
Case number: 17-cv-02764-GPG

005   KHB-AMP  80294