FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 18 2017

JEFFREY P. COLWELL
CLERK

In an effort to avoid any time delays as I have been ordered to provide the requested materials by December 20, 2017. I Richard A. Zarate am requesting Adams County Detention Facility to mail the requested documents to:

United States District Court
Alfred A. Arraj Courthouse
(Case# 17-CV-02764-GPG)
901 19th St. Room A105
Denver Colorado 80294-3589

Sincerely
Richard A. Zarate

— Certificate of Prison/Jail Official —

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: Richard A. Zarate

Signature of Authorized Prison Official: _____

Date: _____

Court Purposes Only: 17-CV-02764-GPG      Case No.

December 1, 2017

Adams County Detention Facility
PO Box 5001
Brighton Colorado                    80601

Richard A. Zarate               DOC# 177850
Park County Jail
PO Box 965
Fairplay Colorado               80440

Re: Requesting the last six (6) months of inmate account statements and a signed certificate which is provided

Dear Sir or Madam,

The United States District Court has ordered myself to obtain the last six (6) months of my inmate account. Statements including my ending balance. I have been ordered to have the Prison/Jail official to sign the Certificate as well.

I am requesting that the Adams County Detention Facility provide me a copy of my last six (6) months inmate account statement ending on September 25, 2017. I am requesting for Adams County Detention Facility official to sign the attached Certificate.

```
:=====================================================:
                 ADAMS COUNTY DETENTION FACILITY
:=====================================================:

                      Resident Account Summary
                Wednesday, December 13, 2017  @11:37

================================================================================
For Booking ID: 201700010246      ZARATE, RICHARD ALEXANDER
--------------------------------------------------------------------------------
    Date    Transaction Description              Amount    Balance    Owed    Held    Reference
--------------------------------------------------------------------------------
09/25/2017  WITHDRAW CH RELEASE OR CLOSEOUT TRANS;  -0.17     0.00     0.00    0.00    09/25/2017
09/18/2017  EPR         OID:100342001-ComisaryPurc -19.94     0.17     0.00    0.00    09/18/2017
09/13/2017  CYBERSUITE  15534223                    20.00    20.11     0.00    0.00    09/13/2017
09/01/2017  EPR         OID:100341127-ComisaryPurc -30.14     0.11     0.00    0.00    09/01/2017
08/31/2017  CYBERSUITE  13632344                    30.00    30.25     0.00    0.00    08/31/2017
08/21/2017  EPR         OID:100340306-ComisaryPurc -25.58     0.25     0.00    0.00    08/21/2017
08/17/2017  CYBERSUITE  16094923                    25.00    25.83     0.00    0.00    08/17/2017
08/14/2017  EPR         OID:100339971-ComisaryPurc  -4.11     0.83     0.00    0.00    08/14/2017
08/04/2017  TRANSFER OU' TRANSFER TO 15-15807 PRIOI -5.06     4.94     0.00    0.00    08/04/2017
08/04/2017  TRANSFER OU' TRANSFER TO 16-5043 PRIOR -30.00    10.00     0.00    0.00    08/04/2017
08/01/2017  CYBERSUITE  17747236                    40.00    40.00     0.00    0.00    08/01/2017
07/21/2017  TRANSFER OU' TRANSFER TO 15-15807      -24.19     0.00     0.00    0.00    07/21/2017
07/19/2017  <PROCESS FE Payment for PROCESSING FEI  -5.81    24.19     0.00    0.00    07/19/2017
07/19/2017  CYBERSUITE  19288364                    30.00    30.00     5.81    0.00    07/19/2017
07/12/2017  <PROCESS FE CHARGE AT BOOKING          -24.19     0.00     5.81    0.00    07/12/2017
07/12/2017  PROCESSING  CHARGE AT BOOKING           30.00    24.19    30.00    0.00    07/12/2017
07/12/2017  <PROCESS FE VOID-CHARGE AT BOOKING      24.19    24.19     0.00    0.00    07/12/2017
07/12/2017  <PROCESS FE VOID-CHARGE AT BOOKING       5.81     0.00   -24.19    0.00    07/12/2017
07/12/2017  PROCESSING  VOID-CHARGE AT BOOKING    -30.00    -5.81   -30.00    0.00    07/12/2017
07/11/2017  BOND CASH   VOID-INITIAL DEPOSIT/      -24.19    -5.81     0.00    0.00    07/11/2017
07/11/2017  <PROCESS FE Payment for PROCESSING FEI  -5.81    18.38     0.00    0.00    07/11/2017
07/11/2017  INTAKE DEPO 17156677                    24.19    24.19     5.81    0.00    07/11/2017
07/11/2017  <PROCESS FE CHARGE AT BOOKING          -24.19     0.00     5.81    0.00    07/11/2017
07/11/2017  PROCESSING  CHARGE AT BOOKING           30.00    24.19    30.00    0.00    07/11/2017
07/11/2017  BOND CASH   INITIAL DEPOSIT             24.19    24.19     0.00    0.00    07/11/2017
```

*[Signature]*

STATE OF COLORADO
COUNTY OF ADAMS
Subscribed and sworn before me
this 13 day of December, 2017
Notary Public *[signature]*

SHANNA STOGSDILL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174033331
MY COMMISSION EXPIRES AUGUST 8, 2021

Page 1





United States District Court
Shaya A. Arraj Courthouse
Case # 17-CV-02764-GPG
901 19th St. Room A105
Denver, CO 80294-3589



ADAMS COUNTY SHERIFF'S OFFICE
150 N. 19th Avenue, Brighton, CO 80601