OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FIRST-CLASS MAIL
$00.67⁰
neopost
12/12/2017
US POSTAGE
ZIP 80294
041L11245087

DENVER CO 802
12 DEC 17
PM 4 L

Tywaun Deeds
#177903
Park County Detention
Fairplay, CO

NIXIE  XXX  DE 1
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

17-cv-2764-GPG

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2017

JEFFREY P. COLWELL
CLERK

Docs. 7-8