OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FILED**
DEC 26 2017
JEFFREY P. COLWELL
CLERK

OFFICIAL BUSINESS

17-cv-2764 GPG
#7
**Refused**

FIRST-CLASS MAIL
neopost
12/12/2017
US POSTAGE $00.67⁰
ZIP 80294
041L11245087

DENVER CO 802
12 DEC '17
PM 0 L

Gregory Meister
#177650
Park County Det[ention]
P.O. Box 965
Fairplay, CO 8[0440]

RECEIVED
DEC 14 20[17]
PARK COUNTY S[HERIFF]

NIXIE          808    DE 1          0012/26/17

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 80294250099          *1920-02644-12-44

REF
80440829455500