OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 26 2017

JEFFREY P. COLWELL
CLERK

neopost
12/12/2017
US POSTAGE $00.67⁰

FIRST-CLASS MAIL
ZIP 80294
041L11245087

RECEIVED
DEC 14 2017
PARK COUNTY SHERI[FF]

Jorge Lopez, II
#177833
Park County Detention F[acility]
P.O. Box 965
Fairplay, CO 804.0

Refused

17-cv-2764 GAG #7

NIXIE   565   DE  1        12/20/17

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 80294250099      *1920-02439-12-44

REF B0440-09552556