OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO 802
12 DEC 2017

Chad Fast
#1777898
Park County Detention Facility
P.O. Box 965
Fairplay, CO 80440

FIRST-CLASS MAIL
neopost
12/12/2017
US POSTAGE $00.67⁰
ZIP 80294
041L11245087

Refused
AW

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 26 2017

JEFFREY P. COLWELL
CLERK

17-cv-2764 GPG #7

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 80294250099 *1736-03823-12-44