OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT

ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

neopost
12/12/2017
US POSTAGE $00.67⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

RECEIVED

DEC 18

PARK COUNTY

Shawn Kuhn
#111330
Park County Detention Facility
P.O. Box 965
Fairplay, CO 80440

Refused FILL

UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 6 2017

JEFFREY P. COLWELL CLERK
17-cv-2764 GPG #7

NIXIE        805  D2  1        0012/21/17

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 80294256099        *2520-00525-22-45