OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FIRST-CLASS MAIL
neopost
12/12/2017
US POSTAGE $00.67⁰
ZIP 80294
041L11245087

RECEIVED
DEC 18 2017
PARK COUNTY SHERIFF'S

Richard Zarata
#177850
Park County Detention Facility
P.O. Box 965
Fairplay, CO 80440

Refused

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 26 2017
JEFFREY P. COLWELL
CLERK

NIXIE     808   DE  1        0012/21/17
            RETURN TO SENDER
               REFUSED
         UNABLE TO FORWARD

BC: 80294256099        *2526-26869-12-44*

17-CV-2764 GC6 #7