**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

Refused

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 06 2017

JEFFREY P. COLWELL
CLERK

17-cv-2764 GPG Lot #7

neopost
12/12/2017
US POSTAGE $00.67⁰
FIRST-CLASS MAIL
ZIP 80294
041L11245087

Trevion McKenzi
#144165
Park County Det...
P.O. Box 965
Fairplay, CO 804 0

PARK COUNTY SHERIFF
RECEIVED
DEC 18 2017

NIXIE    808   DE 1        0012/21/17
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD