OFFICE OF THE CLERK,
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

neopost
12/12/2017
US POSTAGE

FIRST-CLASS MAIL
$00.67°

ZIP 80294
041L11245087

RECEIVED

DEC 1 8 2017

PARK COUNTY SHERIFF

Jason Bamaca
#177281
Park County Detention
P.O. Box 965
Fairplay, CO 80440

Refused

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 6 2017

JEFFREY P. COLWELL
CLERK

17-cv-2764 6P6

NIXIE       808   D2 1       8 0012/21/17

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 80294256699       *2528-08476-12-45

REF: 80440296558
80294>2500