December 20, 2017

United States District Court
Alfred A. Arraj Courthouse
901 - 19th Street                    Room A105
Denver, Colorado                     80294-3589


Jerry E Hegwood                      Doc. #111735
Park County Jail
PO Box 965
Fairplay, Colorado                   80440

Re: Case No 1:17 cv 02764 - GPG

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 2 6 2017
JEFFREY P. COLWELL
CLERK

This letter is to inform the courts that dispite multiple attempts to obtain copies of our inmate acount statements from both, the Park County and CDOC the Plaintiffs have been denied by both the Park County Jail and the CDOC case manager. Only two Plaintiffs were able to obtain their account ballance from PCJ and the rest were denied.

Sincerely,
Jerry Hegwood

Date : 12/10/2017
Time : 23:11

## Account Activity Ledger
From: 10/31/2017 To: 12/10/2017

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 0026617 | Name STEVENS, MICHAEL JON | | | Block | | | Previous Balance | | 0.00 |
| Initial Entry | 10/31/2017 | 01:02 | B#62908 | 194344 | D | | 0.00 | | 0.00 |
| | 11/02/2017 | 13:45 | B#62998 | 194710 | D | | 5.98 | | 5.98 |
| Sales Transaction | 11/02/2017 | 19:20 | I#42664 | | I | 2.00 | | | 3.98 |
| Sales Transaction | 11/03/2017 | 13:30 | I#42721 | | I | 1.00 | | | 2.98 |
| Sales Transaction | 11/03/2017 | 13:31 | I#42722 | | I | 1.00 | | | 1.98 |
| Sales Transaction | 11/05/2017 | 17:21 | I#42785 | | I | 1.00 | | | 0.98 |
| Sales Transaction | 11/06/2017 | 05:14 | I#42878 | | I | 0.81 | | | 0.17 |
| Mail paks | 11/06/2017 | 20:10 | B#63128 | 194977 | W | | | -0.17 | 0.00 |
| | 11/15/2017 | 12:06 | B#63387 | 195734 | D | | 22.12 | | 22.12 |
| Mail paks | 11/15/2017 | 12:06 | B#63387 | 195735 | W | | | -1.68 | 20.44 |
| Mail paks | 11/15/2017 | 12:06 | B#63387 | 195737 | W | | | -1.85 | 18.59 |
| Sales Transaction | 11/20/2017 | 05:35 | I#43315 | | I | 18.57 | | | 0.02 |
| Payroll | 11/22/2017 | 15:41 | B#63559 | 196412 | D | | 7.04 | | 7.06 |
| TOILET PAPER | 11/23/2017 | 06:31 | B#63564 | 196625 | W | | | -0.50 | 6.56 |
| Sales Transaction | 11/27/2017 | 05:24 | I#43532 | | I | 6.50 | | | 0.06 |
| Payroll | 11/29/2017 | 16:26 | B#63705 | 197044 | D | | 2.24 | | 2.30 |
| Sales Transaction | 11/29/2017 | 16:42 | I#43653 | | I | 1.00 | | | 1.30 |
| Sales Transaction | 12/04/2017 | 05:19 | I#43778 | | I | 1.19 | | | 0.11 |
| Mail paks | 12/04/2017 | 19:11 | B#63841 | 198293 | W | | | -0.11 | 0.00 |
| Payroll | 12/06/2017 | 16:13 | B#63921 | 198632 | D | | 2.24 | | 2.24 |
| Mail paks | 12/06/2017 | 16:13 | B#63921 | 198633 | W | | | -1.74 | 0.50 |

| | | | | |
|---|---|---|---|---|
| Deposits | 6 | For $ | 39.62 | |
| Withdraws | 6 | For $ | -6.05 | |
| Invoices | 9 | For $ | 33.07 | |
| Savings Balance | | $ | 0.00 | |
| Bond Balance | | $ | 0.00 | |

*Park County Jail would not certify this*

Date : 12/06/2017
Time : 15:53

## Account Activity Ledger

From: 06/01/2017 To: 12/06/2017

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 13975 | Name WILKES, RANDY SHAYE | | | Block PODA | | | Previous Balance | | 0.00 |
| | 06/20/2017 | 01:19 | B#176171 | 609218 | D | | 289.00 | | 289.00 |
| Booking Fee | 06/20/2017 | 01:19 | B#176171 | 609219 | W | | | -30.00 | 259.00 |
| Nurse Visit | 06/22/2017 | 16:29 | B#176304 | 609577 | W | | | -8.00 | 251.00 |
| OTC/Meds | 06/22/2017 | 16:29 | B#176305 | 609581 | W | | | -6.00 | 245.00 |
| Calling Card | 06/23/2017 | 01:11 | B#176324 | 609637 | W | | | -20.00 | 225.00 |
| Sales Transaction | 06/23/2017 | 06:59 | I#36644 | | I | 21.43 | | | 203.57 |
| Sales Transaction | 06/27/2017 | 04:31 | I#36655 | | I | 22.62 | | | 180.95 |
| Sales Transaction | 06/27/2017 | 05:42 | I#36675 | | I | 49.38 | | | 131.57 |
| Sales Transaction | 06/30/2017 | 05:18 | I#36732 | | C | -4.26 | | | 135.83 |
| Sales Transaction | 06/30/2017 | 05:58 | I#36738 | | V | 24.53 | | | 111.30 |
| Alejndra Martinez | 06/30/2017 | 11:27 | B#176641 | 610570 | D | | 30.00 | | 141.30 |
| Calling Card | 06/30/2017 | 12:37 | B#176649 | 610587 | W | | | -20.00 | 121.30 |
| Welcome Pack Fee | 07/01/2017 | 21:54 | B#176780 | 611005 | W | | | -5.50 | 115.80 |
| Bond Fee | 07/01/2017 | 21:55 | B#176781 | 611009 | W | | | -10.00 | 105.80 |
| Released 07/01/2017 | 07/01/2017 | 21:58 | B#176782 | 611011 | W | | | -105.80 | 0.00 |
| Sales Transaction | 07/02/2017 | 07:57 | I#36742 | | V | -24.53 | | | 24.53 |
| Booking Fee | 09/18/2017 | 14:45 | B#180473 | 621603 | W | | | -24.53 | 0.00 |
| Randy Wilkes | 09/18/2017 | 14:45 | B#180474 | 621606 | D | | 330.00 | | 330.00 |
| Booking Fee | 09/18/2017 | 14:45 | B#180474 | 621607 | W | | | -5.47 | 324.53 |
| From: Stevie Taylor | 09/19/2017 | 17:46 | B#180533 | 621754 | D | | 40.00 | | 364.53 |
| Welcome Pack Fee | 09/19/2017 | 18:26 | B#180536 | 621763 | W | | | -5.50 | 359.03 |
| Sales Transaction | 09/26/2017 | 05:20 | I#37686 | | I | 39.16 | | | 319.87 |
| Released 09/28/2017 | 09/28/2017 | 02:54 | B#180883 | 622835 | W | | | -319.87 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| Deposits | 4 | For $ | 689.00 |
| Withdraws | 12 | For $ | -560.67 |
| Invoices | 7 | For $ | 128.33 |
| Savings Balance | | $ | 0.00 |
| Bond Balance | | $ | 0.00 |

**Colorado Department Of Corrections**
Name: Jerry Hegwood
Register Number: 111735
Unit: Park County Jail
Box Number: 965
City, State, Zip: Fairplay Colorado 80440

United States District Court
Alfred A. Arraj Court House
901 - 19th Street
Room A105
Denver Colorado 80294-3589

80294-250151

* Legal mail *