

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 27 2017

JEFFREY P. COLWELL
CLERK

17-cv-2764 GPG #11

Refused

:Joseph McEntee
#177649
Park County D[etention]
P.O. Box 965
Fairplay, CO 8[0440]

DENVER CO 800
15 DEC 2017 PM 4 L
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
12/15/2017
US POSTAGE $00.46⁰
FIRST-CLASS MAIL
ZIP 80294
041L11245087

NIXIE       808    DE   1       0012/23/17
        RETURN TO SENDER
        REFUSED
        UNABLE TO FORWARD

BC: 80294250099    *1320-05950-15-40

RECEIVED
DEC 19 2017
PARK COUNTY SHERIFF'S OFFICE

REF
8029425009v