

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 29 2017

JEFFREY P. COLWELL
CLERK

Refused

17-cv-2764 GPG #12

Anthony Perez
#177849
Park County De[tention]
P.O. Box 965
Fairplay, CO 80[440]

NIXIE    808   D2  1         0012/27/17

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

RECEIVED
DEC 21 2017
PARK COUNTY

neopost
12/18/2017
US POSTAGE $00.46⁰
ZIP 80294
041L11245087

PRESENCE OF THE
INMATE

OPEN ONLY IN THE
SPECIAL MAIL

