FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 02 2018
JEFFREY P. COLWELL
CLERK

12/26/17

Clerk of the Court,

    I have been moved to a new facility and was told to supply you with account information. Park County was not answering my kites. Here is a DOC updated account print out, there is no record of me ever being there.

Case # 1:17-cv-02764-GPG

Please send me a letter stating any other steps I need to take. Thank You.

Richard A. Zarate

R Zarate

COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**Statement of Account Activity**

Period: 09/01/2017 - 12/21/2017
Printed: 12/21/2017

Name: ZARATE, RICHARD A
Number: 177850
Location: BENT CNTY - BENT/UNIT5

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 09/01/17 00:00 | Beginning Balance | | 0.00 | 0.00 | | | 0.00 | 0.00 | |
| 09/26/17 12:44 | INTAKE - CREDIT | 0.17 | 0.17 | 0.17 | | | 0.00 | 0.17 | DU |
| 12/17/17 23:35 | JPAY CREDIT | 50.00 | 50.17 | 50.17 | MANDATORY | 10.00 | 10.00 | 40.17 | BF |
| 12/20/17 09:31 | INTAKE - CREDIT BCCF | 5.15 | 55.32 | 55.32 | MANDATORY | 1.03 | 11.03 | 44.29 | BF |
| 12/21/17 23:58 | Ending Balance | | 55.32 | 55.32 | | | 11.03 | 44.29 | |

Total Deposits: 55.32
Total Withdrawals: 0.00

Account Information as of 12/21/2017 9:11AM

| Status: ACTIVE | Current Balance: 55.32 | Total Money In Hold: $0.00 |
|---|---|---|
| | Total Reserved/Encumbered: $11.03 | Available Balance $44.29 |

**Statement Information**

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

NOTICE: This statement may not include most recent Withdrawals or Deposits.

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Richard A Zarate     DATE: 12/19/17   HOUSING: B-12

REQUEST: Please provide me a copy of my year to date inmate account

OFFICER REPLYING: _____   DATE: _____

RESPONSE:

Distribution: White - File   Yellow - Return to inmate with answer   Pink - Inmate

5539(9/99)

**Colorado Department Of Corrections**

Name: Richard H. Zarate
Register Number: 177850
Unit: 5G-211T
Box Number: 11560 CR FF 75
City, State, Zip: Los Animas, CO 81054

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Alfred A. Arraj Courthouse
901-19th St. Room A105
Denver, Colorado, 80294-3589

Legal Mail

Legal Mail

BCF   12-27-12
FACILITY   DATE REC'D
Bernstrauch 381095 CB
DOC EMPLOYEE LAST NAME   ID #   INT
177850   Zarate
DOC #   OFFENDER LAST NAME

Legal Mail