OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, CO
JAN 03 2018
JEFFREY P. COLWELL
CLERK

Refused

Anthony Perez
#177849
Park County Detention Facility
P.O. Box 965
Fairplay, CO 80440

FIRST-CLASS MAIL
neopost
12/12/2017
US POSTAGE $00.67⁰
ZIP 80294
041L11245087

RECEIVED
DEC 18
PARK COUNTY

NIXIE

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD