FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 05 2018
JEFFREY P. COLWELL
CLERK



**RESIDENT TRANSACTION REPORT**

EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:03
ST 39 | OPR 13029

Inmate ID No : 0225049
Resident Name : SANCHEZ, GABRIEL
Time Frame : 04/17/2017 - 10/17/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 05/04/2017 | 08:01 | Intake | 1 | XML | A190351 | $0.00 |
| 05/04/2017 | 08:01 | Perm ID | 1 | XML | A190352 | $0.00 |
| 05/04/2017 | 08:01 | Receivable Charge | 1 | XML | A190353 | $30.00 |
| 05/04/2017 | 08:15 | Receivable Charge | 23 | 07052 | W1331 | $22.00 |
| 05/04/2017 | 08:22 | Local Cashier-Cash | 12 | cobra | L6254 | $184.00 |
| 05/04/2017 | 08:22 | Rec Payment | 12 | cobra | L6255 | $52.00 |
| 05/04/2017 | 19:52 | Order | 95 | dpd | CQ1921 | $14.73 |
| 05/05/2017 | 00:52 | Receivable Charge | 1 | cobra | A190646 | $22.00 |
| 05/05/2017 | 00:52 | Rec Payment | 1 | cobra | A190646 | $22.00 |
| 05/06/2017 | 00:52 | Receivable Charge | 1 | cobra | A190986 | $22.00 |
| 05/06/2017 | 00:52 | Rec Payment | 1 | cobra | A190986 | $22.00 |
| 05/07/2017 | 00:52 | Receivable Charge | 1 | cobra | A191309 | $22.00 |
| 05/07/2017 | 00:52 | Rec Payment | 1 | cobra | A191309 | $22.00 |
| 05/07/2017 | 12:52 | Order | 106 | dpd | DB7470 | $19.61 |
| 05/08/2017 | 00:51 | Receivable Charge | 1 | cobra | A191609 | $22.00 |
| 05/08/2017 | 00:51 | Rec Payment | 1 | cobra | A191609 | $22.00 |
| 05/09/2017 | 00:52 | Receivable Charge | 1 | cobra | A192065 | $22.00 |
| 05/09/2017 | 00:52 | Rec Payment | 1 | cobra | A192065 | $9.66 |
| 05/09/2017 | 04:49 | Local Cashier-Cash | 12 | cobra | L6431 | $721.25 |
| 05/09/2017 | 04:49 | Rec Payment | 12 | cobra | L6432 | $12.34 |
| 05/09/2017 | 16:15 | Order | 134 | cobra | ED1792 | $55.10 |
| 05/10/2017 | 16:01 | Order | 134 | cobra | ED1803 | $20.00 |
| 05/10/2017 | 17:57 | Receivable Charge | 42 | 16111 | AP19003 | $1.00 |
| 05/10/2017 | 17:57 | Rec Payment | 42 | 16111 | AP19003 | $1.00 |
| 05/10/2017 | 17:59 | Withdrawal | 42 | 16111 | AP19004 | $500.00 |
| 05/11/2017 | 13:32 | Order | 107 | dpd | DC1553 | $34.53 |
| 05/11/2017 | 16:38 | Order | 139 | cobra | EI7505 | $15.00 |
| 05/12/2017 | 12:13 | Order | 139 | cobra | EI7528 | $15.00 |
| 05/13/2017 | 15:43 | Order | 139 | cobra | EI7566 | $15.00 |
| 05/13/2017 | 20:36 | Order | 139 | cobra | EI7585 | $15.00 |
| 05/14/2017 | 13:24 | Order | 139 | cobra | EI7611 | $15.00 |
| 05/14/2017 | 18:36 | Order | 139 | cobra | EI7620 | $15.00 |
| 05/15/2017 | 18:12 | Local Cashier-Cash | 156 | cobra | EZ6860 | $200.00 |
| 05/15/2017 | 19:58 | Order | 139 | cobra | EI7663 | $8.00 |
| 05/16/2017 | 10:01 | Order | 106 | dpd | DB7858 | $36.61 |
| 05/16/2017 | 17:25 | Order | 139 | cobra | EI7710 | $13.00 |
| 05/17/2017 | 08:23 | Order | 139 | cobra | EI7732 | $5.00 |

**RESIDENT TRANSACTION REPORT**



EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:03
ST 39 | OPR 13029

Inmate ID No : 0225049
Resident Name : SANCHEZ, GABRIEL
Time Frame : 04/17/2017 - 10/17/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 05/17/2017 | 11:51 | Order | 139 | cobra | EI7739 | $39.50 |
| 05/17/2017 | 11:54 | Order | 139 | cobra | EI7740 | $2.60 |
| 05/17/2017 | 17:51 | Order | 139 | cobra | EI7758 | $2.98 |
| 05/17/2017 | 20:30 | Order | 139 | cobra | EI7773 | $5.00 |
| 05/18/2017 | 13:31 | Order | 139 | cobra | EI7788 | $5.00 |
| 05/19/2017 | 11:44 | Order | 139 | cobra | EI7825 | $3.00 |
| 05/19/2017 | 12:11 | Order | 139 | cobra | EI7827 | $2.00 |
| 05/19/2017 | 20:43 | Order | 139 | cobra | EI7861 | $3.00 |
| 05/20/2017 | 11:48 | Order | 139 | cobra | EI7876 | $4.00 |
| 05/21/2017 | 10:51 | Order | 139 | cobra | EI7933 | $5.00 |
| 05/21/2017 | 20:37 | Order | 139 | cobra | EI7977 | $1.00 |
| 05/21/2017 | 20:57 | Order | 139 | cobra | EI7979 | $1.00 |
| 05/22/2017 | 11:32 | Order | 139 | cobra | EI7989 | $1.00 |
| 05/22/2017 | 11:49 | Order | 139 | cobra | EI7992 | $1.00 |
| 05/22/2017 | 15:17 | Order | 139 | cobra | EI7998 | $1.00 |
| 05/22/2017 | 18:17 | Order | 139 | cobra | EI8013 | $1.00 |
| 05/22/2017 | 18:25 | Order | 139 | cobra | EI8014 | $1.00 |
| 05/22/2017 | 18:40 | Order | 139 | cobra | EI8018 | $1.00 |
| 05/22/2017 | 18:48 | Order | 139 | cobra | EI8019 | $3.00 |
| 05/22/2017 | 20:45 | Order | 139 | cobra | EI8042 | $3.00 |
| 05/23/2017 | 10:15 | Order | 106 | dpd | DB8121 | $22.98 |
| 05/23/2017 | 10:16 | Order | 106 | dpd | DB8122 | $4.53 |
| 05/23/2017 | 10:46 | Order | 139 | cobra | EI8052 | $1.00 |
| 05/23/2017 | 15:47 | Order | 139 | cobra | EI8065 | $4.00 |
| 05/23/2017 | 20:47 | Order | 139 | cobra | EI8106 | $3.00 |
| 05/24/2017 | 09:12 | Order | 139 | cobra | EI8114 | $3.00 |
| 05/24/2017 | 12:24 | Order | 139 | cobra | EI8130 | $2.00 |
| 05/24/2017 | 15:35 | Order | 139 | cobra | EI8136 | $4.00 |
| 05/24/2017 | 19:09 | Local Cashier-Cash | 156 | cobra | EZ7260 | $100.00 |
| 05/24/2017 | 19:33 | Order | 139 | cobra | EI8153 | $89.87 |
| 05/25/2017 | 13:55 | Order | 139 | cobra | EI8190 | $1.00 |
| 05/25/2017 | 15:47 | Order | 139 | cobra | EI8196 | $3.00 |
| 05/25/2017 | 17:02 | Order | 139 | cobra | EI8199 | $1.00 |
| 05/25/2017 | 18:57 | Order | 139 | cobra | EI8207 | $2.00 |
| 05/25/2017 | 20:38 | Order | 139 | cobra | EI8216 | $5.00 |
| 05/26/2017 | 12:57 | Credit | 104 | dpd | CZ4736 | $11.37 |
| 05/26/2017 | 17:06 | Order | 139 | cobra | EI8236 | $3.00 |

**RESIDENT TRANSACTION REPORT**

EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:03
ST 39 | OPR 13029

Inmate ID No : 0225049
Resident Name : SANCHEZ, GABRIEL
Time Frame : 04/17/2017 - 10/17/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 05/26/2017 | 18:27 | Order | 139 | cobra | EI8239 | $3.00 |
| 05/26/2017 | 20:42 | Order | 139 | cobra | EI8255 | $5.00 |
| 05/27/2017 | 16:49 | Order | 139 | cobra | EI8269 | $5.00 |
| 05/27/2017 | 19:16 | Order | 139 | cobra | EI8282 | $3.00 |
| 05/28/2017 | 09:24 | Order | 139 | cobra | EI8294 | $2.00 |
| 05/28/2017 | 11:11 | Order | 139 | cobra | EI8300 | $3.00 |
| 05/28/2017 | 16:40 | Local Cashier-Cash | 156 | cobra | EZ7397 | $40.00 |
| 05/28/2017 | 17:19 | Order | 139 | cobra | EI8312 | $5.00 |
| 05/28/2017 | 18:12 | Order | 139 | cobra | EI8316 | $5.00 |
| 05/28/2017 | 20:28 | Order | 139 | cobra | EI8322 | $2.00 |
| 05/29/2017 | 09:42 | Order | 139 | cobra | EI8326 | $5.00 |
| 05/29/2017 | 10:31 | Order | 139 | cobra | EI8329 | $3.00 |
| 05/29/2017 | 11:01 | Order | 139 | cobra | EI8331 | $2.00 |
| 05/29/2017 | 12:48 | Order | 139 | cobra | EI8335 | $3.00 |
| 05/29/2017 | 20:16 | Order | 139 | cobra | EI8387 | $3.00 |
| 05/29/2017 | 20:54 | Local Cashier-Cash | 14 | cobra | N6113 | $100.00 |
| 05/30/2017 | 09:27 | Order | 106 | dpd | DB8388 | $34.29 |
| 05/30/2017 | 09:44 | Order | 106 | dpd | DB8406 | $7.88 |
| 05/30/2017 | 10:15 | Order | 139 | cobra | EI8402 | $5.00 |
| 05/30/2017 | 13:52 | Order | 139 | cobra | EI8410 | $3.00 |
| 05/30/2017 | 17:10 | Order | 139 | cobra | EI8420 | $2.00 |
| 05/30/2017 | 19:20 | Order | 139 | cobra | EI8433 | $3.00 |
| 05/30/2017 | 19:54 | Order | 139 | cobra | EI8438 | $2.00 |
| 05/31/2017 | 10:37 | Order | 139 | cobra | EI8463 | $3.00 |
| 05/31/2017 | 12:04 | Order | 139 | cobra | EI8471 | $3.00 |
| 05/31/2017 | 15:10 | Order | 139 | cobra | EI8486 | $3.00 |
| 05/31/2017 | 18:03 | Local Cashier-Cash | 156 | cobra | EZ7556 | $50.00 |
| 05/31/2017 | 20:05 | Order | 139 | cobra | EI8524 | $5.00 |
| 05/31/2017 | 21:39 | Order | 139 | cobra | EI8532 | $63.06 |
| 06/01/2017 | 13:07 | Order | 139 | cobra | EI8540 | $3.00 |
| 06/01/2017 | 20:29 | Order | 139 | cobra | EI8576 | $2.00 |
| 06/02/2017 | 08:54 | Order | 139 | cobra | EI8579 | $3.00 |
| 06/02/2017 | 12:06 | Order | 139 | cobra | EI8586 | $2.00 |
| 06/02/2017 | 20:29 | Order | 139 | cobra | EI8622 | $2.00 |
| 06/03/2017 | 16:09 | Order | 139 | cobra | EI8650 | $3.00 |
| 06/04/2017 | 10:08 | Order | 149 | cobra | ES3342 | $3.00 |
| 06/04/2017 | 17:00 | Order | 149 | cobra | ES3348 | $2.00 |

**RESIDENT TRANSACTION REPORT**



EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:03
ST 39 | OPR 13029

Inmate ID No : 0225049
Resident Name : SANCHEZ, GABRIEL
Time Frame : 04/17/2017 - 10/17/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 06/04/2017 | 18:02 | Order | 149 | cobra | ES3352 | $2.00 |
| 06/04/2017 | 20:41 | Order | 149 | cobra | ES3358 | $2.00 |
| 06/05/2017 | 09:57 | Order | 149 | cobra | ES3365 | $2.00 |
| 06/05/2017 | 19:22 | Order | 149 | cobra | ES3382 | $2.00 |
| 06/07/2017 | 16:37 | Local Cashier-Cash | 156 | cobra | EZ7858 | $100.00 |
| 06/07/2017 | 18:21 | Order | 149 | cobra | ES3419 | $49.46 |
| 06/07/2017 | 18:29 | Order | 149 | cobra | ES3421 | $10.45 |
| 06/07/2017 | 20:36 | Order | 149 | cobra | ES3433 | $5.00 |
| 06/07/2017 | 21:00 | Order | 149 | cobra | ES3437 | $3.09 |
| 06/10/2017 | 07:49 | Order | 149 | cobra | ES3467 | $2.00 |
| 06/10/2017 | 16:20 | Order | 149 | cobra | ES3485 | $3.00 |
| 06/11/2017 | 20:34 | Order | 149 | cobra | ES3517 | $4.00 |
| 06/11/2017 | 20:55 | Order | 149 | cobra | ES3523 | $2.00 |
| 06/12/2017 | 18:45 | Order | 149 | cobra | ES3533 | $3.00 |
| 06/12/2017 | 20:02 | Order | 149 | cobra | ES3538 | $3.00 |
| 06/13/2017 | 17:31 | Order | 149 | cobra | ES3559 | $4.00 |
| 06/13/2017 | 19:32 | Order | 149 | cobra | ES3569 | $3.00 |
| 06/13/2017 | 19:40 | Order | 149 | cobra | ES3571 | $3.00 |
| 06/13/2017 | 20:22 | Order | 149 | cobra | ES3575 | $2.00 |
| 06/14/2017 | 15:04 | Order | 149 | cobra | ES3586 | $1.00 |
| 06/14/2017 | 15:11 | Order | 149 | cobra | ES3587 | $1.00 |
| 06/14/2017 | 18:20 | Order | 149 | cobra | ES3589 | $1.00 |
| 06/14/2017 | 20:08 | Local Cashier-Cash | 156 | cobra | EZ8148 | $100.00 |
| 06/14/2017 | 20:50 | Order | 149 | cobra | ES3596 | $62.28 |
| 06/15/2017 | 15:54 | Order | 149 | cobra | ES3611 | $5.00 |
| 06/16/2017 | 06:29 | Order | 106 | dpd | DB9072 | $1.50 |
| 06/16/2017 | 18:08 | Order | 149 | cobra | ES3634 | $2.00 |
| 06/16/2017 | 18:22 | Order | 149 | cobra | ES3636 | $2.00 |
| 06/16/2017 | 20:11 | Order | 149 | cobra | ES3642 | $1.00 |
| 06/17/2017 | 11:50 | Order | 149 | cobra | ES3653 | $2.00 |
| 06/17/2017 | 19:43 | Order | 149 | cobra | ES3665 | $2.00 |
| 06/18/2017 | 12:46 | Order | 149 | cobra | ES3681 | $2.00 |
| 06/18/2017 | 20:40 | Order | 149 | cobra | ES3694 | $2.00 |
| 06/19/2017 | 10:02 | Order | 149 | cobra | ES3697 | $1.00 |
| 06/19/2017 | 13:51 | Order | 149 | cobra | ES3701 | $2.00 |
| 06/20/2017 | 09:08 | Order | 149 | cobra | ES3716 | $2.00 |
| 06/20/2017 | 20:44 | Order | 149 | cobra | ES3737 | $2.00 |

**RESIDENT TRANSACTION REPORT**



EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:03
ST 39 | OPR 13029

Inmate ID No : 0225049
Resident Name : SANCHEZ, GABRIEL
Time Frame : 04/17/2017 - 10/17/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 06/21/2017 | 17:44 | Local Cashier-Cash | 10 | cobra | J12274 | $45.00 |
| 06/21/2017 | 19:15 | Order | 149 | cobra | ES3768 | $44.46 |
| 06/21/2017 | 19:16 | Order | 149 | cobra | ES3769 | $3.00 |
| 06/21/2017 | 20:03 | Order | 149 | cobra | ES3772 | $3.96 |
| 06/22/2017 | 12:20 | Order | 149 | cobra | ES3782 | $1.00 |
| 06/22/2017 | 17:44 | Order | 149 | cobra | ES3788 | $2.00 |
| 06/22/2017 | 18:12 | Local Cashier-Cash | 14 | cobra | N6716 | $100.00 |
| 06/22/2017 | 20:54 | Order | 149 | cobra | ES3796 | $2.00 |
| 06/23/2017 | 06:16 | Order | 106 | dpd | DB9400 | $11.39 |
| 06/23/2017 | 11:58 | Order | 149 | cobra | ES3806 | $2.00 |
| 06/23/2017 | 15:36 | Order | 149 | cobra | ES3809 | $1.00 |
| 06/24/2017 | 09:15 | Order | 149 | cobra | ES3837 | $2.00 |
| 06/24/2017 | 18:11 | Order | 149 | cobra | ES3854 | $1.00 |
| 06/24/2017 | 20:32 | Order | 149 | cobra | ES3865 | $1.00 |
| 06/24/2017 | 20:42 | Order | 149 | cobra | ES3867 | $2.00 |
| 06/25/2017 | 17:18 | Order | 149 | cobra | ES3877 | $3.00 |
| 06/26/2017 | 10:06 | Order | 149 | cobra | ES3897 | $2.00 |
| 06/26/2017 | 18:19 | Order | 149 | cobra | ES3913 | $2.00 |
| 06/27/2017 | 10:52 | Order | 149 | cobra | ES3937 | $1.00 |
| 06/27/2017 | 12:07 | Order | 149 | cobra | ES3940 | $2.00 |
| 06/27/2017 | 12:37 | Order | 149 | cobra | ES3941 | $1.00 |
| 06/27/2017 | 15:18 | Order | 149 | cobra | ES3944 | $47.04 |
| 06/27/2017 | 17:20 | Order | 149 | cobra | ES3951 | $3.00 |
| 06/28/2017 | 17:26 | Order | 149 | cobra | ES3989 | $2.00 |
| 06/28/2017 | 19:08 | Order | 149 | cobra | ES3995 | $5.59 |
| 06/28/2017 | 19:16 | Order | 149 | cobra | ES3996 | $3.00 |
| 06/28/2017 | 21:10 | Order | 149 | cobra | ES4014 | $1.74 |
| 06/29/2017 | 16:38 | Order | 149 | cobra | ES4025 | $2.00 |
| 06/29/2017 | 19:22 | Order | 149 | cobra | ES4029 | $2.00 |
| 06/29/2017 | 20:03 | Local Cashier-Cash | 156 | cobra | EZ8732 | $50.00 |
| 06/29/2017 | 20:36 | Order | 149 | cobra | ES4031 | $2.00 |
| 06/30/2017 | 20:59 | Order | 149 | cobra | ES4045 | $2.00 |
| 07/01/2017 | 20:19 | Order | 149 | cobra | ES4066 | $3.00 |
| 07/02/2017 | 09:00 | Order | 149 | cobra | ES4071 | $3.00 |
| 07/02/2017 | 15:32 | Order | 149 | cobra | ES4086 | $3.00 |
| 07/03/2017 | 20:37 | Order | 149 | cobra | ES4135 | $2.00 |
| 07/04/2017 | 10:22 | Order | 149 | cobra | ES4144 | $3.00 |

**RESIDENT TRANSACTION REPORT**



EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:03
ST 39 | OPR 13029

Inmate ID No : 0225049
Resident Name : SANCHEZ, GABRIEL
Time Frame : 04/17/2017 - 10/17/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 07/04/2017 | 13:59 | Order | 149 | cobra | ES4162 | $2.00 |
| 07/04/2017 | 20:29 | Order | 149 | cobra | ES4173 | $4.00 |
| 07/05/2017 | 11:40 | Order | 149 | cobra | ES4202 | $3.00 |
| 07/05/2017 | 18:39 | Local Cashier-Cash | 10 | cobra | J12796 | $15.00 |
| 07/05/2017 | 19:12 | Order | 149 | cobra | ES4210 | $1.00 |
| 07/05/2017 | 21:13 | Order | 149 | cobra | ES4224 | $20.73 |
| 07/06/2017 | 09:18 | Order | 149 | cobra | ES4235 | $18.00 |
| 07/10/2017 | 01:38 | Phone Refund | 1 | cobra | A213502 | $3.37 |
| 07/10/2017 | 01:38 | Close | 20 | 13155 | T7624 | $4.03 |
| 07/27/2017 | 16:28 | Reopen | 1 | XML | A219820 | $0.00 |
| 07/27/2017 | 16:28 | Receivable Charge | 1 | XML | A219821 | $30.00 |
| 07/27/2017 | 17:58 | Local Cashier-Cash | 12 | cobra | L8630 | $200.00 |
| 07/27/2017 | 17:58 | Rec Payment | 12 | cobra | L8631 | $30.00 |
| 07/28/2017 | 18:36 | Order | 141 | cobra | EK9318 | $4.00 |
| 07/29/2017 | 11:28 | Order | 141 | cobra | EK9340 | $3.00 |
| 07/29/2017 | 20:21 | Order | 141 | cobra | EK9369 | $3.00 |
| 07/30/2017 | 15:48 | Order | 141 | cobra | EK9385 | $3.00 |
| 07/30/2017 | 16:10 | Order | 141 | cobra | EK9387 | $3.00 |
| 07/31/2017 | 10:26 | Order | 141 | cobra | EK9422 | $3.00 |
| 07/31/2017 | 17:39 | Order | 141 | cobra | EK9452 | $3.00 |
| 07/31/2017 | 18:10 | Local Cashier-Cash | 14 | cobra | N7744 | $100.00 |
| 07/31/2017 | 19:42 | Order | 141 | cobra | EK9467 | $103.76 |
| 07/31/2017 | 20:29 | Order | 141 | cobra | EK9473 | $4.00 |
| 08/01/2017 | 08:49 | Order | 95 | dpd | CQ2397 | $32.22 |
| 08/01/2017 | 12:01 | Order | 141 | cobra | EK9494 | $3.00 |
| 08/01/2017 | 12:36 | Order | 141 | cobra | EK9498 | $3.00 |
| 08/01/2017 | 20:34 | Order | 141 | cobra | EK9542 | $4.00 |
| 08/02/2017 | 10:46 | Order | 141 | cobra | EK9558 | $5.59 |
| 08/02/2017 | 10:56 | Order | 141 | cobra | EK9559 | $3.99 |
| 08/02/2017 | 16:51 | Order | 141 | cobra | EK9585 | $3.00 |
| 08/02/2017 | 20:23 | Order | 141 | cobra | EK9617 | $3.00 |
| 08/03/2017 | 18:21 | Order | 141 | cobra | EK9655 | $2.00 |
| 08/03/2017 | 18:32 | Order | 141 | cobra | EK9656 | $4.00 |
| 08/03/2017 | 20:49 | Order | 141 | cobra | EK9670 | $3.00 |
| 08/04/2017 | 12:08 | Credit | 104 | dpd | CZ6239 | $13.42 |
| 08/04/2017 | 13:24 | Order | 141 | cobra | EK9681 | $3.00 |
| 08/04/2017 | 13:41 | Local Cashier-Cash | 10 | cobra | J13664 | $40.00 |

**RESIDENT TRANSACTION REPORT**

EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:03
ST 39 | OPR 13029

Inmate ID No : 0225049
Resident Name : SANCHEZ, GABRIEL
Time Frame : 04/17/2017 - 10/17/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 08/04/2017 | 13:45 | Local Cashier-Cash | 10 | cobra | J13665 | $10.00 |
| 08/04/2017 | 19:28 | Order | 141 | cobra | EK9709 | $4.00 |
| 08/04/2017 | 19:47 | Order | 141 | cobra | EK9712 | $1.00 |
| 08/04/2017 | 20:01 | Order | 141 | cobra | EK9713 | $3.00 |
| 08/04/2017 | 20:11 | Order | 141 | cobra | EK9714 | $3.00 |
| 08/04/2017 | 20:21 | Order | 141 | cobra | EK9716 | $4.00 |
| 08/05/2017 | 11:32 | Order | 141 | cobra | EK9736 | $3.00 |
| 08/05/2017 | 20:59 | Order | 141 | cobra | EK9782 | $5.00 |
| 08/06/2017 | 17:14 | Order | 141 | cobra | EK9815 | $4.00 |
| 08/06/2017 | 20:40 | Order | 141 | cobra | EK9833 | $3.00 |
| 08/07/2017 | 18:29 | Order | 141 | cobra | EK9876 | $4.00 |
| 08/07/2017 | 19:23 | Order | 141 | cobra | EK9889 | $3.00 |
| 08/08/2017 | 09:21 | Order | 106 | dpd | DB10946 | $27.63 |
| 08/08/2017 | 10:01 | Order | 106 | dpd | DB10972 | $2.63 |
| 08/08/2017 | 17:14 | Order | 141 | cobra | EK9938 | $6.00 |
| 08/08/2017 | 20:34 | Order | 141 | cobra | EK9952 | $3.00 |
| 08/09/2017 | 10:10 | Order | 141 | cobra | EK9956 | $3.00 |
| 08/09/2017 | 12:13 | Order | 141 | cobra | EK9961 | $3.00 |
| 08/09/2017 | 17:46 | Order | 141 | cobra | EK9995 | $3.00 |
| 08/09/2017 | 19:25 | Order | 141 | cobra | EK10010 | $4.00 |
| 08/09/2017 | 19:51 | Local Cashier-Cash | 156 | cobra | EZ10610 | $100.00 |
| 08/09/2017 | 20:15 | Order | 141 | cobra | EK10021 | $70.29 |
| 08/09/2017 | 20:26 | Order | 141 | cobra | EK10027 | $4.00 |
| 08/10/2017 | 10:37 | Order | 141 | cobra | EK10041 | $3.00 |
| 08/10/2017 | 11:50 | Order | 141 | cobra | EK10045 | $3.00 |
| 08/10/2017 | 12:05 | Order | 141 | cobra | EK10046 | $4.00 |
| 08/10/2017 | 12:24 | Order | 141 | cobra | EK10048 | $4.00 |
| 08/10/2017 | 16:50 | Order | 141 | cobra | EK10061 | $3.00 |
| 08/10/2017 | 18:39 | Order | 141 | cobra | EK10067 | $3.00 |
| 08/11/2017 | 11:45 | Order | 141 | cobra | EK10091 | $4.00 |
| 08/11/2017 | 13:52 | Order | 141 | cobra | EK10099 | $3.00 |
| 08/11/2017 | 17:44 | Order | 141 | cobra | EK10109 | $3.00 |
| 08/11/2017 | 19:41 | Order | 141 | cobra | EK10122 | $3.00 |
| 08/11/2017 | 20:08 | Order | 141 | cobra | EK10126 | $5.00 |
| 08/12/2017 | 12:11 | Order | 141 | cobra | EK10143 | $3.00 |
| 08/12/2017 | 12:37 | Order | 141 | cobra | EK10144 | $4.00 |
| 08/12/2017 | 18:25 | Order | 141 | cobra | EK10162 | $3.00 |

**RESIDENT TRANSACTION REPORT**

EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:03
ST 39 | OPR 13029

Inmate ID No : 0225049
Resident Name : SANCHEZ, GABRIEL
Time Frame : 04/17/2017 - 10/17/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 08/12/2017 | 20:36 | Order | 141 | cobra | EK10172 | $3.00 |
| 08/12/2017 | 20:48 | Order | 141 | cobra | EK10175 | $3.00 |
| 08/13/2017 | 10:14 | Order | 141 | cobra | EK10184 | $4.00 |
| 08/13/2017 | 11:06 | Order | 141 | cobra | EK10185 | $2.00 |
| 08/13/2017 | 12:18 | Order | 141 | cobra | EK10190 | $3.00 |
| 08/13/2017 | 16:23 | Order | 141 | cobra | EK10204 | $2.00 |
| 08/13/2017 | 18:07 | Order | 141 | cobra | EK10211 | $3.00 |
| 08/13/2017 | 19:24 | Local Cashier-Cash | 156 | cobra | EZ10831 | $20.00 |
| 08/13/2017 | 20:40 | Order | 141 | cobra | EK10238 | $4.00 |
| 08/14/2017 | 10:16 | Local Cashier-Cash | 14 | cobra | N8024 | $50.00 |
| 08/14/2017 | 11:02 | Order | 141 | cobra | EK10250 | $3.00 |
| 08/14/2017 | 12:02 | Order | 141 | cobra | EK10257 | $5.00 |
| 08/14/2017 | 20:51 | Order | 141 | cobra | EK10294 | $3.00 |
| 08/15/2017 | 10:24 | Order | 141 | cobra | EK10304 | $3.00 |
| 08/15/2017 | 12:14 | Order | 106 | dpd | DB11203 | $35.70 |
| 08/15/2017 | 17:32 | Local Cashier-Cash | 156 | cobra | EZ10927 | $100.00 |
| 08/15/2017 | 18:35 | Order | 141 | cobra | EK10337 | $5.00 |
| 08/15/2017 | 18:58 | Order | 141 | cobra | EK10340 | $3.00 |
| 08/16/2017 | 13:50 | Order | 141 | cobra | EK10373 | $3.00 |
| 08/16/2017 | 18:53 | Order | 141 | cobra | EK10387 | $3.00 |
| 08/16/2017 | 19:55 | Order | 141 | cobra | EK10395 | $67.00 |
| 08/17/2017 | 10:15 | Order | 141 | cobra | EK10420 | $3.00 |
| 08/17/2017 | 12:46 | Order | 141 | cobra | EK10429 | $3.00 |
| 08/17/2017 | 18:36 | Order | 141 | cobra | EK10438 | $3.00 |
| 08/17/2017 | 20:00 | Order | 141 | cobra | EK10440 | $1.00 |
| 08/18/2017 | 10:16 | Order | 141 | cobra | EK10454 | $2.00 |
| 08/18/2017 | 12:07 | Order | 141 | cobra | EK10459 | $2.00 |
| 08/18/2017 | 17:02 | Order | 141 | cobra | EK10474 | $3.00 |
| 08/18/2017 | 17:40 | Order | 141 | cobra | EK10477 | $2.00 |
| 08/20/2017 | 09:56 | Order | 141 | cobra | EK10530 | $3.00 |
| 08/20/2017 | 13:19 | Order | 141 | cobra | EK10535 | $3.00 |
| 08/20/2017 | 19:31 | Order | 141 | cobra | EK10553 | $3.00 |
| 08/20/2017 | 20:29 | Order | 141 | cobra | EK10560 | $3.00 |
| 08/21/2017 | 18:13 | Local Cashier-Cash | 156 | cobra | EZ11228 | $100.00 |
| 08/21/2017 | 19:43 | Order | 141 | cobra | EK10582 | $3.00 |
| 08/21/2017 | 20:19 | Order | 141 | cobra | EK10584 | $3.00 |
| 08/22/2017 | 07:56 | Order | 106 | dpd | DB11275 | $14.74 |

**RESIDENT TRANSACTION REPORT**



EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:03
ST 39 | OPR 13029

Inmate ID No : 0225049
Resident Name : SANCHEZ, GABRIEL
Time Frame : 04/17/2017 - 10/17/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 08/22/2017 | 20:47 | Order | 141 | cobra | EK10623 | $3.00 |
| 08/23/2017 | 13:50 | Order | 141 | cobra | EK10649 | $2.00 |
| 08/23/2017 | 18:42 | Order | 141 | cobra | EK10669 | $3.00 |
| 08/23/2017 | 19:56 | Order | 141 | cobra | EK10679 | $50.25 |
| 08/23/2017 | 19:59 | Order | 141 | cobra | EK10681 | $1.14 |
| 08/23/2017 | 20:06 | Order | 141 | cobra | EK10683 | $4.95 |
| 08/24/2017 | 12:35 | Order | 141 | cobra | EK10698 | $3.00 |
| 08/24/2017 | 15:36 | Order | 141 | cobra | EK10701 | $2.00 |
| 08/25/2017 | 10:41 | Order | 141 | cobra | EK10723 | $3.00 |
| 08/26/2017 | 15:28 | Order | 141 | cobra | EK10759 | $3.00 |
| 08/27/2017 | 11:29 | Order | 141 | cobra | EK10783 | $3.00 |
| 08/27/2017 | 12:31 | Order | 141 | cobra | EK10785 | $2.00 |
| 08/27/2017 | 12:46 | Order | 141 | cobra | EK10786 | $2.00 |
| 08/27/2017 | 20:22 | Order | 141 | cobra | EK10807 | $3.00 |
| 08/28/2017 | 18:25 | Local Cashier-Cash | 14 | cobra | N8375 | $40.00 |
| 08/28/2017 | 19:32 | Order | 141 | cobra | EK10838 | $3.00 |
| 08/29/2017 | 08:02 | Order | 107 | dpd | DC2951 | $7.02 |
| 08/29/2017 | 11:23 | Order | 141 | cobra | EK10844 | $3.00 |
| 08/29/2017 | 18:06 | Order | 141 | cobra | EK10861 | $4.00 |
| 08/29/2017 | 20:48 | Order | 141 | cobra | EK10874 | $2.00 |
| 08/30/2017 | 19:43 | Order | 141 | cobra | EK10924 | $3.00 |
| 08/30/2017 | 20:04 | Local Cashier-Cash | 156 | cobra | EZ11571 | $60.00 |
| 08/30/2017 | 20:40 | Order | 141 | cobra | EK10939 | $48.30 |
| 08/31/2017 | 18:13 | Order | 141 | cobra | EK10969 | $5.00 |
| 08/31/2017 | 19:02 | Order | 141 | cobra | EK10971 | $4.00 |
| 08/31/2017 | 20:00 | Order | 141 | cobra | EK10980 | $3.00 |
| 09/01/2017 | 12:29 | Order | 141 | cobra | EK10997 | $3.00 |
| 09/01/2017 | 16:03 | Order | 141 | cobra | EK11006 | $3.00 |
| 09/01/2017 | 20:23 | Order | 141 | cobra | EK11028 | $3.00 |
| 09/02/2017 | 11:22 | Order | 141 | cobra | EK11035 | $2.00 |
| 09/02/2017 | 13:20 | Local Cashier-Cash | 14 | cobra | N8514 | $20.00 |
| 09/02/2017 | 15:03 | Order | 141 | cobra | EK11036 | $3.00 |
| 09/02/2017 | 16:42 | Order | 141 | cobra | EK11042 | $4.00 |
| 09/03/2017 | 18:09 | Order | 141 | cobra | EK11066 | $3.00 |
| 09/04/2017 | 10:50 | Order | 141 | cobra | EK11073 | $3.00 |
| 09/04/2017 | 18:19 | Order | 141 | cobra | EK11090 | $3.00 |
| 09/05/2017 | 07:53 | Order | 107 | dpd | DC3318 | $7.02 |

**RESIDENT TRANSACTION REPORT**



EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:03
ST 39 | OPR 13029

Inmate ID No : 0225049
Resident Name : SANCHEZ, GABRIEL
Time Frame : 04/17/2017 - 10/17/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 09/05/2017 | 15:10 | Order | 141 | cobra | EK11112 | $2.00 |
| 09/05/2017 | 19:45 | Order | 141 | cobra | EK11132 | $2.00 |
| 09/06/2017 | 17:33 | Local Cashier-Cash | 156 | cobra | EZ11914 | $100.00 |
| 09/06/2017 | 18:25 | Order | 141 | cobra | EK11179 | $4.00 |
| 09/06/2017 | 20:17 | Order | 141 | cobra | EK11192 | $56.51 |
| 09/06/2017 | 20:51 | Order | 141 | cobra | EK11198 | $1.78 |
| 09/07/2017 | 10:22 | Order | 141 | cobra | EK11202 | $3.00 |
| 09/07/2017 | 10:49 | Order | 141 | cobra | EK11203 | $2.00 |
| 09/07/2017 | 12:09 | Order | 141 | cobra | EK11206 | $4.00 |
| 09/07/2017 | 12:33 | Order | 141 | cobra | EK11207 | $3.00 |
| 09/08/2017 | 19:20 | Order | 141 | cobra | EK11242 | $3.00 |
| 09/09/2017 | 08:49 | Order | 141 | cobra | EK11250 | $3.00 |
| 09/09/2017 | 19:45 | Order | 141 | cobra | EK11277 | $1.00 |
| 09/09/2017 | 19:59 | Order | 141 | cobra | EK11279 | $2.00 |
| 09/11/2017 | 10:55 | Order | 141 | cobra | EK11307 | $3.00 |
| 09/11/2017 | 19:26 | Order | 141 | cobra | EK11335 | $3.00 |
| 09/12/2017 | 09:25 | Order | 107 | dpd | DC3739 | $9.33 |
| 09/12/2017 | 16:16 | Local Cashier-Cash | 156 | cobra | EZ12212 | $50.00 |
| 09/12/2017 | 18:16 | Order | 141 | cobra | EK11375 | $4.00 |
| 09/13/2017 | 10:38 | Order | 141 | cobra | EK11407 | $2.00 |
| 09/13/2017 | 16:04 | Order | 141 | cobra | EK11421 | $38.28 |
| 09/14/2017 | 17:43 | Local Cashier-Cash | 156 | cobra | EZ12303 | $40.00 |
| 09/15/2017 | 17:15 | Order | 141 | cobra | EK11503 | $3.00 |
| 09/15/2017 | 17:37 | Order | 141 | cobra | EK11507 | $3.00 |
| 09/15/2017 | 19:11 | Order | 141 | cobra | EK11513 | $3.00 |
| 09/16/2017 | 16:44 | Order | 141 | cobra | EK11535 | $4.00 |
| 09/16/2017 | 17:59 | Order | 141 | cobra | EK11536 | $3.00 |
| 09/16/2017 | 18:46 | Order | 141 | cobra | EK11538 | $3.00 |
| 09/17/2017 | 12:27 | Order | 141 | cobra | EK11552 | $3.00 |
| 09/18/2017 | 12:31 | Order | 141 | cobra | EK11579 | $3.00 |
| 09/19/2017 | 09:11 | Order | 107 | dpd | DC4165 | $19.15 |
| 09/19/2017 | 17:01 | EF Commissary | 1 | cobra | A238719 | $20.00 |
| 09/19/2017 | 17:17 | Order | 141 | cobra | EK11617 | $2.00 |
| 09/20/2017 | 19:05 | Local Cashier-Cash | 10 | cobra | J15211 | $100.00 |
| 09/20/2017 | 20:17 | Order | 141 | cobra | EK11703 | $17.96 |
| 09/20/2017 | 20:24 | Order | 141 | cobra | EK11704 | $64.60 |
| 09/20/2017 | 20:40 | Order | 141 | cobra | EK11709 | $6.63 |

**RESIDENT TRANSACTION REPORT**

EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:03
ST 39 | OPR 13029

Inmate ID No : 0225049
Resident Name : SANCHEZ, GABRIEL
Time Frame : 04/17/2017 - 10/17/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 09/21/2017 | 11:33 | Order | 141 | cobra | EK11720 | $3.00 |
| 09/21/2017 | 20:38 | Order | 141 | cobra | EK11742 | $5.00 |
| 09/22/2017 | 20:50 | Order | 141 | cobra | EK11786 | $2.00 |
| 09/23/2017 | 11:32 | Order | 141 | cobra | EK11795 | $3.00 |
| 09/24/2017 | 16:39 | Order | 141 | cobra | EK11841 | $2.00 |
| 09/25/2017 | 18:34 | Order | 141 | cobra | EK11916 | $2.00 |
| 09/26/2017 | 08:34 | Order | 107 | dpd | DC4509 | $8.16 |
| 09/26/2017 | 12:26 | Order | 141 | cobra | EK11937 | $2.00 |
| 09/27/2017 | 17:59 | Local Cashier-Cash | 156 | cobra | EZ12726 | $30.00 |
| 09/27/2017 | 20:17 | Order | 141 | cobra | EK12032 | $34.39 |
| 09/29/2017 | 19:29 | Local Cashier-Cash | 156 | cobra | EZ12783 | $50.00 |
| 09/29/2017 | 19:41 | Order | 123 | cobra | DS13498 | $3.00 |
| 09/29/2017 | 20:58 | Order | 123 | cobra | DS13518 | $3.00 |
| 09/30/2017 | 10:41 | Order | 123 | cobra | DS13527 | $3.00 |
| 09/30/2017 | 17:50 | Order | 123 | cobra | DS13570 | $3.00 |
| 10/01/2017 | 16:46 | Order | 123 | cobra | DS13632 | $3.00 |
| 10/02/2017 | 10:32 | Order | 107 | dpd | DC4661 | $18.05 |
| 10/02/2017 | 19:14 | Order | 123 | cobra | DS13737 | $3.00 |
| 10/03/2017 | 11:38 | Order | 123 | cobra | DS13768 | $3.00 |
| 10/03/2017 | 20:55 | Order | 123 | cobra | DS13838 | $3.00 |
| 10/04/2017 | 18:07 | Order | 123 | cobra | DS13901 | $3.00 |
| 10/04/2017 | 18:31 | Local Cashier-Cash | 156 | cobra | EZ12959 | $60.00 |
| 10/04/2017 | 18:51 | Order | 123 | cobra | DS13908 | $60.19 |
| 10/05/2017 | 13:55 | Order | 123 | cobra | DS13963 | $2.00 |
| 10/06/2017 | 13:14 | Order | 123 | cobra | DS14026 | $3.00 |
| 10/06/2017 | 15:23 | Local Cashier-Cash | 10 | cobra | J15826 | $20.00 |
| 10/06/2017 | 16:07 | Order | 123 | cobra | DS14041 | $3.00 |
| 10/07/2017 | 11:38 | Order | 123 | cobra | DS14092 | $2.00 |
| 10/07/2017 | 11:55 | Order | 123 | cobra | DS14093 | $2.00 |
| 10/08/2017 | 10:51 | Order | 123 | cobra | DS14161 | $2.00 |
| 10/08/2017 | 12:30 | Order | 123 | cobra | DS14174 | $1.00 |
| 10/08/2017 | 17:51 | Local Cashier-Cash | 156 | cobra | EZ13084 | $30.00 |
| 10/08/2017 | 18:47 | Order | 123 | cobra | DS14213 | $3.00 |
| 10/09/2017 | 10:37 | Order | 107 | dpd | DC5027 | $13.94 |
| 10/09/2017 | 19:29 | Order | 123 | cobra | DS14288 | $3.00 |
| 10/10/2017 | 12:03 | Credit | 104 | dpd | CZ7626 | $1.62 |
| 10/11/2017 | 16:53 | Order | 123 | cobra | DS14410 | $3.00 |

**RESIDENT TRANSACTION REPORT**

EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:03
ST 39 | OPR 13029

Inmate ID No : 0225049
Resident Name : SANCHEZ, GABRIEL
Time Frame : 04/17/2017 - 10/17/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 10/11/2017 | 17:54 | Order | 123 | cobra | DS14424 | $3.00 |
| 10/11/2017 | 18:49 | Order | 123 | cobra | DS14438 | $1.84 |
| 10/12/2017 | 13:00 | Order | 123 | cobra | DS14473 | $1.00 |
| 10/12/2017 | 17:40 | Order | 123 | cobra | DS14493 | $3.00 |
| 10/12/2017 | 19:55 | Order | 123 | cobra | DS14502 | $4.00 |
| 10/12/2017 | 20:26 | Order | 123 | cobra | DS14510 | $3.00 |
| 10/12/2017 | 20:38 | Order | 123 | cobra | DS14513 | $3.00 |
| 10/13/2017 | 18:59 | Local Cashier-Cash | 156 | cobra | EZ13212 | $30.00 |
| 10/13/2017 | 19:30 | Order | 123 | cobra | DS14576 | $5.00 |
| 10/13/2017 | 20:16 | Order | 123 | cobra | DS14582 | $5.00 |
| 10/14/2017 | 11:52 | Order | 123 | cobra | DS14600 | $2.00 |
| 10/14/2017 | 12:31 | Order | 123 | cobra | DS14605 | $3.00 |
| 10/14/2017 | 12:59 | Order | 123 | cobra | DS14609 | $3.00 |
| 10/14/2017 | 17:36 | Order | 123 | cobra | DS14626 | $3.00 |
| 10/14/2017 | 20:35 | Order | 123 | cobra | DS14640 | $3.00 |
| 10/15/2017 | 11:35 | Order | 123 | cobra | DS14655 | $3.00 |
| 10/15/2017 | 12:46 | Order | 123 | cobra | DS14666 | $3.00 |
| 10/15/2017 | 17:59 | Local Cashier-Cash | 156 | cobra | EZ13284 | $520.00 |
| 10/15/2017 | 18:05 | Order | 123 | cobra | DS14693 | $3.00 |
| 10/15/2017 | 19:45 | Order | 123 | cobra | DS14699 | $5.00 |
| 10/15/2017 | 20:15 | Order | 123 | cobra | DS14701 | $3.00 |
| 10/15/2017 | 20:26 | Order | 123 | cobra | DS14703 | $3.00 |
| 10/15/2017 | 20:54 | Order | 123 | cobra | DS14707 | $3.00 |
| 10/16/2017 | 10:22 | Order | 107 | dpd | DC5417 | $11.79 |
| 10/16/2017 | 12:31 | Order | 123 | cobra | DS14716 | $3.00 |
| 10/16/2017 | 19:09 | Order | 123 | cobra | DS14743 | $2.00 |
| 10/16/2017 | 20:00 | Order | 123 | cobra | DS14752 | $3.00 |
| 10/16/2017 | 20:54 | Order | 123 | cobra | DS14760 | $3.00 |
| 10/17/2017 | 00:30 | Phone Refund | 1 | cobra | A248264 | $1.76 |
| 10/17/2017 | 00:30 | Close | 19 | 03036 | S15229 | $481.97 |

I hearby certify that these documents are true and correct copies of the Inmate Fund Account.

C213029
Name

Bookkeeper
Title

1/2/18
Date



**El Paso County Sheriff's Office**
27 East Vermijo Avenue
Colorado Springs, CO 80903
www.epcsheriffsoffice.com



FIRST CLASS




UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
(CASE NO. 17-CV-02764-GPG)
901 19TH STREET ROOM A105
DENVER, CO 80294-3589

80294$2501 C044