January 2, 2018

Case No 1:17-cv-02764-GPG

United States District Court
Alfred A. Array courthouse
901 - 19th St.   Room A105
Denver Colorado   80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 05 2018

JEFFREY P. COLWELL
CLERK

Jerry Hegwood   #111735
Park County Jail
PO Box 965
Fairplay Cololorado   80440

Re: Request courts to grant motion to proceed Pursuant to 28 U.S.C. § 1915.

The Plaintiff has obtained his last two (2) months inmate account statements from Park County Jail. See Exhibit P.

The Plaintiff requested his inmate account statements from Larimer County Jail sent a records research form to fill out which:
1) Requires the inmates signature to be notorized. However Park County Jail will not notorize the document. (see Exhibit L)
2) In order for Larimer County to release the records the Plaintiff is required to pay his outstanding ballance which is over $450.00. The Plaintiff is unable to pay off this ballance at this time.

WHEREFORE The Plaintiff respectfully requests the courts grant his motion to proceed pursuant to 28 U.S.C. § 1915.

January 2, 2018                         Jerry E. Hegwood

( Exhibit D )

## Account Activity Ledger

From: 10/31/2017 To: 12/28/2017

Date : 12/28/2017
Time : 13:25

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 0009893 | Name HEGWOOD, JERRY EUGENE | | | Block | | | Previous Balance | | 0.00 |
| Initial Entry | 10/31/2017 | 00:26 | B#62905 | 194338 | D | | 0.00 | | 0.00 |
| | 11/02/2017 | 13:15 | B#62961 | 194620 | D | | 33.78 | | 33.78 |
| Sales Transaction | 11/03/2017 | 12:49 | I#42685 | | I | 1.04 | | | 32.74 |
| Sales Transaction | 11/06/2017 | 05:14 | I#42856 | | I | 32.69 | | | 0.05 |
| | 11/15/2017 | 11:55 | B#63364 | 195662 | D | | 17.96 | | 18.01 |
| Sales Transaction | 11/20/2017 | 05:35 | I#43343 | | I | 15.28 | | | 2.73 |
| Payroll | 11/22/2017 | 15:41 | B#63559 | 196376 | D | | 7.04 | | 9.77 |
| Sales Transaction | 11/27/2017 | 05:24 | I#43552 | | I | 9.34 | | | 0.43 |
| Payroll | 11/29/2017 | 16:26 | B#63705 | 197034 | D | | 2.24 | | 2.67 |
| Sales Transaction | 12/04/2017 | 05:19 | I#43820 | | I | 0.54 | | | 2.13 |
| Payroll | 12/06/2017 | 16:13 | B#63921 | 198622 | D | | 2.24 | | 4.37 |
| Payroll | 12/13/2017 | 15:15 | B#64103 | 199216 | D | | 1.00 | | 5.37 |
| Payroll | 12/13/2017 | 15:31 | B#64104 | 199294 | D | | 1.92 | | 7.29 |
| Sales Transaction | 12/18/2017 | 05:22 | I#44279 | | I | 5.75 | | | 1.54 |
| Payroll | 12/20/2017 | 16:00 | B#64265 | 199800 | D | | 7.00 | | 8.54 |
| Copies .10 per page | 12/27/2017 | 13:35 | B#64414 | 200255 | W | | | -0.40 | 8.14 |
| Payroll | 12/27/2017 | 15:59 | B#64415 | 200268 | D | | 7.00 | | 15.14 |

|  |  |  |  |
|---|---|---|---|
| Deposits | 10 | For $ | 80.18 |
| Withdraws | 1 | For $ | -0.40 |
| Invoices | 6 | For $ | 64.64 |
| Savings Balance | | $ | 0.00 |
| Bond Balance | | $ | 0.00 |

Page : 1

( Exhibit L )

*Please Complete this form & return it to Records Manager Dionne Sund*

# LARIMER COUNTY SHERIFF'S OFFICE
## ministration Division - Records Section
## ARCERATION/ALTERNATIVE SENTENCING
## INMATE FILE

Date _____

All requests for inmate file records must be made through the Records Section of the Larimer County Sheriff's Office. A non-refundable fee of $7.50 is required before research will begin. This fee includes search, retrieval, review, and redaction. In addition, a processing fee of $.25 per page will be assessed for each page of the file. Any additional amount owed must be paid before Sheriff's Office personnel will release the records. Fees have been authorized by Colorado Revised Statute 24-72-306(1) and set by Larimer County Resolution 07012008R004.

| Inmate Name | Inmate DOB: |
|---|---|
| Incarceration dates requested: | |

**Records Use Only**
MNI #: _____ Booking #: _____ Record Type _____ - ASU _____ - Booking

## I AUTHORIZE THE RELEASE OF MY INMATE FILE TO:

| Name: |
|---|
| Company/Agency: |
| Address:        City/State        Zip: |
| Phone: |
| When request is complete (choose one)  ☐ Mail   ☐ Call to Pick Up   ☐ Fax   ☐ Email |
| Email to:                                              Fax #: |

I authorize the release of the above inmate records to the above named person/business. These records will consist of information relating to my incarceration at Larimer County Jail, which may include, but is not limited to: medical screening, property records, inmate behavior reports, inmate request reports, etc. Due to the nature of these records, inmate's signature must be notarized.

_____     _____
Signature (MUST BE NOTARIZED)     Date

Subscribed and sworn to before me this _____ day of _____, _____

{ SEAL }

_____                   _____
Notary Public/Larimer County/State of Colorado    My Commission Expires

Signed requests may be faxed to: (970) 482-8745 or emailed to: sheriffreports@larimer.org

**RECORDS USE ONLY**

| RECEIVED BY: | DATE: | RESEARCH FEE ___$7.50___ Paid: ☐ Yes ☐ No ☐ Waived | PAGE FEE_____ @$.25/page Paid: ☐ Yes ☐ No ☐ Waived |
|---|---|---|---|
| PROCESSED BY: | DATE: | LOGGED ☐ Yes ☐ No | ADDITIONAL FEES DUE: ☐ Yes ☐ No |
| RELEASED BY: | DATE: | # OF PAGES RELEASED | ADDITIONAL FEES PAID: ☐ Yes ☐ No |
| ☐ MAILED ☐ PICKED UP ☐ EMAILED ☐ FAXED | | | |

Rev 070914

Jerry Heywood 117735
Park County Jail
PO Box 965
Fairplay, Colorado
80440

* Legal Mail *

* Legal Mail *

United States District Court
Alfred A Arraj Courthouse
Case No. 1:17 cv 02764 - GPG
901 19th Street      Room A105
Denver Colorado      80294-3589