**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 05 2018**

JEFFREY P. COLWELL
CLERK

HES wood
Case # 17-CV-2764-GPG

Would you add my name to this lawsuit please Not Eddie ELADIO

ELADIO Coronado #177957
Park County Jail
P.O Box 965
Fair Play Co 80440

Eladio Coronado



Eladio Coronado #177957
Park County Jail
P.O. Box 965
Fair Play Co 80440

Legal Mail

Office of the Clerk
Alfred A ARRAJ Courthouse
901-19th St Room A 105
Denver Co 80294