**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 08 2018
JEFFREY P. COLWELL
CLERK

## RESIDENT TRANSACTION REPORT

Page    1 of    4

EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:01
ST  39  |  OPR  13029

Inmate ID No    : 0322844
Resident Name   : BAMACA-CASH, JOSUE HAMILTHON
Time Frame      : 03/14/2017 - 09/14/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 03/15/2017 | 13:38 | Local Cashier-Cash | 156 | cobra | EZ4275 | $200.00 |
| 03/15/2017 | 13:38 | Rec Payment | 156 | cobra | EZ4276 | $30.00 |
| 03/15/2017 | 16:17 | Order | 134 | cobra | ED1138 | $53.62 |
| 03/15/2017 | 16:18 | Order | 134 | cobra | ED1139 | $5.00 |
| 03/15/2017 | 17:39 | Order | 134 | cobra | ED1143 | $2.71 |
| 03/17/2017 | 12:42 | Order | 134 | cobra | ED1172 | $5.00 |
| 03/19/2017 | 10:46 | Order | 141 | cobra | EK4494 | $6.00 |
| 03/19/2017 | 13:05 | Order | 141 | cobra | EK4500 | $2.10 |
| 03/20/2017 | 13:56 | Order | 141 | cobra | EK4536 | $70.04 |
| 03/20/2017 | 18:57 | Order | 141 | cobra | EK4548 | $6.24 |
| 03/21/2017 | 09:58 | Order | 106 | dpd | DB5430 | $12.86 |
| 03/22/2017 | 19:52 | Order | 141 | cobra | EK4627 | $1.00 |
| 03/23/2017 | 19:24 | Order | 141 | cobra | EK4660 | $2.00 |
| 03/23/2017 | 19:39 | Order | 141 | cobra | EK4662 | $1.00 |
| 03/27/2017 | 15:40 | Order | 141 | cobra | EK4807 | $2.00 |
| 04/08/2017 | 05:19 | Order | 141 | cobra | EK5249 | $0.00 |
| 04/08/2017 | 18:47 | Local Cashier-Cash | 10 | cobra | J9938 | $35.00 |
| 04/08/2017 | 19:41 | Order | 141 | cobra | EK5274 | $7.00 |
| 04/08/2017 | 19:41 | Credit | 141 | cobra | EK5275 | $0.00 |
| 04/08/2017 | 20:10 | Order | 141 | cobra | EK5278 | $4.00 |
| 04/09/2017 | 11:10 | Order | 141 | cobra | EK5288 | $4.00 |
| 04/09/2017 | 13:31 | Order | 141 | cobra | EK5299 | $3.00 |
| 04/09/2017 | 20:26 | Order | 141 | cobra | EK5322 | $2.00 |
| 04/10/2017 | 15:02 | Order | 141 | cobra | EK5339 | $3.00 |
| 04/10/2017 | 16:04 | Order | 141 | cobra | EK5350 | $1.00 |
| 04/11/2017 | 11:41 | Order | 106 | dpd | DB6292 | $5.99 |
| 04/11/2017 | 18:42 | Order | 141 | cobra | EK5386 | $1.00 |
| 04/11/2017 | 18:55 | Order | 141 | cobra | EK5387 | $2.00 |
| 04/14/2017 | 16:58 | Order | 141 | cobra | EK5537 | $2.00 |
| 04/19/2017 | 18:23 | Local Cashier-Cash | 10 | cobra | J10348 | $90.00 |
| 04/19/2017 | 19:40 | Order | 141 | cobra | EK5775 | $28.75 |
| 04/19/2017 | 19:42 | Order | 141 | cobra | EK5776 | $5.00 |
| 04/20/2017 | 09:18 | Order | 141 | cobra | EK5795 | $2.00 |
| 04/20/2017 | 15:59 | Order | 141 | cobra | EK5810 | $5.00 |
| 04/21/2017 | 18:04 | Order | 141 | cobra | EK5869 | $2.00 |
| 04/22/2017 | 16:54 | Order | 141 | cobra | EK5910 | $3.00 |
| 04/23/2017 | 12:28 | Order | 141 | cobra | EK5936 | $3.00 |

## RESIDENT TRANSACTION REPORT

Page 2 of 4

EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:01
ST 39 | OPR 13029

```
Inmate ID No    : 0322844
Resident Name   : BAMACA-CASH, JOSUE HAMILTHON
Time Frame      : 03/14/2017 - 09/14/2017
```

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 04/23/2017 | 18:53 | Order | 141 | cobra | EK5954 | $6.00 |
| 04/23/2017 | 19:15 | Order | 141 | cobra | EK5955 | $2.00 |
| 04/24/2017 | 10:57 | Credit | 104 | dpd | CZ3673 | $2.30 |
| 04/24/2017 | 17:56 | Order | 141 | cobra | EK5997 | $1.00 |
| 04/24/2017 | 18:33 | Order | 141 | cobra | EK6000 | $2.00 |
| 04/25/2017 | 08:53 | Order | 141 | cobra | EK6017 | $2.00 |
| 04/25/2017 | 09:10 | Order | 141 | cobra | EK6018 | $6.00 |
| 04/25/2017 | 09:44 | Order | 141 | cobra | EK6021 | $3.00 |
| 04/25/2017 | 09:58 | Order | 141 | cobra | EK6022 | $3.00 |
| 04/25/2017 | 10:22 | Order | 141 | cobra | EK6024 | $3.00 |
| 04/25/2017 | 10:30 | Order | 141 | cobra | EK6027 | $5.00 |
| 04/25/2017 | 13:33 | Order | 106 | dpd | DB6956 | $7.86 |
| 04/26/2017 | 09:40 | Order | 141 | cobra | EK6080 | $1.00 |
| 04/26/2017 | 10:27 | Order | 141 | cobra | EK6082 | $1.00 |
| 04/26/2017 | 11:34 | EF Commissary | 1 | cobra | A187467 | $50.00 |
| 04/26/2017 | 11:40 | Order | 141 | cobra | EK6085 | $5.00 |
| 04/26/2017 | 18:30 | Order | 141 | cobra | EK6124 | $3.00 |
| 04/26/2017 | 19:49 | Order | 141 | cobra | EK6138 | $5.99 |
| 04/27/2017 | 09:03 | Order | 141 | cobra | EK6151 | $5.00 |
| 04/27/2017 | 10:32 | Order | 141 | cobra | EK6154 | $6.00 |
| 04/27/2017 | 12:09 | Order | 141 | cobra | EK6157 | $4.00 |
| 04/27/2017 | 12:45 | Order | 141 | cobra | EK6158 | $4.00 |
| 04/27/2017 | 13:57 | Order | 141 | cobra | EK6162 | $5.00 |
| 04/27/2017 | 15:45 | Local Cashier-Cash | 10 | cobra | J10645 | $50.00 |
| 04/27/2017 | 16:57 | Order | 141 | cobra | EK6168 | $6.00 |
| 04/28/2017 | 08:24 | Order | 141 | cobra | EK6177 | $3.00 |
| 04/28/2017 | 08:52 | Order | 141 | cobra | EK6179 | $6.00 |
| 04/28/2017 | 09:34 | Order | 141 | cobra | EK6181 | $3.00 |
| 04/28/2017 | 10:54 | Order | 141 | cobra | EK6184 | $5.00 |
| 04/28/2017 | 11:17 | Order | 141 | cobra | EK6185 | $5.00 |
| 04/28/2017 | 12:02 | Order | 141 | cobra | EK6189 | $4.00 |
| 04/28/2017 | 13:51 | Order | 141 | cobra | EK6193 | $3.00 |
| 04/29/2017 | 10:12 | Order | 141 | cobra | EK6220 | $3.00 |
| 04/29/2017 | 10:40 | Order | 141 | cobra | EK6222 | $3.00 |
| 04/29/2017 | 12:17 | Order | 141 | cobra | EK6228 | $3.00 |
| 05/01/2017 | 11:07 | Order | 141 | cobra | EK6283 | $2.00 |
| 05/01/2017 | 13:27 | Order | 141 | cobra | EK6286 | $2.00 |

**RESIDENT TRANSACTION REPORT**                                    Page        3 of        4

EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:01
ST   39  │  OPR   13029

Inmate ID No    : 0322844
Resident Name   : BAMACA-CASH, JOSUE HAMILTHON
Time Frame      : 03/14/2017 - 09/14/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 05/01/2017 | 17:45 | Order | 141 | cobra | EK6295 | $2.00 |
| 05/01/2017 | 20:18 | Order | 141 | cobra | EK6305 | $2.00 |
| 05/01/2017 | 20:29 | Order | 141 | cobra | EK6307 | $2.00 |
| 05/01/2017 | 20:50 | EF Commissary | 1 | cobra | A189380 | $20.00 |
| 05/02/2017 | 10:15 | Order | 106 | dpd | DB7286 | $15.46 |
| 05/02/2017 | 10:25 | Order | 106 | dpd | DB7292 | $5.96 |
| 05/03/2017 | 17:12 | Order | 141 | cobra | EK6375 | $2.00 |
| 05/03/2017 | 20:20 | EF Commissary | 1 | cobra | A190129 | $50.00 |
| 05/03/2017 | 20:31 | Order | 141 | cobra | EK6390 | $40.09 |
| 05/04/2017 | 19:04 | Order | 141 | cobra | EK6432 | $4.00 |
| 05/05/2017 | 10:06 | Order | 141 | cobra | EK6441 | $1.00 |
| 05/07/2017 | 09:09 | Order | 141 | cobra | EK6499 | $2.00 |
| 05/07/2017 | 09:35 | Order | 141 | cobra | EK6501 | $1.00 |
| 05/07/2017 | 11:41 | Local Cashier-Cash | 14 | cobra | N5491 | $80.00 |
| 05/07/2017 | 12:21 | EF Commissary | 1 | cobra | A191368 | $30.00 |
| 05/07/2017 | 13:03 | Order | 141 | cobra | EK6509 | $3.00 |
| 05/07/2017 | 15:08 | Order | 141 | cobra | EK6515 | $3.00 |
| 05/08/2017 | 11:23 | Order | 141 | cobra | EK6544 | $2.00 |
| 05/08/2017 | 11:46 | Order | 141 | cobra | EK6548 | $2.00 |
| 05/09/2017 | 18:39 | Order | 141 | cobra | EK6597 | $1.00 |
| 05/10/2017 | 15:09 | Order | 141 | cobra | EK6636 | $3.00 |
| 05/10/2017 | 17:23 | Order | 141 | cobra | EK6650 | $83.21 |
| 05/10/2017 | 17:44 | Order | 141 | cobra | EK6652 | $5.19 |
| 05/11/2017 | 13:53 | Order | 107 | dpd | DC1562 | $13.47 |
| 05/11/2017 | 19:45 | Order | 141 | cobra | EK6701 | $1.00 |
| 05/20/2017 | 18:05 | Local Cashier-Cash | 156 | cobra | EZ7076 | $33.00 |
| 05/21/2017 | 18:14 | Order | 141 | cobra | EK7085 | $2.00 |
| 05/22/2017 | 15:32 | Order | 141 | cobra | EK7110 | $2.00 |
| 05/22/2017 | 19:59 | Order | 141 | cobra | EK7127 | $1.00 |
| 05/23/2017 | 11:30 | Order | 106 | dpd | DB8164 | $24.53 |
| 05/23/2017 | 11:49 | Order | 141 | cobra | EK7148 | $1.00 |
| 05/23/2017 | 16:31 | Order | 141 | cobra | EK7160 | $1.00 |
| 05/24/2017 | 20:13 | Order | 141 | cobra | EK7219 | $1.00 |
| 05/25/2017 | 20:15 | Order | 141 | cobra | EK7261 | $1.00 |
| 05/30/2017 | 17:36 | EF Commissary | 1 | cobra | A199383 | $50.00 |
| 05/30/2017 | 18:01 | Order | 141 | cobra | EK7383 | $40.23 |
| 05/30/2017 | 20:24 | Order | 141 | cobra | EK7396 | $1.00 |

**RESIDENT TRANSACTION REPORT**                                            Page        4 of        4

EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:01
ST  39  |  OPR  13029

Inmate ID No    : 0322844
Resident Name   : BAMACA-CASH, JOSUE HAMILTHON
Time Frame      : 03/14/2017 - 09/14/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 06/01/2017 | 20:33 | Order | 141 | cobra | EK7481 | $1.00 |
| 06/02/2017 | 18:39 | Order | 141 | cobra | EK7504 | $1.00 |
| 06/06/2017 | 11:22 | Order | 107 | dpd | DC1888 | $5.86 |
| 06/08/2017 | 22:10 | EF Commissary | 1 | cobra | A202887 | $30.00 |
| 06/09/2017 | 12:39 | Order | 141 | cobra | EK7707 | $1.00 |
| 06/09/2017 | 18:03 | Order | 136 | cobra | EF9391 | $1.00 |
| 06/12/2017 | 13:50 | Order | 106 | dpd | DB8905 | $12.71 |
| 06/12/2017 | 17:17 | Order | 136 | cobra | EF9493 | $1.00 |
| 06/13/2017 | 10:42 | Order | 136 | cobra | EF9525 | $2.00 |
| 06/14/2017 | 19:04 | Order | 136 | cobra | EF9631 | $10.09 |
| 06/16/2017 | 15:07 | Local Cashier-Cash | 156 | cobra | EZ8197 | $20.00 |
| 06/19/2017 | 13:41 | Order | 106 | dpd | DB9258 | $10.05 |
| 06/21/2017 | 20:02 | Order | 136 | cobra | EF9869 | $10.09 |
| 07/03/2017 | 09:41 | Order | 106 | dpd | DB9769 | $3.10 |
| 08/30/2017 | 19:00 | Order | 124 | cobra | DT9817 | $0.00 |
| 09/12/2017 | 15:06 | Order | 124 | cobra | DT10261 | $0.00 |
| 09/13/2017 | 23:15 | Credit | 20 | 13104 | T9292 | $0.00 |
| 09/13/2017 | 23:15 | Phone Refund | 1 | cobra | A236596 | $0.23 |
| 09/13/2017 | 23:15 | Close | 20 | 13104 | T9293 | $0.33 |

I hearby certify that these documents are true and correct copies of the Inmate Fund Account.

CZ13029
Name: bookkeeper
Title
Date: 1/2/18

US POSTAGE >> PITNEY BOWES
ZIP 80907 $ 000.42
02 4W
0000344059 JAN. 04. 2018

PRESORTED
FIRST CLASS

**RETURN SERVICE REQUESTED**


**El Paso County Sheriff's Office**
27 East Vermijo Avenue
Colorado Springs, CO 80903
www.epcsheriffsoffice.com

UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
(CASE NO. 17-CV-02764-GPG)
901 19TH STREET ROOM A105
DENVER, CO 80294-3589

64   LAJSIMB   80294