**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 08 2018**

JEFFREY P. COLWELL
CLERK

**RESIDENT TRANSACTION REPORT**

EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:07
ST  39 | OPR  13029

Page     1 of     3

Inmate ID No    : 0322967
Resident Name   : MEISTER, GREGORY ALEXANDER
Time Frame      : 03/14/2017 - 09/14/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|------|------|------------------|-----|-----|-----------|--------|
| 03/14/2017 | 10:24 | Order | 106 | dpd | DB5253 | $43.14 |
| 03/14/2017 | 11:41 | Local Cashier-Cash | 156 | cobra | EZ4232 | $50.00 |
| 03/14/2017 | 16:29 | Order | 141 | cobra | EK4351 | $93.61 |
| 03/15/2017 | 17:09 | Local Cashier-Cash | 156 | cobra | EZ4292 | $12.00 |
| 03/15/2017 | 18:11 | Order | 141 | cobra | EK4398 | $10.26 |
| 03/15/2017 | 19:50 | Order | 141 | cobra | EK4406 | $2.00 |
| 03/21/2017 | 14:15 | Local Cashier-Cash | 156 | cobra | EZ4532 | $103.00 |
| 03/21/2017 | 15:21 | Order | 141 | cobra | EK4572 | $102.48 |
| 03/22/2017 | 20:38 | Order | 141 | cobra | EK4633 | $0.56 |
| 03/28/2017 | 18:16 | EF Commissary | 1 | cobra | A177676 | $50.00 |
| 03/29/2017 | 11:54 | Order | 141 | cobra | EK4884 | $6.24 |
| 03/29/2017 | 13:17 | Order | 141 | cobra | EK4888 | $43.53 |
| 03/31/2017 | 10:54 | Add | 42 | 13043 | AP15868 | $50.00 |
| 03/31/2017 | 14:52 | Credit | 104 | dpd | CZ2840 | $4.79 |
| 03/31/2017 | 18:52 | Order | 141 | cobra | EK4979 | $2.00 |
| 03/31/2017 | 19:26 | Order | 141 | cobra | EK4980 | $9.68 |
| 04/01/2017 | 17:33 | Order | 141 | cobra | EK5001 | $2.00 |
| 04/03/2017 | 12:17 | Order | 141 | cobra | EK5043 | $2.00 |
| 04/03/2017 | 22:02 | EF Commissary | 1 | cobra | A179641 | $50.00 |
| 04/04/2017 | 11:51 | Order | 106 | dpd | DB6060 | $60.59 |
| 04/04/2017 | 13:57 | Order | 141 | cobra | EK5098 | $22.01 |
| 04/04/2017 | 20:12 | Order | 141 | cobra | EK5134 | $6.61 |
| 04/11/2017 | 11:37 | Receivable Charge | 42 | 13029 | AP16706 | $20.00 |
| 04/11/2017 | 11:37 | Rec Payment | 42 | 13029 | AP16706 | $0.36 |
| 04/11/2017 | 11:39 | Add | 42 | 13029 | AP16707 | $50.00 |
| 04/11/2017 | 11:39 | Rec Payment | 42 | 13029 | AP16708 | $19.64 |
| 04/11/2017 | 12:41 | Phone Refund | 1 | cobra | A182201 | $0.45 |
| 04/11/2017 | 12:42 | Close | 19 | 96058 | S8304 | $30.81 |
| 06/05/2017 | 21:13 | Reopen | 1 | XML | A201662 | $0.00 |
| 06/05/2017 | 21:13 | Receivable Charge | 1 | XML | A201663 | $30.00 |
| 06/05/2017 | 21:22 | Local Cashier-Cash | 13 | cobra | M3510 | $22.00 |
| 06/05/2017 | 21:22 | Rec Payment | 13 | cobra | M3511 | $22.00 |
| 06/11/2017 | 16:56 | EF Commissary | 1 | cobra | A203825 | $100.00 |
| 06/11/2017 | 16:56 | Rec Payment | 1 | cobra | A203826 | $8.00 |
| 06/11/2017 | 17:33 | Order | 130 | cobra | DZ5901 | $82.40 |
| 06/14/2017 | 15:04 | Credit | 104 | dpd | CZ5135 | $82.40 |
| 06/15/2017 | 20:35 | Order | 130 | cobra | DZ6038 | $1.00 |

**RESIDENT TRANSACTION REPORT**                                    Page    2 of    3

EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:07
ST  39  |  OPR  13029

```
Inmate ID No    : 0322967
Resident Name   : MEISTER, GREGORY ALEXANDER
Time Frame      : 03/14/2017 - 09/14/2017
```

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|------|------|------------------|-----|-----|-----------|--------|
| 06/16/2017 | 10:08 | Receivable Charge | 38 | 12064 | AL3493 | $1.00 |
| 06/16/2017 | 10:08 | Rec Payment | 38 | 12064 | AL3493 | $1.00 |
| 06/16/2017 | 10:09 | Withdrawal | 38 | 12064 | AL3494 | $90.00 |
| 06/16/2017 | 16:11 | EF Commissary | 1 | cobra | A205887 | $100.00 |
| 06/17/2017 | 20:14 | Order | 130 | cobra | D26118 | $80.88 |
| 06/19/2017 | 17:34 | Order | 132 | cobra | EB6443 | $15.37 |
| 06/20/2017 | 13:39 | Order | 106 | dpd | DB9378 | $2.95 |
| 06/21/2017 | 09:57 | EF Commissary | 1 | cobra | A207442 | $50.00 |
| 06/24/2017 | 17:38 | Withdrawal | 42 | 12053 | AP22483 | $40.00 |
| 06/25/2017 | 16:12 | EF Commissary | 1 | cobra | A208635 | $100.00 |
| 06/25/2017 | 16:44 | Order | 133 | cobra | EC4415 | $79.23 |
| 06/25/2017 | 19:38 | Order | 133 | cobra | EC4426 | $1.00 |
| 06/26/2017 | 13:55 | Order | 133 | cobra | EC4446 | $16.24 |
| 06/27/2017 | 11:46 | Order | 106 | dpd | DB9657 | $11.46 |
| 06/28/2017 | 14:38 | Credit | 104 | dpd | CZ5458 | $1.40 |
| 06/29/2017 | 15:43 | EF Commissary | 1 | cobra | A210074 | $40.00 |
| 06/29/2017 | 19:57 | Order | 133 | cobra | EC4516 | $32.45 |
| 07/03/2017 | 13:25 | Order | 133 | cobra | EC4600 | $8.65 |
| 07/03/2017 | 15:55 | Order | 107 | dpd | DC2012 | $2.95 |
| 07/10/2017 | 11:32 | Local Cashier-Cash | 10 | cobra | J12929 | $50.00 |
| 07/10/2017 | 11:59 | Order | 133 | cobra | EC4740 | $25.40 |
| 07/10/2017 | 20:17 | Order | 133 | cobra | EC4763 | $4.77 |
| 07/11/2017 | 10:30 | Order | 106 | dpd | DB10117 | $0.99 |
| 07/11/2017 | 10:37 | Order | 106 | dpd | DB10122 | $11.98 |
| 07/16/2017 | 11:44 | Local Cashier-Cash | 10 | cobra | J13098 | $100.00 |
| 07/16/2017 | 12:30 | Order | 132 | cobra | EB7140 | $74.86 |
| 07/17/2017 | 14:00 | Order | 132 | cobra | EB7178 | $21.80 |
| 07/17/2017 | 20:02 | Order | 133 | cobra | EC4877 | $2.71 |
| 07/18/2017 | 09:49 | Order | 106 | dpd | DB10261 | $7.26 |
| 07/30/2017 | 12:56 | Add | 42 | 13029 | AP25563 | $50.00 |
| 07/30/2017 | 18:55 | Order | 133 | cobra | EC5134 | $28.90 |
| 07/31/2017 | 17:36 | Order | 133 | cobra | EC5178 | $14.74 |
| 07/31/2017 | 18:48 | Order | 133 | cobra | EC5184 | $1.84 |
| 08/01/2017 | 10:51 | Order | 95 | dpd | CQ2452 | $4.06 |
| 08/07/2017 | 14:47 | Local Cashier-Cash | 10 | cobra | J13764 | $50.00 |
| 08/07/2017 | 15:15 | Order | 132 | cobra | EB7863 | $38.56 |
| 08/07/2017 | 15:45 | Order | 133 | cobra | EC5350 | $2.97 |

**RESIDENT TRANSACTION REPORT**                                    Page     3 of     3

EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:07
ST  39  |  OPR  13029

Inmate ID No    : 0322967
Resident Name   : MEISTER, GREGORY ALEXANDER
Time Frame      : 03/14/2017 - 09/14/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|------|------|------------------|-----|-----|-----------|--------|
| 08/08/2017 | 12:11 | Order | 106 | dpd | DB11028 | $9.32 |
| 08/09/2017 | 14:30 | Credit | 104 | dpd | C26366 | $18.61 |
| 08/14/2017 | 14:38 | Local Cashier-Cash | 10 | cobra | J14023 | $50.00 |
| 08/14/2017 | 15:53 | Order | 133 | cobra | EC5521 | $60.95 |
| 08/15/2017 | 12:57 | Order | 106 | dpd | DB11216 | $6.81 |
| 08/23/2017 | 18:09 | Local Cashier-Cash | 156 | cobra | EZ11263 | $22.00 |
| 08/23/2017 | 18:49 | Order | 123 | cobra | DS10804 | $22.32 |
| 08/23/2017 | 20:21 | Order | 123 | cobra | DS10815 | $0.50 |
| 08/30/2017 | 12:36 | Local Cashier-Cash | 156 | cobra | EZ11542 | $50.00 |
| 08/30/2017 | 15:11 | Order | 123 | cobra | DS11177 | $38.46 |
| 08/30/2017 | 18:35 | Order | 123 | cobra | DS11210 | $3.23 |
| 08/30/2017 | 19:00 | Order | 123 | cobra | DS11212 | $5.08 |
| 09/04/2017 | 11:54 | Order | 107 | dpd | DC3227 | $2.75 |
| 09/05/2017 | 11:57 | Order | 123 | cobra | DS11529 | $0.50 |
| 09/06/2017 | 11:28 | Local Cashier-Cash | 10 | cobra | J14817 | $25.00 |
| 09/06/2017 | 12:50 | Order | 123 | cobra | DS11629 | $23.71 |
| 09/07/2017 | 17:15 | Order | 123 | cobra | DS11747 | $1.00 |
| 09/14/2017 | 00:26 | Phone Refund | 1 | cobra | A236614 | $0.31 |
| 09/14/2017 | 00:26 | Close | 22 | 13136 | V1084 | $0.67 |

I hearby certify that these documents
are true and correct copies of the Inmate
Fund Account.

C213025

Name
Bookkeeper
Title
1/2/18
Date



El Paso County Sheriff's Office
27 East Vermijo Avenue
Colorado Springs, CO 80903
www.epsheriffsoffice.com



**RETURN SERVICE
REQUESTED**

PRESORTED
FIRST CLASS






U.S. POSTAGE ▷ PITNEY BOWES

ZIP 80907
02 4W
0000344059 JAN 04 2018
$ 000.42³

64   LAJERMB   80294

UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
(CASE NO. 17-CV-02764-GPG)
901 19TH STREET ROOM A105
DENVER, CO 80294-3589