**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 08 2018**

**JEFFREY P. COLWELL**
CLERK

**RESIDENT TRANSACTION REPORT**                                    Page    1 of    2

EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:02
ST  39  |  OPR  13029

Inmate ID No    : 0248595
Resident Name   : VIZCARRA-GARCIA, GILBERTO
Time Frame      : 04/16/2017 - 10/16/2017

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 07/13/2017 | 17:01 | Intake | 1 | XML | A214914 | $0.00 |
| 07/13/2017 | 17:01 | Perm ID | 1 | XML | A214915 | $0.00 |
| 07/13/2017 | 17:01 | Receivable Charge | 1 | XML | A214916 | $30.00 |
| 07/16/2017 | 13:49 | Local Cashier-Cash | 156 | cobra | EZ9481 | $102.00 |
| 07/16/2017 | 13:49 | Rec Payment | 156 | cobra | EZ9482 | $30.00 |
| 07/16/2017 | 19:55 | Order | 136 | cobra | EF10931 | $10.00 |
| 07/17/2017 | 11:20 | Order | 107 | dpd | DC2134 | $15.93 |
| 07/17/2017 | 11:55 | Order | 107 | dpd | DC2156 | $4.20 |
| 07/17/2017 | 16:02 | Order | 136 | cobra | EF10940 | $11.00 |
| 07/17/2017 | 19:39 | Order | 136 | cobra | EF10947 | $3.00 |
| 07/18/2017 | 16:33 | Order | 136 | cobra | EF10970 | $8.00 |
| 07/18/2017 | 18:54 | Order | 136 | cobra | EF10975 | $7.34 |
| 07/19/2017 | 12:12 | Order | 136 | cobra | EF10999 | $0.43 |
| 07/19/2017 | 15:52 | Order | 136 | cobra | EF11016 | $1.84 |
| 07/19/2017 | 18:20 | Order | 136 | cobra | EF11029 | $4.00 |
| 07/19/2017 | 18:38 | Order | 136 | cobra | EF11034 | $5.50 |
| 08/01/2017 | 21:59 | Local Cashier-Cash | 10 | cobra | J13554 | $90.00 |
| 08/03/2017 | 20:10 | Order | 136 | cobra | EF11539 | $5.00 |
| 08/05/2017 | 10:24 | Order | 136 | cobra | EF11575 | $5.00 |
| 08/07/2017 | 12:06 | Order | 106 | dpd | DB10855 | $12.33 |
| 08/07/2017 | 19:55 | Order | 136 | cobra | EF11713 | $5.00 |
| 08/09/2017 | 18:17 | Order | 136 | cobra | EF11807 | $33.33 |
| 08/09/2017 | 20:05 | Order | 136 | cobra | EF11819 | $2.00 |
| 08/11/2017 | 18:19 | Order | 136 | cobra | EF11886 | $4.00 |
| 08/11/2017 | 20:57 | Order | 136 | cobra | EF11890 | $4.00 |
| 08/15/2017 | 08:32 | Order | 106 | dpd | DB11078 | $5.38 |
| 08/15/2017 | 15:16 | Order | 136 | cobra | EF11980 | $4.00 |
| 08/16/2017 | 17:02 | Order | 136 | cobra | EF12034 | $3.00 |
| 08/19/2017 | 10:03 | Order | 136 | cobra | EF12148 | $2.00 |
| 08/20/2017 | 01:00 | Local Cashier-Cash | 156 | cobra | EZ11128 | $50.00 |
| 08/21/2017 | 11:43 | Order | 107 | dpd | DC2660 | $15.99 |
| 08/21/2017 | 17:10 | Order | 136 | cobra | EF12229 | $4.00 |
| 08/23/2017 | 16:52 | Order | 136 | cobra | EF12312 | $25.11 |
| 08/23/2017 | 17:17 | Order | 136 | cobra | EF12314 | $1.84 |
| 08/25/2017 | 15:05 | Order | 136 | cobra | EF12402 | $2.00 |
| 08/26/2017 | 11:21 | EF Commissary | 1 | cobra | A230267 | $30.00 |
| 08/26/2017 | 11:58 | Order | 136 | cobra | EF12428 | $2.00 |

# RESIDENT TRANSACTION REPORT

EL PASO COUNTY SHERIFF'S OFFICE
01/02/2018 12:02
ST   39  |  OPR   13029

| | |
|---|---|
| Inmate ID No | : 0248595 |
| Resident Name | : VIZCARRA-GARCIA, GILBERTO |
| Time Frame | : 04/16/2017 - 10/16/2017 |

| Date | Time | Transaction Type | ST | OPR | Receipt # | Amount |
|---|---|---|---|---|---|---|
| 08/26/2017 | 16:14 | Order | 136 | cobra | EF12436 | $4.00 |
| 08/27/2017 | 15:06 | Order | 136 | cobra | EF12465 | $5.00 |
| 08/28/2017 | 13:27 | Order | 107 | dpd | DC2882 | $15.99 |
| 08/28/2017 | 16:10 | Order | 136 | cobra | EF12494 | $3.00 |
| 08/30/2017 | 13:34 | Order | 136 | cobra | EF12581 | $2.00 |
| 08/30/2017 | 18:06 | Order | 136 | cobra | EF12611 | $4.00 |
| 08/31/2017 | 10:01 | EF Commissary | 1 | cobra | A231940 | $100.00 |
| 09/02/2017 | 12:32 | Order | 136 | cobra | EF12703 | $4.00 |
| 09/03/2017 | 18:31 | Order | 136 | cobra | EF12754 | $6.00 |
| 09/04/2017 | 13:10 | Order | 107 | dpd | DC3248 | $19.92 |
| 09/05/2017 | 11:41 | Order | 136 | cobra | EF12811 | $2.00 |
| 09/05/2017 | 16:35 | Order | 136 | cobra | EF12829 | $8.00 |
| 09/06/2017 | 13:48 | Order | 136 | cobra | EF12880 | $29.62 |
| 09/06/2017 | 13:48 | Order | 136 | cobra | EF12881 | $1.00 |
| 09/06/2017 | 17:40 | Order | 136 | cobra | EF12908 | $4.99 |
| 09/06/2017 | 18:56 | Order | 136 | cobra | EF12916 | $5.00 |
| 09/08/2017 | 16:56 | Order | 136 | cobra | EF12977 | $5.00 |
| 09/09/2017 | 16:42 | Order | 136 | cobra | EF13008 | $5.00 |
| 09/09/2017 | 19:43 | Order | 136 | cobra | EF13019 | $2.00 |
| 09/10/2017 | 17:49 | Order | 136 | cobra | EF13045 | $2.00 |
| 09/11/2017 | 12:31 | Order | 136 | cobra | EF13065 | $1.00 |
| 09/11/2017 | 17:59 | Order | 136 | cobra | EF13080 | $2.00 |
| 09/11/2017 | 18:21 | Order | 136 | cobra | EF13085 | $3.00 |
| 10/12/2017 | 18:19 | Local Cashier-Cash | 156 | cobra | EZ13181 | $40.00 |
| 10/12/2017 | 18:42 | Order | 136 | cobra | EF14296 | $5.00 |
| 10/13/2017 | 01:34 | Phone Refund | 1 | cobra | A247023 | $2.89 |
| 10/13/2017 | 01:35 | Close | 19 | 13104 | S15119 | $38.15 |

I hearby certify that these documents are true and correct copies of the Inmate Fund Account.

CZ13029

Name: Bookkeeper

Title: 1/2/18

Date



El Paso County Sheriff's Office
27 East Vermijo Avenue
Colorado Springs, CO 80903
www.epcsheriffsoffice.com



UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
(CASE NO. 17-CV-02764-GPG)
901 19TH STREET ROOM A105
DENVER, CO 80294-3589

**RETURN SERVICE REQUESTED**

PRESORTED
FIRST CLASS





U.S. POSTAGE
ZIP 80907
02 4W
0000344059 JAN 04 2018
$ 000.42³