OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RECEIVED
DEC 18 2017
PARK COUNTY SHERIFF'S OFFICE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 08 2018

JEFFREY P. COLWELL
CLERK

17-2764-GPG #75

Jerome Robinson
#177654
Park County Detention Facility
P.O. Box 965
Fairplay, CO 80440

RECEIVED
DEC 18 2017
PARK COUNTY SHERIFF'S OFFICE

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

12/12/2017
US POSTAGE $00.67
ZIP 80294
041L11245087