January 3, 2018

United States District Court
Alfred A. Arraj Courthouse     Case No 1:17-cv-02764-GPG
901 19th Street    Room A105
Denver Colorado   80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 08 2018

JEFFREY P. COLWELL
CLERK

William Moore   148919
Park County Jail
PO Box 965
Fairplay Colorado   80440

Re: Request for the Courts to grant Plaintiffs motion to Proceed pursuant to 28 U.S.C. § 1915. Submission of Plaintiffs inmate account ballance.

Enclosed is a copy of my inmate account ballance from my county jail. I already provided my inmate account ballance from Park County Jail

WHEREFORE the Plaintiff respectfully requests the Courts grant the Plaintiffs motion to proceed pursuant to 28 U.S.C. § 1915.

Sincerely,
[signature]

# RESIDENT HISTORY REPORT

Page   1 of   1

MESA COUNTY JAIL  
12/24/2017 13:18  
ST  16  |  OPR  VAA

```
JACKET NUMBER   : 14595
Resident Name   : MOORE, WILLIAM GARY
Time Frame      : 06/01/2017 00:00:00 - 12/24/2017 23:59:59
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 07/01/2017 | 01:02 | Reopen | 1 | XML | A49947 | $0.00 | $0.00 |
| 07/01/2017 | 01:02 | Perm ID | 1 | XML | A49948 | $0.00 | $0.00 |
| 07/01/2017 | 01:07 | Local Cashier-Cash | 9 | cobra | I2369 | $63.00 | $63.00 |
| 07/01/2017 | 01:07 | Rec Payment | 9 | cobra | I2370 | $15.75 | $47.25 |
| 07/01/2017 | 01:09 | Rec Payment | 21 | SO1 | U2522 | $11.81 | $35.44 |
| 07/07/2017 | 11:49 | Rec Payment | 53 | ADM | BA3800 | $3.00 | $32.44 |
| 07/09/2017 | 21:02 | Order | 131 | cobra | EA10 | $23.36 | $9.08 |
| 07/09/2017 | 21:06 | Order | 131 | cobra | EA11 | $4.75 | $4.33 |
| 07/11/2017 | 14:04 | Order | 131 | cobra | EA12 | $4.20 | $0.13 |
| 07/14/2017 | 11:14 | EF Commissary | 1 | cobra | A51710 | $30.00 | $30.13 |
| 07/14/2017 | 11:14 | Rec Payment | 1 | cobra | A51711 | $7.50 | $22.63 |
| 07/17/2017 | 09:40 | Credit | 53 | ADM | BA3894 | $2.69 | $25.32 |
| 07/17/2017 | 14:31 | Order | 94 | cobra | CP1001 | $0.54 | $24.78 |
| 07/18/2017 | 09:16 | Order | 94 | cobra | CP1003 | $13.08 | $11.70 |
| 07/18/2017 | 14:16 | Order | 94 | cobra | CP1004 | $7.35 | $4.35 |
| 07/19/2017 | 08:39 | Phone Refund | 1 | cobra | A52465 | $0.00 | $4.35 |
| 07/19/2017 | 21:18 | Order | 104 | cobra | CZ587 | $2.25 | $2.10 |
| 08/16/2017 | 14:32 | Order | 105 | cobra | DA687 | $1.92 | $0.18 |
| 10/18/2017 | 02:05 | Rec Payment | 19 | SM3 | S9724 | $0.18 | $0.00 |
| 10/18/2017 | 02:05 | Close | 19 | SM3 | S9725 | $0.00 | $0.00 |

Certified to be a full, true, and correct copy of original on file with the Mesa County Sheriff's Department.

Dated: 12-24-2017

*[signature]*

Detention Admin. Asst.

William Moore Jr
#148919
Park County Jail
P.O. box 965
Fairplay, Co 80440

*Legal mail*

*Legal Mail*

United States district Court
Alfred A. Arraj Court house
901-19th St., Room A105
Denver, Co 80294-3589

DENVER
04 JAN '18
PM 5 L

80294-250151

© USPS 2016

FOREVER USA
Barn Swallow