

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 22 2018

JEFFREY P. COLWELL
CLERK

Refused

17-cv-2764 GPG #25

Jason Bamaca
#177281
Park County Detention Facility
P.O. Box 9
Fairplay, C

RECEIVED
JAN 11 2018
PARK COUNTY

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD