Case # 1:17-cv-02764-GPG
DOC # 178162

**Account Activity Ledger**
From: 10/31/2017 To: 01/18/2018

Date : 01/18/2018
Time : 10:31

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 0026619 | Name RUYBAL, MANUEL ANTHONY | | | Block | | | Previous Balance | | 0.00 |
| Initial Entry | 10/31/2017 | 01:26 | B#62910 | 194348 | D | | 0.00 | | 0.00 |
| | 11/15/2017 | 12:10 | B#63389 | 195742 | D | | 100.05 | | 100.05 |
| Mail paks | 11/15/2017 | 12:10 | B#63389 | 195743 | W | | | -1.85 | 98.20 |
| Sales Transaction | 11/15/2017 | 21:28 | I#43190 | | I | 5.00 | | | 93.20 |
| Sales Transaction | 11/16/2017 | 18:36 | I#43218 | | I | 4.00 | | | 89.20 |
| Sales Transaction | 11/16/2017 | 18:41 | I#43220 | | I | 1.00 | | | 88.20 |
| Sales Transaction | 11/16/2017 | 21:04 | I#43229 | | I | 4.00 | | | 84.20 |
| Sales Transaction | 11/17/2017 | 16:41 | I#43270 | | I | 4.00 | | | 80.20 |
| Sales Transaction | 11/18/2017 | 13:14 | I#43289 | | I | 1.00 | | | 79.20 |
| Sales Transaction | 11/20/2017 | 05:35 | I#43317 | | I | 79.03 | | | 0.17 |
| doc back pay | 11/22/2017 | 15:41 | B#63559 | 196408 | D | | 7.04 | | 7.21 |
| Sales Transaction | 11/22/2017 | 19:08 | I#43425 | | I | 4.00 | | | 3.21 |
| Sales Transaction | 11/27/2017 | 05:24 | I#43579 | | I | 2.67 | | | 0.54 |
| Sales Transaction | 11/27/2017 | 10:26 | I#43613 | | C | -1.09 | | | 1.63 |
| Payroll | 11/29/2017 | 16:26 | B#63705 | 197040 | D | | 2.24 | | 3.87 |
| | 12/06/2017 | 12:06 | B#63910 | 198514 | D | | 80.00 | | 83.87 |
| Sales Transaction | 12/06/2017 | 12:48 | I#43898 | | I | 3.00 | | | 80.87 |
| Sales Transaction | 12/06/2017 | 13:15 | I#43903 | | I | 4.00 | | | 76.87 |
| Payroll | 12/06/2017 | 16:13 | B#63921 | 198628 | D | | 2.24 | | 79.11 |
| Sales Transaction | 12/06/2017 | 22:09 | I#43921 | | I | 1.00 | | | 78.11 |
| Sales Transaction | 12/07/2017 | 20:35 | I#43947 | | I | 2.00 | | | 76.11 |
| Sales Transaction | 12/08/2017 | 14:08 | I#43980 | | I | 4.68 | | | 71.43 |
| Sales Transaction | 12/08/2017 | 16:59 | I#43995 | | I | 1.00 | | | 70.43 |
| Sales Transaction | 12/08/2017 | 17:22 | I#43998 | | I | 2.00 | | | 68.43 |
| Mail paks | 12/10/2017 | 23:15 | B#63997 | 198859 | W | | | -1.85 | 66.58 |
| Sales Transaction | 12/11/2017 | 06:18 | I#44038 | | I | 54.13 | | | 12.45 |
| Sales Transaction | 12/11/2017 | 16:42 | I#44127 | | I | 2.00 | | | 10.45 |
| Sales Transaction | 12/12/2017 | 18:51 | I#44143 | | I | 2.00 | | | 8.45 |
| Sales Transaction | 12/12/2017 | 20:51 | I#44145 | | I | 1.00 | | | 7.45 |
| Sales Transaction | 12/13/2017 | 14:06 | I#44149 | | C | -1.50 | | | 8.95 |
| Payroll | 12/13/2017 | 15:15 | B#64103 | 199226 | D | | 1.00 | | 9.95 |
| Payroll | 12/13/2017 | 15:31 | B#64104 | 199298 | D | | 1.92 | | 11.87 |
| Sales Transaction | 12/13/2017 | 17:10 | I#44166 | | I | 4.00 | | | 7.87 |
| Sales Transaction | 12/13/2017 | 18:16 | I#44170 | | I | 2.00 | | | 5.87 |
| Sales Transaction | 12/14/2017 | 17:41 | I#44201 | | I | 3.00 | | | 2.87 |
| TOILET PAPER | 12/14/2017 | 17:52 | B#64137 | 199465 | W | | | -0.50 | 2.37 |
| Sales Transaction | 12/15/2017 | 18:59 | I#44239 | | I | 1.00 | | | 1.37 |
| Sales Transaction | 12/16/2017 | 18:01 | I#44251 | | I | 1.00 | | | 0.37 |
| Payroll | 12/20/2017 | 16:00 | B#64265 | 199808 | D | | 7.00 | | 7.37 |
| Sales Transaction | 12/23/2017 | 17:29 | I#44408 | | I | 2.00 | | | 5.37 |
| Sales Transaction | 12/25/2017 | 13:35 | I#44448 | | I | 2.00 | | | 3.37 |
| Sales Transaction | 12/25/2017 | 15:11 | I#44449 | | I | 2.00 | | | 1.37 |
| Sales Transaction | 12/25/2017 | 16:42 | I#44453 | | I | 1.00 | | | 0.37 |
| Payroll | 12/27/2017 | 15:59 | B#64415 | 200276 | D | | 7.00 | | 7.37 |
| Sales Transaction | 12/27/2017 | 16:58 | I#44551 | | I | 2.00 | | | 5.37 |
| Sales Transaction | 12/27/2017 | 19:10 | I#44553 | | I | 1.00 | | | 4.37 |

Page : 1

Case #1:17-cv-02764-GPG
Doc # 198162

# Account Activity Ledger

From: 10/31/2017 To: 01/18/2018

Date : 01/18/2018
Time : 10:31

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 0026619 | Name RUYBAL, MANUEL ANTHONY | | | Block | | | Previous Balance | | 4.37 |
| Sales Transaction | 12/28/2017 | 13:04 | I#44562 | | I | 1.00 | | | 3.37 |
| Sales Transaction | 12/28/2017 | 18:42 | I#44571 | | I | 1.00 | | | 2.37 |
| Sales Transaction | 12/29/2017 | 16:54 | I#44585 | | I | 1.00 | | | 1.37 |
| Sales Transaction | 12/30/2017 | 13:32 | I#44595 | | I | 1.00 | | | 0.37 |
| TOILET PAPER | 01/03/2018 | 15:25 | B#64547 | 200713 | W | | | -0.37 | 0.00 |
| | 01/03/2018 | 15:48 | B#64553 | 200726 | D | | 48.00 | | 48.00 |
| TOILET PAPER | 01/03/2018 | 15:48 | B#64553 | 200727 | W | | | -0.13 | 47.87 |
| Payroll | 01/03/2018 | 16:25 | B#64555 | 200766 | D | | 7.00 | | 54.87 |
| Sales Transaction | 01/03/2018 | 16:31 | I#44723 | | I | 1.00 | | | 53.87 |
| Sales Transaction | 01/03/2018 | 17:50 | I#44730 | | I | 2.00 | | | 51.87 |
| Sales Transaction | 01/04/2018 | 09:41 | I#44741 | | I | 1.00 | | | 50.87 |
| Sales Transaction | 01/04/2018 | 13:07 | I#44744 | | I | 3.00 | | | 47.87 |
| Sales Transaction | 01/04/2018 | 19:03 | I#44751 | | I | 2.00 | | | 45.87 |
| Sales Transaction | 01/04/2018 | 20:52 | I#44752 | | I | 2.00 | | | 43.87 |
| Sales Transaction | 01/05/2018 | 15:12 | I#44770 | | I | 4.72 | | | 39.15 |
| Sales Transaction | 01/05/2018 | 16:58 | I#44790 | | I | 1.00 | | | 38.15 |
| Sales Transaction | 01/06/2018 | 17:54 | I#44804 | | I | 2.00 | | | 36.15 |
| Sales Transaction | 01/06/2018 | 20:49 | I#44805 | | I | 1.00 | | | 35.15 |
| Sales Transaction | 01/07/2018 | 14:49 | I#44815 | | I | 1.00 | | | 34.15 |
| Sales Transaction | 01/08/2018 | 05:13 | I#44843 | | I | 32.12 | | | 2.03 |
| Sales Transaction | 01/08/2018 | 12:55 | I#44884 | | I | 1.00 | | | 1.03 |
| Sales Transaction | 01/10/2018 | 17:00 | I#44909 | | I | 1.00 | | | 0.03 |
| Payroll | 01/11/2018 | 09:15 | B#64724 | 201324 | D | | 7.00 | | 7.03 |
| Sales Transaction | 01/11/2018 | 09:33 | I#44911 | | I | 1.00 | | | 6.03 |
| Sales Transaction | 01/12/2018 | 08:51 | I#44927 | | C | -4.14 | | | 10.17 |
| Sales Transaction | 01/12/2018 | 13:14 | I#44937 | | I | 4.72 | | | 5.45 |
| Sales Transaction | 01/12/2018 | 13:57 | I#44959 | | I | 1.00 | | | 4.45 |
| Sales Transaction | 01/12/2018 | 14:18 | I#44961 | | I | 1.00 | | | 3.45 |
| Sales Transaction | 01/12/2018 | 16:42 | I#44964 | | I | 2.00 | | | 1.45 |
| Sales Transaction | 01/14/2018 | 18:04 | I#44982 | | I | 1.00 | | | 0.45 |

|  |  |  |  |
|---|---|---|---|
| Deposits | 13 | For $ | 270.49 |
| Withdraws | 5 | For $ | -4.70 |
| Invoices | 58 | For $ | 265.34 |
| Savings Balance | | $ | 0.00 |
| Bond Balance | | $ | 0.00 |

Page : 2



Manuel Roybal 178162
Park County Jail
P.O. Box 965
Fairplay, Co 80440

Alfred A. Arraj Courthouse
901-19TH ST., Room A105  * Case # ~~02764~~
Denver, Co
80294-3589    1:17-cv-02764-GPG