IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02764-LTB

JERRY E. HEGWOOD,
WILLIAM MOORE, JR.,
TREVION McKENZIE,
ROBERT BURKE,
TYWAUN DEEDS,
MICHAEL STEVENS,
PATRICK LEITCH,
SHAWN KUHN,
GABRIEL SANCHEZ,
GREGORY MEISTER,
ANTHONY PEREZ,
JOSUE BAMARA,
VIZCARRA GARCIA,
JORGE LOPEZ,
JOSEPH McENTEE,
TIMOTHY BOWMAN,
EDGAR GARCIA,
JEROME ROBINSON,
MANUEL RUYBAL,
CHRIS GARCIA,
JAMES COOPER,
CHAD FAST,
ANTONIO GONZALES,
RICHARD A. ZARATE,
JOSHUA BUSTAMANTE,
JOSHUA EDELMAN, and
FELIPE ABEYTA-HOLCOMB,

      Plaintiffs,

v.

PARK COUNTY JAIL/SHERIFF'S OFFICE,
COLORADO DEPARTMENT OF CORRECTIONS,
TRINITY SERVICE GROUP INC., and
SECURUS TECHNOLOGIES/T-NET INC.,

      Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 26, 2018, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

DATED at Denver, Colorado, this 26 day of January, 2018.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/ A. Garcia Garcia
                                    Deputy Clerk