OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

FIRST-CLASS MAIL
$00.68
ZIP 80294
041L11245087

neopost
01/29/2018
US POSTAGE

Jerome Robinson
#177654
Park County Detention Facility
P.O. Box 965
Fairplay, CO 80440

RECEIVED JAN 31 20
PARK COUNTY SHER

NIXIE         808   DZ  1        0002/04/18
              RETURN TO SENDER
                  REFUSED
              UNABLE TO FORWARD

17-cv-2764-LTB
FILED Refused
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 06 2018
JEFFREY P. COLWELL
     CLERK

Doc 36 £37



**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

1:17-cv-2764-LTB

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 06 2018

JEFFREY P. COLWELL
CLERK

Doc 36 & 37

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

Joshua Edelman
#178154
Park County Detention Facility
P.O. Box 965
Fairplay, CO 80440

Refused

PARK COUNTY SHERIFF'S O
JAN 31 2018
RECEIVED

neopost 01/29/2018
USPOSTAGE $00.68⁰

FIRST-CLASS MAIL
ZIP 80294
041L11245087

NIXIE   808   DE 1   0002/04/18
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

17cv-2764-LTB

**FILE** Refused
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 06 2018 /MK
JEFFREY P. COLWELL
CLERK

Doc 36 & 37

neopost
01/29/2018
**US POSTAGE** $00.68⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

James Cooper
#177767
Park County Detention Facility
P.O. Box 965
Fairplay, CO 80440

RECEIV
JAN 31
PARK COUNTY SH

NIXIE    808   DE 1    0002/04/18

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 80294256899    *9426-05915-35-05



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FIRST-CLASS MAIL
neopost
01/29/2018
US POSTAGE $00.68⁰
ZIP 80294
041L11245087

SPECIAL MAIL
OPEN ONLY IN THE PRESENCE OF THE INMATE

William Moore, Jr
#148919
Park County Detention F
P.O. Box 965
Fairplay, CO

RECEIVED
JAN 31 2018
PARK COUNTY SHERIFF

Refused

NIXIE    808    DE    1    0002/04/18

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 80294256699  *5320-5534-25-55

17cv-2764-LTB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 06 2018
JEFFREY P. COLWELL
CLERK

Doc 36 & 37







OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

17-cv-2764-LTB

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 06 2018

JEFFREY P. COLWELL
CLERK

Refused AMK

DoCS 36 ¢ 37

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

Edgar Garcia
#177891
Park County Detention Facility
P.O. Box 965
Fairplay, CO 80440

FIRST-CLASS MAIL
$00.68
neopost 01/29/2018
US POSTAGE
ZIP 80294
041L11245087

REC
JAN
PARK COUN

NIXIE  808  DZ  1  0002/04/18

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 06 2018

JEFFREY P. COLWELL
CLERK

17-cv-02764-GPG

CO SPECIAL MAIL
29 JAN 18
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

WSS 26 & 37

Joseph McEntee
#177649
Park County Detention Facility
P.O. Box 965
Fairplay, CO 80440

Refused
AME

FIRST-CLASS MAIL
neopost
01/29/2018
US POSTAGE $00.68
ZIP 80294
041L11245037

RECEIVED
JAN 31 2018
PARK COUNTY SHERIFF

NIXIE       808    DZ  1       0002/04/18

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 80294258999    *2278-05573-29-18