



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

17-cv-2764-LTB

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 07 2018

JEFFREY P. COLWELL
CLERK

Docs 36 & 37

neopost
01/29/2018
US POSTAGE $00.68⁰
ZIP 80294
041L11245087

LEGAL
CONFIDENTIAL
TO BE OPENED ONLY IN THE
PRESENCE OF THE
INMATE

Tywaun Deeds
#177903
Park County Detention Facility
P.O. Box 965
Fairplay, CO 80440

PARK COUNTY

NIXIE   808   DZ 1       0002/04/18

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 80294358999    *2605-03535-04-40*

80440-96565



