



**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

17-W-2764-LTB

RECEIVED
FEB 08 2018
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FILED
FEB 08 2018
JEFFREY P. COLWELL
CLERK

PARK COUNTY SHERIFF'S OFFICE

Docs 36 37

DENVER CO 802
29 JAN 2018 PM 4 L
SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
01/29/2018
US POSTAGE $00.68⁰
ZIP 80294
041L11245087
FIRST-CLASS MAIL

Shawn Kuhn
#111330
Park County Detention Facility
P.O. Box 965
Fairplay, CO 80440

NIXIE    808  DE  1   0002/04/18
        RETURN TO SENDER
        REFUSED
        UNABLE TO FORWARD

BC: 80294358999   *1520-05452-08-42

80440-0965

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FIRST-CLASS MAIL
$00.68⁰
ZIP 80294
041L11245087

neopost
01/29/2018
US POSTAGE

RECEIVED
JAN 31 2018
PARK COUNTY SHERIFF'S OFFICE

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

Joshua Bustamente
#177874
Park County Detention Facility
P.O. Box 965
Fairplay, CO 80440

NIXIE    808  D2  1    0002/04/18

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

17-cv-2764-LTB

FILED Refused
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 08 2018
JEFFREY P. COLWELL
CLERK

DOCS 36 & 37

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RECEIVED
JAN 1 2018
PARK COUNTY SHERIFF'S OFFICE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 08 2018
JEFFREY P. COLWELL
CLERK

Doc 36 &37

neopost
01/29/2018
US POSTAGE $00.68⁰
FIRST-CLASS MAIL
ZIP 80294
041L11245087

OPEN ONLY IN THE
PRESENCE OF THE
INMATE

SPECIAL MAIL

Patrick Leitch
#177775
Park County Detention Facility
P.O. Box 965
Fairplay, CO 80440

NIXIE    808   DZ 1      0002/04/18
        RETURN TO SENDER
              REFUSED
        UNABLE TO FORWARD

Refused