

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 12 2018

JEFFREY P. COLWELL
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

FIRST-CLASS MAIL
$00.68⁰
ZIP 80294
041L11245087

neopost
01/29/2018
US POSTAGE

17-cv-2764
LTB
#36,37

Manuel Ruybal
#178162
Park County Detention Facility
P.O. Box 965
Fairplay, CO 80440

RECEIVED
FEB 02 2018
PARK COUNTY SHE[RIFF]

Refused

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD