17-cv-02764-GPG

William Moore Jr.

v.

Park County/DOC/Trinity Service/Securus

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 22 2018
JEFFREY P. COLWELL
CLERK

Dated: 3-16-18

To whom it may concern:

I, William Moore #148919 am writing in regards to a civil suit filed on 11/20/17. My address has changed a month ago to: 11560 county rd. FF.75, LasAnimas Co. 81054

I am unaware if the legal mail will follow me as I move facilities. Here is my new address though and I hope I can be updated on any and all updates on my legal case as this is much important to me.

Justice needs to be served

Thank you
Sincerely
William Moore
#148919

3-16-18

**Colorado Department Of Corrections**
Name William Moore
Register Number 148919
Unit L1
City, State, Zip Las Animas Co.
11560 County rd. ff.75
81054

non-restricted
Legal mail
3-19-18
W. Moore

non-restricted legal mail 3-19-18 W. Moore

80294-250151

Office of the clerk
Alfred A. Arraj courthouse
901-19th St. Room A105
Denver Co. 80294-3589

DENVER CO 802
20 MAR 2018 PM 7 L

