1)                                                                                July 3rd, 2018

TO: Whom this may Concern
    Office of the Clerk
    United States District Court.
From: Felipe Abeyta-Holcomb #158038
    Colorado Department of Corrections
    Colorado State Penitentiary
    P.O. Box 777
    CanonCity, Co. 81215-0777
RE: Civil action No. 17-CV-02764-GPG
    Felipe Abeyta-Holcomb
    V.
    Park County Jail/Sheriff's Office
    C.D.O.C., Trinity Service group, Securus technologies

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 09 2018
JEFFREY P. COLWELL
CLERK

To whom it may concern,
    I, Felipe Abeyta-Holcomb #158038 at Colorado State Penitentiary. I am concerned and curious on the status of the civil action number 17-CV-02764-GPG, Felipe Abeyta-Holcomb V. Park County Jail/sheriff's office, C.D.O.C, Trinity Service group and Securus Technologies. I haven't heard nothing back since the last letter or update December 12th, 2017 while I was still at Park County Jail. Which the lawsuit did consist of all the wrong doings Park County Jail did. If you can please inform me on whats the status or update me on whats going on. Thanks for your time and consideration. Hope to hear back.
                                                            Sincerely,
                                                            Felipe Abeyta

    I, Felipe Abeyta-Holcomb, do hereby declare, under the law of the state of Colorado, the penalty of perjury, that on July 3, 2018, I mailed this legal letter to the District Court. Signed this 3, day of July, 2018.
                                                            Felipe Abeyta-Holcomb

**Colorado Department Of Corrections**

Name: Felipe Abeyta-Holcomb
Register Number: 158038
Unit: E-728A (CSP)
Box Number: 777
City, State, Zip: CanonCity, Co. 81215-0777

United States District Court
901-19th St., Rm. A105
Denver, Co. 80294-3589

80294-250151

PURPLE HEART
FOREVER USA

