IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02764-LTB

JERRY E. HEGWOOD,
WILLIAM MOORE, JR.,
TREVION McKENZIE,
ROBERT BURKE,
TYWAUN DEEDS,
MICHAEL STEVENS,
PATRICK LEITCH,
SHAWN KUHN,
GABRIEL SANCHEZ,
GREGORY MEISTER,
ANTHONY PEREZ,
JOSUE BAMARA,
VIZCARRA GARCIA,
JORGE LOPEZ,
JOSEPH McENTEE,
TIMOTHY BOWMAN,
EDGAR GARCIA,
JEROME ROBINSON,
MANUEL RUYBAL,
CHRIS GARCIA,
JAMES COOPER,
CHAD FAST,
ANTONIO GONZALES,
RICHARD A. ZARATE,
JOSHUA BUSTAMANTE,
JOSHUA EDELMAN, and
FELIPE ABEYTA-HOLCOMB,

      Plaintiffs,

v.

PARK COUNTY JAIL/SHERIFF'S OFFICE,
COLORADO DEPARTMENT OF CORRECTIONS,
TRINITY SERVICE GROUP INC., and
SECURUS TECHNOLOGIES/T-NET INC.,

      Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

Plaintiff Felipe Abeyta-Holcomb's motion (ECF No. 45) requesting an update on the status of this case is GRANTED and he is advised that the instant action has been dismissed.   The clerk of the Court is directed to mail to Mr. Abeyta-Holcomb, together with a copy of this Minute Order, a copy of the Order of Dismissal (ECF No. 36) entered in this action on January 26, 2018.

Dated:   July 10, 2018